MMB

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LONTEX CORPORATION, | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 18-5623 |
| NIKE, INC., | ) | |
| Defendant. | ) | |

## LONTEX CORPORATION'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Lontex Corporation ("Lontex") states that its parent corporation is Lontex Enterprises, Inc., which in turn has no parent corporation, and that no publicly-held corporation owns 10 percent or more of its stock.

DATED: December 31, 2018

SEMANOFF ORMSBY
GREENBERG & TORCHIA, LLC

BY: _____
MICHAEL B. DUBIN, ESQUIRE
2617 Huntingdon Pike
Huntingdon Valley, PA 19006

Attorneys for Plaintiff LONTEX

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO PC
Andrew D. Skale (SBN 211096)
adskale@mintz.com
Ben L. Wagner (SBN 243594)
blwagner@mintz.com
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

Of Counsel for Plaintiff LONTEX *Pro Hac Vice Forthcoming*



FILED
DEC 3 1 2018
KATE MARKMAN, Clerk
By _____ Dep. Clerk

83671254v1