# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,**<br><br>    v.<br><br>**NIKE, INC.** | **CIVIL ACTION**<br><br>**NO. 18-5623** |

## ORDER

**AND NOW**, this 19th day of March, 2019, it is hereby **ORDERED** that, as a result of Plaintiff's First Amended Complaint (ECF 20), Defendant's Partial Motion to Dismiss (ECF 18) is **DENIED** as moot.

                                    BY THE COURT:

                                    /s/ Michael M. Baylson
                                    **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order Denying as Moot 03192019.docx