# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,** <br><br> v. <br><br> **NIKE, INC.** | **CIVIL ACTION** <br><br> **NO. 18-5623** |

## SCHEDULING ORDER

**AND NOW**, this 30th day of April, 2019, after a pretrial conference pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Exchange of Requests for Document: May 15, 2019.

2. Discovery deadline: December 16, 2019.

3. Exchange of expert reports pursuant to Rule 26(a)(2).

    Plaintiff: October 1, 2019.

    Defendant: November 1, 2019.

4. Magistrate Judge David Strawbridge will contact counsel as to whether settlement discussions have taken place and to schedule a settlement conference.

5. Deadline for dispositive motions: January 30, 2020.

6. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff: February 17, 2020.

    Defendant: February 28, 2020.

7. Date for trial or entry into trial pool: March 16, 2020.

8. Any initial discovery disputes should be raised at the hearing on May 22, 2019.

    The parties shall follow Judge Baylson's pretrial and trial procedures.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 sched order.doc