## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,** <br><br> **v.** <br><br> **NIKE, INC.** | **CIVIL ACTION** <br><br> **NO. 18-5623** |

## <u>ORDER</u>

**AND NOW**, this 10th day of June, 2019, upon consideration of Defendant's Partial Motion to Dismiss (ECF 23), the response and reply thereto, and oral argument, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**, with prejudice;

2. Counts I and III shall proceed without any claims of counterfeiting; and

3. Plaintiff's request for leave to amend is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order re Partial MTD.docx