IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>Defendant. | Civil Action No. 2:18-cv-05623-MMB |

**PLAINTIFF LONTEX CORPORATION'S PARTIAL MOTION TO DISMISS DEFENDANT NIKE, INC.'S COUNTERCLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff Lontex Corporation ("Lontex") respectfully moves this Court for an order of partial dismissal, dismissing Nike's Third Counterclaim because the only "damages" it alleges to have suffered are attorneys' fees, which are not cognizable damages under 15 U.S.C. § 1120. The dismissal should be with prejudice. In support of the Motion, Lontex submits the attached Memorandum of Law.

Dated: July 16, 2019    TROUTMAN SANDERS LLP

By: */s/ Ben L. Wagner*
Ben L. Wagner (CA SBN 243594)
ben.wagner@troutman.com
*Admitted Pro Hac Vice*
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858 509 6040

Andrew D. Skale (CA SBN 211096)
adskale@mintz.com
*Admitted Pro Hac Vice*
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858-314-1500
Facsimile: 858-314-1501

Michael B. Dubin, Esq.
(PA SBN 70681)
SEMANOFF ORMSBY GREENBERG &
TORCHIA, LLC
2617 Huntingdon Pike
Huntingdon Valley, PA 19006


Attorneys for Plaintiff
LONTEX CORPORATION

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Ben L. Wagner*
Ben L. Wagner