# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NIKE, INC.,<br><br>　　　　　Defendant. | Civil Action No.  2:18-cv-05623-MMB |

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 2019, upon consideration of Plaintiff Lontex Corporation's ("Lontex") Partial Motion to Dismiss and all papers and argument submitted by both parties in connection therewith, it is hereby **ORDERED** that Lontex's Motion is **GRANTED**.  NIKE's Third Counterclaim is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

Hon. Michael M. Baylson
United States District Judge