# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,**  <br><br>   v.  <br><br> **NIKE, INC.** | **CIVIL ACTION**  <br><br> **NO.  18-5623** |

## ORDER RE: CROSS-MOTIONS FOR DISCOVERY

**AND NOW**, this 20th day of September, 2019, during an unrecorded telephone conference with counsel this date concerning cross-motions on discovery issues, the Court did not make any substantive ruling, but discussed the various issues and scheduling with counsel, and as a result, **ORDERS** as follows:

   1. Counsel shall continue their meet and confer obligation on all issues raised by these motions and attempt to complete these discussions within fourteen (14) days.

   2. If either party wishes to take a Rule 30(b)(6) deposition on the topic of document production relating to searches, custodians, search terms, etc., they should do so promptly, if possible, within the next fourteen (14) days.

   3. As to any issues as to whether either party has produced all of the documents requested, without regard to objections, if the parties cannot resolve this issue, the Court may appoint a Master to investigate and prepare and Report and Recommendation on this issue.

   4. Following further discussions between counsel and any Rule 30(b)(6) deposition, counsel shall file responses to the opposing party's motion to compel.  This should take place not more than thirty (30) days from today's date.

5. Next week, the Court will schedule a hearing on these motions. At least two days prior to the hearing, counsel must submit to Chambers a short (three page maximum) summary of the still outstanding discovery disputes.

**BY THE COURT:**

<u>/s/ Michael M. Baylson</u>
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order re discovery 09202019.docx