**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LONTEX CORPORATION,**<br><br>        **v.**<br><br>**NIKE, INC.** | **CIVIL ACTION**<br><br>**NO.  18-5623** |

## <u>ORDER RE:  DISCOVERY DISPUTES AND MASTER</u>

**AND NOW**, this 3rd day of October, 2019, the Court had an unrecorded telephone conference on September 27, 2019 with counsel concerning a discovery dispute re: Plaintiff's Motion to Compel (ECF 56).  Although the Court has still not made any substantive rulings, following the Court's Order of September 20, 2019, it is **ORDERED** the parties shall have substantive discussions as lengthy as necessary to discharge their meet and confer obligations over the discovery dispute in this case, with a deadline of October 8, 2019.  If the dispute continues, counsel shall file supplemental briefs stating their contentions, without case citations, limited to five (5) pages by October 14, 2019.

Plaintiff's counsel shall endeavor to narrow the scope of the topics in the notice of deposition for a Rule 30(b)(6) deposition.  Defendant Nike shall consider who it would designate as the deponent(s) for the topics as revised by Plaintiff, in the event the Court orders a 30(b)(6) deposition to proceed.

Pursuant to Rule 53, Federal Rules of Civil Procedure, the Court gives notice to the parties that the Court intends to appoint a Master to interview counsel and representatives of the parties and prepare a Report and Recommendation concerning the discovery dispute existing in this case.

The Court proposes to appoint Sandra A. Jeskie, Esquire of Duane Morris, LLP, who has substantial expertise in electronic discovery issues, and has served as a Master on ESI issues, subject to any objections that either party may file, unless the parties have resolved the dispute.

1.      The parties shall have ten (10) days to submit any position as to this appointment and may suggest other candidates for appointment.

2.      The proposed Master advises that the proposed rate for this assignment will be $600 per hour plus any reasonably necessary travel expenses, to be paid by Plaintiff and Defendant in equal shares, and subject to taxation as a cost.

3.      The proposed Master must file an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455.

4.      The Master shall attempt to complete this assignment within sixty (60) days.

**BY THE COURT:**

*/s/ Michael M. Baylson*

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order re discovery and intent special master.docx