IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,**<br><br>v.<br><br>**NIKE, INC.** | **CIVIL ACTION**<br><br>**NO. 18-5623** |

### ORDER APPOINTING SPECIAL MASTER

**AND NOW**, this 15th day of October, 2019, pursuant to Rule 53, Federal Rule of Civil Procedure, and the Court having given the parties notice and an opportunity to be heard on this issue, Sandra Jeskie, Esquire is appointed as a Master in this case on discovery issues, particularly relating to search terms and pending motions as to which electronically stored information ("ESI") has been requested and **ORDERS** as follows:

1. The Master must proceed with all reasonable diligence and her duties include investigation into the discovery of ESI in this case.

2. The Master may communicate *ex parte* with the Court or a party or with an agent of a party or a consultant or expert retained by a party.

3. The Master shall keep a record of her activities and time spent of her activities.

4. The Master should report to the Court at least every thirty (30) days as to progress or lack of progress and evaluation of the positions the parties are taking and her efforts to resolve them, together with recommendations.

5. The Master will be compensated at the rate $600.00 per hour. Each party shall forward to the Master forthwith a check in the amount of $5,000.00 as an initial retainer and shall pay her monthly bills within ten (10) days of receipt in full, one-half by each party. The

Court reserves the right to reallocate the costs of the Master after notice and hearing, if necessary.

      6.      The Clerk is directed to add Sandra Jeskie, Esquire to the CM/ECF docket so that she can receive any and all docket activity in this matter.

**BY THE COURT:**

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order Appointing Special master.doc