IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,**<br><br>v.<br><br>**NIKE, INC.** | **CIVIL ACTION**<br><br>**NO. 18-5623** |

### ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES

Following an unrecorded telephone conference with counsel and Special Master Sandra Jeskie, Esquire, it is hereby **ORDERED**:

1. Defendant shall answer, without objections, the proposed interrogatories 25-34, except instead of "State each fact," the interrogatory should read, "State your factual contentions." If additional discovery is necessary as to those contentions, Plaintiff may propound it as necessary and fair.

2. Defendant shall answer these interrogatories within 45 days and may note where its investigation is continuing and that further answers may be made.

3. Other discovery disputes between counsel shall be submitted to the Special Master.

4. The parties shall reasonably attempt to agree on additional hours for the deposition of Mr. Nathan but, if necessary, may submit the dispute to Ms. Jeskie for a Report and Recommendation.

BY THE COURT:

**Dated:  October 25, 2019**          /s/ Michael M. Baylson
                                      **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order 10252019.doc