IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **LONTEX CORPORATION,** <br><br> **v.** <br><br> **NIKE, INC.** | **CIVIL ACTION** <br><br> **NO. 18-5623** |
|---|---|

## SCHEDULING ORDER

**AND NOW** this 6th day of January, 2020, following an recorded telephone conference this date with counsel concerning scheduling only, it is hereby **ORDERED**:

1. The Report and Recommendation of the Special Master will be filed this week and a copy will be served on all counsel forthwith. Any objections must be filed no later than February 17, 2020, without legal memoranda. A hearing on any objections will initially be held by recorded telephone conference on January 21, 2020 at 3:30 p.m. If either party desires to file legal memoranda, for which additional time may be required, counsel shall discuss a schedule for that and a hearing on the objections will be postponed from January 21, 2020 until the week of February 10, 2020. Plaintiff's counsel will initiate this telephone conference and when all counsel are on the line, will call Chambers at 267-299-7520.

2. Counsel for Nike has indicated that it will produce all documents that are the subject of an agreement resolving Plaintiff's motion to compel by January 17, 2020. Based on this representation, Plaintiff has indicated that it will serve its expert reports in this case by February 10, 2020.

3. Nike will serve its expert reports by March 10, 2020.

4. The parties shall schedule expert depositions so that they are completed no later than March 30, 2020.

5. All fact discovery shall be completed by March 30, 2020.

6. Dispositive motions shall be filed by April 30, 2020.

7. Following court rulings on any dispositive motions, or if none are filed, the Court will set a date for filing pretrial memoranda and a trial.

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order 01062020.doc