## NO ITIN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION,<br>                    Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br>                    Defendant. | Civil Action No.: 18-cv-5623<br><br>(Hon. Michael M. Baylson)<br>(Master Sandra Jeskie, Esq.) |

**FILED**
**JAN 0 7 2019**
KATE BARKMAN, Clerk
By_____Dep. Clerk

~~PROPOSED~~ **ORDER**

**AND NOW**, this 7th day of January 2020, upon consideration of the Defendant's NIKE, Inc. Motion to Seal Exhibits 1-4 of to the Declaration of Marc Miller In Support of NIKE's Opposition To Plaintiff Lontex Corporation's Motion To Challenge the Confidentiality Designation of NIKE's Document Labeled NIKE-00044255, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
Honorable Michael M. Baylson