# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,**<br><br>v.<br><br>**NIKE, INC.** | **CIVIL ACTION**<br><br>**NO. 18-5623** |

## ORDER CLARIFYING SCHEDULE

**AND NOW,** on this 8th day of January, 2020, correcting an inadvertent error in the Scheduling Order (ECF 113) it is hereby **ORDERED**:

1. Objections (without briefs) to the Report and Recommendation shall be filed **2:00 p.m.** on January 17, 2020.

2. The recorded telephone conference will be held as scheduled on January 21, 2020 at 3:30 p.m. but the Court may delay ruling until briefs are filed.

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order clarifying schedule.doc