# Exhibit 03

Page 1

1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2
                            - - -
3
4      LONTEX CORPORATION,          :   Civil Action No.
                                    :   18-cv-5623
5           Plaintiff and          :
            Counterclaim-Defendant:
6                                   :
                vs.                 :
7                                   :
       NIKE, INC.,                  :
8                                   :
            Defendants and          :
9           Counterclaim-Plaintiff:
10
                            - - -
11
                     FRIDAY, OCTOBER 25, 2019
12                      HIGHLY CONFIDENTIAL
13                          - - -
14
          Videotape Deposition of EFRAIM NATHAN,
15
       taken pursuant to Notice, at the law offices
16
       of DLA PIPER, LLP, One Liberty Place, 1650
17
       Market Street, Suite 5000 Floor, Philadelphia,
18
       Pennsylvania, commencing at approximately 9
19
       o'clock a.m., on the above date, before Rose
20
       A. Tamburri, RPR, CM, CCR, CRR, USCRA Speed
21
       and Accuracy Champion and Notary Public.
22
23
24
25

Page 2

1    APPEARANCES:

2

        TROUTMAN SANDERS LLP
3        BY:   BEN L. WAGNER, ESQUIRE
         11682 El Camino Real, Suite 400
4        San Diego, California  92130
         (858) 509-6000
5        benwagner@troutman.com
         Representing the Plaintiff and
6        Counterclaim-Defendant,
7        Lontex Corporation

8

9

10       DLA PIPER LLP
11       BY:  GINA DURHAM, ESQUIRE
12              and
13          MARC MILLER, ESQUIRE
14       1251 Avenue of the Americas
15       New York, New York  10020
16       (410) 580-4398
17       gina.durham@dlapiper.com
18       marc.miller@dlapiper.com
19       Representing the Defendant and
20       Counterclaim-Plaintiff, Nike

21

22

23   ALSO PRESENT:

24

25       JESSICA SCHARNAGLE, Videographer

```
                                           Page 7
 1                 (Whereupon, the deposition
 2      commenced at 9 o'clock a.m.)
 3                         -  -  -
 4                 THE VIDEOGRAPHER:  Good morning.
 5      We are going on the record at 9 a.m. on
 6      October 25th, 2019.  Please note that the
 7      microphones are sensitive and may pick up
 8      whispering, private conversations and cellular
 9      interference.  Please turn off all cell
10      phones, or place them away from the
11      microphones, as they can interfere with the
12      deposition audio.  Audio and video recording
13      will continue to take place unless all parties
14      agree to go off the record.
15                 This is Media Unit 1 of the video
16      recorded deposition of Efraim Nathan, taken by
17      counsel for the defendant, in the matter of
18      Lontex Corporation versus Nike, Inc., filed in
19      the United States District Court for the
20      District of Eastern PA, Case No. 18-CV-5623.
21                 This deposition is being held at
22      DLA Piper, located at 1650 Market Street,
23      Suite 5000, Philadelphia, PA.
24                 My name is Jessica Scharnagle from
25      the firm Veritext and I am the videographer.
```

Page 8

```
 1   The court reporter is Rose Tamburri from the
 2   firm Veritext.
 3                I am not authorized to administer
 4   an oath, I am not related to any party in this
 5   action, nor am I financially interested in the
 6   outcome.
 7                Counsel will now announce their
 8   appearances and affiliations for the record.
 9   If there are any objections to the proceeding,
10   please state them at the time of your
11   appearance, beginning with the noticing
12   attorney.
13                MS. DURHAM:  Gina Durham on behalf
14   of Nike, Inc.  I also have with me my
15   colleague, Marc Miller, from DLA Piper, who is
16   also appearing on behalf of Nike, Inc.
17                MR. WAGNER:  Ben Wagner from
18   Troutman Sanders for Lontex Corporation.
19                THE VIDEOGRAPHER:  Will the court
20   reporter please swear in the witness.
21                        -  -  -
22                ...EFRAIM NATHAN, after having
23   first been duly sworn and/or affirmed, was
24   examined and testified as follows...
25                        -  -  -
```

Page 44

1   UCLA has a beautiful logo.  I go to school to

2   get my education.  And that's why I left

3   Israel.  I left my family, I left my friend, I

4   left everybody I know and I actually

5   immigrated to here to get my education.

6           Now, did I go -- did I know what

7   textile college logo is?  I did not.  I talked

8   to my friends that were already here, 19 of

9   them, I talked to a professor, a textile

10  chemistry professor, and he told me after

11  Lids, {ph} we are the best school in the

12  country, and that's what made me go.

13          So really, logo is very good, but

14  if people don't understand what it is and

15  they're buying it because of the logo, they

16  must be uninformed.  When -- as a matter of

17  fact, all the people that I am coming in

18  contact, they will say that they thought that

19  I am the inventor of everything that I talked

20  about because I knew so much about it, and

21  they learn textile from me.

22          There will be sometimes 500 people

23  in front of me and I will ask them, what are

24  the three basic natural fiber and they

25  wouldn't even have a clue, not even a clue.

Page 45

```
 1       Q.   So can I -- can I just stop you for a
 2  minute, because I feel like we've gone off on
 3  a bit of a tangent --
 4       A.   I can't hear you.
 5       Q.   Can we -- can I stop you for a
 6  minute --
 7       A.   Yeah, of course.  Absolutely.
 8       Q.   -- because I feel like you've gone on
 9  a bit of a tangent.
10       A.   Yeah.
11       Q.   Let me ask my question a different
12  way.
13       A.   Of course.
14       Q.   Why did you select the words "cool"
15  and "compression" when you formed Cool
16  Compression, LLC?
17       A.   Because we wanted to separate between
18  Sweat It Out and Cool Compression.  We thought
19  that if -- it's true what one doctor told me
20  and another assistant doctor and like in a
21  profession, more white collar worker told me
22  hey, listen, you know what, your product is
23  great, but to climb up in the healthcare and
24  maybe to get even refund from insurance, you
25  have to come up with like something a little
```

Page 46

```
 1   bit more dirty -- something more clean than
 2   Sweat It Out 'cause we need to associate with
 3   this product.
 4              So, you know, we -- we found a
 5   company, Condict.  It's a company that helped
 6   us with looking for a name.  They threw at me
 7   a lot of names and we didn't like really
 8   anything.  And -- and then they -- they said
 9   look, your compression garment are completely
10   different than anybody that we have seen, and
11   they were young ladies that also wore
12   compression.
13              And, you know, they came up with a
14   logo and they came up with a -- with a name
15   and we -- we looked at it, I thought about it,
16   and I liked it, and that's how it really came
17   to be.  And, you know, that's what we worked
18   on to separate between the two line really
19   almost was 2006 into the end of 2007.  But we
20   were using the fabric way before five years
21   before that.
22       Q.   So you said you wanted to separate
23   between the lines, the two --
24       A.   The same lines, the same garments,
25   but to separate between the -- the -- the
```

Page 47

1   name, the trademarks, you know.

2       Q.    So that sounds like it was in the

3   2006-2007 time frame.  What happened after

4   that?

5       A.    Well, we -- we -- we came across the

6   people that said, what are you doing?  I

7   really don't care what you call it, it does

8   what I want to my team.  It does what I want

9   for my rehab, it does what I want, you know,

10  please, don't confuse us.

11           So the overwhelming was not to go

12  into that, as we call it, two different brand

13  with the same food, but two different brand

14  with the same theory, but to just stay with

15  one brand.

16           And -- and then when I think -- I

17  think, I'm -- I'm like 99.99 percent sure that

18  when I went to my meeting with PBATS,

19  Professional Baseball Association in

20  December 5th of 2007, that's when we presented

21  to them the Cool Compression technology.  That

22  really -- the stretch is really the key.

23           Because, I mean, if you think

24  about baseball and if you think about football

25  or if you think about hockey, they all move in

Page 48

```
 1   a different way in a different speed, and each
 2   one wanted to make sure that a player is --
 3   having the first layer next to his skin does
 4   not hold him from doing the movement that they
 5   need to win the game for him -- also not to
 6   get hurt.
 7                  And they found out, you know, that
 8   our technology is really making sense to them.
 9   They were all -- they were all medical people
10   trained in how the body works.
11      Q.   So you said a moment ago that the
12   overwhelming reaction was not to go in and do
13   two different brands and just stay with one
14   brand.  But is the one brand that you're
15   talking about is staying with Sweat It Out?
16      A.   Yeah, Sweat It Out with the
17   technology of Cool Compression.
18      Q.   What do you mean, "with the
19   technology of Cool Compression"?
20      A.   The technology of the fabric, that
21   the fabric was stretching in all direction
22   over 200 percent.  You know, at one point, you
23   have to give it a name, you have to give it an
24   association with it, and the association was
25   it is compression and look how cool it is.
```

Page 49

```
 1              We didn't want to call it Miracle.
 2   We were thinking about Miracle Compression.
 3   There was a company that was making bathing
 4   suit and call it the Miracle Suit, and we
 5   looked at that when they -- they came to us
 6   with that name and I right away did not like
 7   it.  Anybody that tells you that they can make
 8   miracle is not good in my book.
 9      Q.   So does anybody -- let me start over.
10              What happened with the Cool
11   Compression, LLC company that was formed in
12   the 2006 time frame?
13      A.   I think we cut it off in 2012.  It
14   really -- it really -- we weren't generating
15   sales and there was no taxes, there was no
16   reason to really, you know, keep it.
17      Q.   Did anyone else own part of Cool
18   Compression, LLC, other than you?
19      A.   No.
20      Q.   So when you said you -- you decided
21   to stay with the brand Sweat It Out and then
22   just have the technology described as Cool
23   Compression, what -- did you -- how did you
24   tell people that the technology was Cool
25   Compression?
```

Page 50

1        A.    Well, obviously, that, I'll just
2    repeat on myself that we did it in
3    presentation in front of people, which this is
4    -- was the best sale mechanism that I had, the
5    best.   Because when I talk to 500 people, that
6    I didn't just talk to them, I taught them.
7    They felt smart.
8                So by talking to them, by
9    stretching the fabric and show them the
10   difference or by stretching my garment and
11   show them the difference between other
12   manufactured, stretching other manufacturers'
13   and explaining to them how does that happen.
14   And obviously, show them the garment line that
15   we made, that some of them were designed to
16   protect your knee, some of them designed to
17   protect your lower back, your upper back, your
18   groin, your hamstring, and by putting the
19   trademark on invoices, packing slip, by
20   putting Cool Compression, that's what we did
21   in '07, '08, that's really -- to me, to me,
22   the extent of it is I own the trademark.   I
23   own it in compression garment, all the listing
24   that I have in Class 10 and 25.
25                And as long as I'm going in front

Page 87

1  signed three more years just because of your

2  product.  So everybody asks me, did he give

3  you anything?

4           I said, I didn't ask him.  It's a

5  guy, was 38 years old, and he pitched until he

6  was 41 and he said it's because of me; not me,

7  my product.

8           So -- so really all those years,

9  all the hard work, and suddenly I see -- and I

10 believed it was something else.  My sales was

11 completely going down the drain.  I mean,

12 completely, like -- like a rocket.

13          And I go to every place with my

14 garment and I -- I teach them.  I said, look,

15 read the label, read the label.  The label

16 tells you everything about the product.

17          If you'll give me the garment that

18 I gave you by Nike, I'll show you what I mean.

19 I said, you are in the medical field.  I said,

20 you read about juices that your -- your

21 players are drinking, food that your players

22 are eating, and you're telling them, this one

23 has too much fat, this one has too much salt,

24 this one had too much sugar.

25          Some of the trainer tells me I

Page 88

```
 1   hate to let my -- my players go home for the
 2   weekend if they don't play on the weekend.  I
 3   had my players -- I hate not to let them stay
 4   with me, take them -- I want to take them
 5   home.
 6              So what I'm trying to say is I
 7   taught them how to read the label.  When the
 8   label say 10 percent of a stretchy material,
 9   it's lingerie fabric.  When the thing goes
10   even up to 18 and 20, it's lingerie fabric.  I
11   taught them how to distinguish.
12              And I would always open every
13   garment at trade -- do you know how much hard
14   work we put into it?  And this really, when I
15   saw it, when I realized in 2015 that it's
16   being used by, I said, oh, my God, my whole
17   world crashed.  Because it taking down with it
18   all our credibility, it taking down with it
19   the Sweat It Out, it taking down with it Cool
20   Compression.  I don't own it anymore.
21              And I ran to my daughter, I said,
22   is it on the computer?
23              And she said, no -- well, let me
24   check.
25              And I -- right away, I sat down
```

Page 89

1  with her, I said, I want it on all invoices, I

2  want it on the computer, on the website.  I

3  called the guy that make for me the brochure

4  and I said, I want you to print for me right

5  now 8,000 or 12,000 printed with Cool

6  Compression on every page.

7            I told my daughter to print for me

8  label, the sticky label, not -- not adhesive

9  on a garment.  We put it on UPS packages, we

10 put it on every box we shipped.  I went and

11 stuck it on a highway.  I was going on a

12 highway where you -- you pay toll and I stuck

13 Cool Compression there.

14            I was in such a -- I was in a

15 case, and I'll tell you, you could have

16 probably check me into a hospital.  I put it

17 on everything.  I put it on all my T-shirt,

18 everywhere I go.  I go to exercise, I wear a

19 T-shirt with Cool Compression since that

20 happened.

21 BY MS. DURHAM:

22      Q.   Since what happened?

23      A.   Since -- since I really realized that

24 Nike is using it and hasn't been responding to

25 the letter that we sent.  I had 2016, January,

Page 90

```
 1   February, March, April, I was stamping it all
 2   over.  I was ready to make a tattoo on my
 3   head, but I'm -- I'm not the kind of -- I -- I
 4   don't do tattoos, but I really was, at least
 5   on my arm.
 6              It really -- it really -- it took
 7   all my children and it just -- it just like,
 8   you're not worth it, get out of my way.  I
 9   mean, this is really -- did not sit with me
10   very well.
11              So you're asking me how much money
12   do I want?  I really have no idea.
13              MR. WAGNER:  Don't give it a
14   dollar amount, Efraim.
15              THE WITNESS:  I have no idea.
16   I've been so honest.
17              MS. DURHAM:  Yeah, counsel, I'm
18   going to ask that you not coach the witness.
19              MR. WAGNER:  I'm going to ask that
20   you don't ask irrelevant questions about
21   settlement postures in a deposition.
22              MS. DURHAM:  As I noted, this is
23   not a settlement question.  You have a claim
24   for damages in this case and you're clearly
25   obstructing the testimony of the witness now,
```

Page 179

1    robbers, all police, really ugly people in the

2    military, okay?  So I don't think anybody was

3    coming to Sweat It Out to buy a balaclava.  So

4    we really -- we made the balaclava, we put

5    whatever we wanted on it and we just gave it

6    out for people that were really cold in the

7    winter.

8                I remember giving it to a street

9    person here one time.  He was freezing sitting

10   there with a cup of coffee and his head is all

11   open and I said, look, I have something for

12   you in the car.  He thought I was giving him

13   $20; I got him a balaclava.  And I helped him

14   even put it on.

15               We didn't do it for money, I mean

16   really, we gave it away.  So I don't know.

17       Q.    So as you sit here today, you cannot

18   recall a specific --

19       A.    No.

20       Q.    -- instance where --

21       A.    No.

22       Q.    Just let -- let me get my question

23   out before --

24       A.    Okay.

25       Q.    -- you answer; okay?

```
                                    Page 180
 1              As you sit here today, you cannot
 2   recall a specific instance where you applied
 3   Cool Compression to a balaclava; is that
 4   correct?
 5        A.   Correct.
 6        Q.   What about sneakers, when's the first
 7   time you sold Cool Compression sneakers?
 8        A.   Never.
 9        Q.   What about shoes, when's the first
10   time you sold Cool Compression shoes?
11        A.   Never, but we did talk about
12   sneakers, but -- but it never materialized.  A
13   person that wanted to invest in it just, I
14   guess, lost his money on the stock market.
15        Q.   So when we talked about the list of
16   goods, we were talking about the Cool
17   Compression word mark.  Now I'd like to focus
18   on the Cool Compression design mark, that
19   little man logo --
20        A.   Um-hmm, um-hmm.
21        Q.   -- that we see there in paragraph 11
22   in the Complaint.
23        A.   Um-hmm.
24        Q.   I'm assuming for those products that
25   you told me you never sold the Cool
```

```
                                        Page 181
 1   Compression word mark, you also have never
 2   sold the Cool Compression man design; is that
 3   correct?
 4       A.   That's correct.
 5       Q.   But for those products -- well, let's
 6   just go through them.  So I -- I believe you
 7   told me you did sell underwear, including
 8   boxer shorts, with the Cool Compression word
 9   mark.
10            Did you also sell them with the
11   Cool Compression man logo?
12       A.   No.
13       Q.   What about briefs, did you ever sell
14   those with the --
15       A.   No.
16       Q.   -- Cool Compression?
17            What about bikini underpants, did
18   you ever sell those with the Cool --
19       A.   No.
20       Q.   Let me -- let -- I gotta get my full
21   question out, or the record is going to be
22   really clear; okay?  I don't --
23       A.   Okay.
24       Q.   I don't want to interrupt you, but
25   you gotta let me get it out.
```

```
                                        Page 182
 1       A.    Okay.   Okay.
 2       Q.    Did you ever sell bikini underpants
 3   with the Cool Compression man logo?
 4       A.    No.
 5       Q.    Did you ever sell long johns with the
 6   Cool Compression man logo?
 7       A.    No.
 8       Q.    Did you ever sell T-shirts with the
 9   Cool Compression man logo?
10       A.    We gave away, not sold.
11       Q.    When did you give them away?
12       A.    Every time.
13       Q.    For what --
14       A.    As -- as -- as -- as last week.
15       Q.    So you gave away some last week.
16             Did you give any away earlier that
17   you can recall?
18       A.    Yeah.  Last month, two months ago,
19   last year.
20       Q.    Any before last year?
21       A.    Yeah.  All through the time that I
22   had labels.  I mean, we didn't use all the
23   labels that we had because we haven't been
24   doing -- we're talking about the --
25       Q.    The man --
```

Page 183

```
 1       A.    -- adhesive man.
 2       Q.    Yeah, the man logo.
 3       A.    The man, yeah.  That -- I would call
 4   that a woman and a man.
 5             No, but we -- we made T-shirt was
 6   the most -- best promotional vehicle to put
 7   that on because people like to wear T-shirt
 8   and it's prominently on the front and the
 9   back, on the neck and on the chest, and -- I
10   mean, we put it, you know, every year on --
11   sometimes on hundreds, sometimes on 50.  Not
12   in big quantities, you know.  It's not like I
13   -- like I spent $100,000 and went and gave it
14   to the Major League Baseball to give at a
15   game, you know, to kids under 11, you know.
16       Q.    I'm sorry, it's -- you said it's not
17   like you gave it to Major League Baseball?
18       A.    Yeah, yeah.  You know, Major League
19   Baseball sometimes --
20       Q.    Oh, I get it.  You -- you're saying
21   it's not a big give-away at a game?
22       A.    Exactly.
23       Q.    I understand, okay.
24       A.    Like you go to a game and they said,
25   oh, all kids under 11 get a free T-shirt.
```

Page 184

1      Q.    Right, right.  I -- I understand.  So

2   it's not -- it's not that --

3      A.    We never did that, no.

4      Q.    -- not that sort of big give-away.

5      A.    Yeah.

6      Q.    Just small.

7            What about polo shirts, have you

8   ever sold those with the Cool Compression man

9   logo?

10     A.    No.  They were with the Sweat It Out.

11     Q.    What about swimwear, have you ever

12  sold that with the Cool Compression man logo?

13     A.    No.

14     Q.    What about compression shirts, have

15  you ever sold that with the Cool Compression

16  man logo?

17     A.    Hmm, maybe 10.  No, not really.

18  They're all -- really all those had the Sweat

19  It Out logo outside.  To be honest, all of

20  them had the Sweat It Out logo outside.  If I

21  have in stock, I might have three or four

22  1900, three or four 1900AK.  But no, we really

23  prominently put really always the Sweat It Out

24  logo.

25            You know, we just got a shipment

Page 185

```
 1   of adhesive, new, new kind, and we decided to
 2   try them to see.  I took couple of home, I
 3   washed them, they were okay.  So when the lot
 4   came from the factory, I put maybe on three or
 5   four Cool Compression logo.
 6              Whether it was sold with it, I
 7   don't know, because on that side there were
 8   50 pieces with a Sweat It Out and maybe three
 9   pieces with Cool Compression.  I don't know
10   what I took when somebody bought it, you know,
11   so...
12      Q.   So do you order the Cool Compression
13   man logo adhesives from somewhere?
14      A.   Yes, I ordered it from -- the
15   beginning was from El Paso.  El Paso, you
16   know, you have the name, El Paso, in 2006.
17   They order -- they did for us the Sweat It Out
18   and the Cool Compression.
19      Q.   Adhesive?
20      A.   Yeah.  Yeah, yeah, yeah.  Yeah.
21      Q.   When's the -- when -- so you ordered
22   that from El Paso in 2006.
23              When's the next time that you
24   ordered a Cool Compression man adhesive?
25      A.   Well, we -- we -- we stopped.  We
```

Page 186

```
 1    stopped with that because, you know, we
 2    decided not to -- to break out the Sweat It
 3    Out and Cool Compression in different
 4    direction.  So -- so there was no reason to
 5    order more than what we had to put on
 6    promotional material.
 7              But I recently, and I'll -- you
 8    know, I -- I -- I -- again, I -- I felt like
 9    the roof is caving on me when I found out what
10    Nike did in 2015, and I contacted a company in
11    North Carolina and they told -- they
12    guaranteed me that their adhesive label are
13    100 times better than El Paso, that they don't
14    fall off, they don't dry out, like El Paso
15    does.
16              And I said, would you make me a
17    sample order.
18              And he said, I'll make you a
19    sample order for free.  And they gave me about
20    1200 of them for free with the man's logo and
21    Cool Compression.
22        Q.    When --
23        A.    So we use it just -- I'm sorry.
24        Q.    Oh, I'm sorry.  Go ahead.
25        A.    When about?
```

Page 187

```
 1      Q.   Yeah.   When -- when did you get those
 2   free labels?
 3      A.   I think it was 2019, yeah.
 4      Q.   Okay.
 5           Let's just march our way through
 6   the rest of the list.
 7      A.   Please.
 8      Q.   Compression shorts, did you ever use
 9   the Cool Compression man logo on those?
10      A.   Uh-uh, no.
11      Q.   What about compression tights, did
12   you ever use the Cool Compression man logo on
13   those?
14      A.   Well, when I say no, again, I'm
15   not -- I'm not being correct, because I did
16   put on three or four, we got a lot of
17   50 pieces done, made, ready to go in stock.
18   So the first thing is, I told you, is we put
19   the logo on, and all the logos are Sweat It
20   Out, Sweat It Out.
21           But because this gentleman send me
22   those beautiful label, Cool Compression, and I
23   said look, you know what?  I started Cool
24   Compression on everything in 2016, why when I
25   start putting Cool Compression on some of the
```

Page 188

1    garments that are going to stock.

2                   So I picked up four tights, maybe

3    two in medium, one in large, one in extra

4    large, I put Cool Compression on it instead of

5    Sweat It Out, fold it up, examine it, fold it

6    up and put it in the box where the 50 pieces

7    are.

8                   So if Marc -- right, if Marc

9    ordered for me 1900AK size extra large and I

10   pulled out a piece, it doesn't tell me what it

11   has as a logo in there.  And I shipped it to

12   Marc, so Marc is going to say to me hey, you

13   liar, I just got tights with Cool Compression

14   on the leg, but it wasn't done on purpose.

15                  It's just I was thinking of

16   saying, gee, you know what, maybe I should

17   start putting Cool Compression also 90 --

18   95 percent Sweat It Out and maybe a couple of

19   garments of Cool Compression with the logo on

20   the legs, you know.

21       Q.    And this -- you did this -- you put

22   it on a couple of legs in when, 2019?

23       A.    Yeah.

24       Q.    2019, or when?

25       A.    On what?

```
 1      Q.    What year did you start?
 2      A.    2019.
 3      Q.    2019?
 4      A.    Yeah, yeah, yeah.  Yeah, yeah, yeah.
 5   I just got that sample order maybe six months
 6   ago.
 7      Q.    What about com -- I'm sorry,
 8   sweatpants, have you ever sold those with the
 9   Cool Compression man logo?
10      A.    No.
11      Q.    What about sweatshirts, have you ever
12   sold those with the Cool Compression man logo?
13      A.    No.
14      Q.    What about the body armor carrier
15   compression shirts for military and law
16   enforcement?
17      A.    No.  That just had the labeling, the
18   content label with the Cool Compression on it.
19      Q.    What about sports bras, have you ever
20   sold those with the Cool Compression man
21   label?
22      A.    Never.
23      Q.    What about halter tops, have you ever
24   sold those with the man label?
25      A.    No.
```

```
                                            Page 190
 1      Q.    Singlets, have you sold those with
 2   the man label?
 3      A.    No.
 4      Q.    What about caps or hats?
 5      A.    No.
 6      Q.    Have you ever sold headbands with the
 7   man logo?
 8      A.    No.  Give-away.
 9      Q.    You have given away some headbands
10   with the man logo?
11      A.    Yeah.
12      Q.    Okay.  When was that?
13      A.    I don't remember.  But the last one I
14   gave was, I think, last week.  There was a
15   lady running in our street and she runs in the
16   dark and she wears all black.  So I gave her a
17   white headband and I said, at least somebody
18   will see you, and it has the Cool Compression
19   logo on it.
20      Q.    From that 2009 or 2019 --
21      A.    No, no, no.  2019.
22      Q.    Yeah, the 2019.
23      A.    Yeah, yeah, yeah.  No, no.  From
24   2009 -- from the label that we got from El
25   Paso, I didn't have any left.
```

1      Q.    Okay.  So - so the recent one is a

2   2019 one?

3      A.    Yeah, yeah, yeah.  Yeah, yeah.

4      Q.    Got it.

5            What about bandanas, have you ever

6   done man logos --

7      A.    No, no.

8      Q.    What about balaclavas?

9      A.    No.

10      Q.    Have you ever done sneakers or shoes

11   with the Cool Compression man logo?

12      A.    No.

13            MS. DURHAM:  Why don't we take a

14   break for lunch?

15            THE VIDEOGRAPHER:  The time is now

16   12:35.  We're going off the video record.

17            (Whereupon, a luncheon recess was

18   taken at the above time.)

19            THE VIDEOGRAPHER:  The time is now

20   1:40.  We're going back on the video record.

21            MS. DURHAM:  All right.

22   BY MS. DURHAM:

23      Q.    Good afternoon, Mr. Nathan.

24      A.    Hi, hi.

25      Q.    Let's continue on with the document

1   that's in front of you, the Complaint.

2       A.    Am I on the right page?  You are a

3   different page.

4       Q.    Paragraph 17 on page 5.

5       A.    17?

6       Q.    Oh, you know what, though, actually,

7   before we leave page 4 --

8       A.    Okay.

9       Q.    -- I think that's the last page we

10  were on.

11      A.    All right.  So I'm on the right page.

12      Q.    Yeah, you are on the right page.  The

13  very last paragraph there, 13, talks about the

14  trademark registration you filed for Cool

15  Compression in 2008, the one that specifies

16  the goods for medical use.

17              Why did you file that particular

18  registration?

19      A.    Okay.

20      Q.    So my question is, why did you file

21  that particular registration?

22      A.    It's the same thing that we did in

23  '06 and '07.  We really actually wanted to

24  see -- the biggest thing that really was in my

25  mind is that I can help people if they can get

Page 411

1                    C E R T I F I C A T E

2

3           I do hereby certify that I am a
Notary Public in good standing, that the
4    aforesaid testimony was taken before me,
pursuant to notice, at the time and place
5    indicated; that said deponent was by me duly
sworn to tell the truth, the whole truth, and
6    nothing but the truth; that the testimony of
said deponent was correctly recorded in
7    machine shorthand by me and thereafter
transcribed under my supervision with
8    computer-aided transcription; that the
deposition is a true and correct record of the
9    testimony given by the witness; and that I am
neither of counsel nor kin to any party in
10   said action, nor interested in the outcome
thereof.

11

           WITNESS by hand and official seal
12   this 11th day of November, 2019.

13

14

15

16

17

18

19

20

21   _____

22

23

24

25