# Exhibit 05

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LONTEX CORPORATION, | Civil Action No.:  18-cv-5623 |
| Plaintiff, | |
| | (Hon. Michael M. Baylson) |
| v. | |
| | |
| NIKE, INC., | |
| Defendant. | |

## DECLARATION OF KATE SCHRADER

I, Kate Schrader, declare under penalty of perjury that the following is true and correct:

1.      I was previously employed as a manager and private investigator with the investigative firm of Marksmen, Inc. At the time this investigation was conducted, I was a licensed private investigator in the state of California. I was licensed as a private investigator licensed in the state of California from 1999 to 2005 and from 2010 to 2019 and have since retired. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would do so competently.

2.      On August 15, 2016, at the direction of Christopher Kindel from the law firm of Pirkey Barber, I placed an order on Sweat It Out's website, sweatitout.com, for a size large pair of 1900 Performance Compression Shorts in navy. Attached hereto as **Exhibit C** are a true and correct screenshots of the 1900 Performance Compression Shorts webpage on sweatitout.com and the corresponding checkout page.

3.      The order described in ¶ 2 was delivered on August 16, 2016. The package contained an invoice and credit card receipt reflecting a charge of $94.40 [$59.95 + 34.45 shipping], and a sealed bag in which was enclosed a Sweat It Out brochure and a pair of Sweat It Out compression shorts.

4.      True and correct copy of photographs of the shorts delivered as described in ¶ 3 is attached hereto as **Exhibit A**.

5.      The words "COOL COMPRESSION" do not appear anywhere on the shorts described in ¶ 3.

6.      The shorts had a care label sewn in that references "SWEAT IT OUT."

7.      Attached hereto as **Exhibit B** are photographs we took of the shorts described in ¶ 3 and their corresponding care label described in ¶ 6.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of January, 2020.

Kate Schrader

# EXHIBIT A





# EXHIBIT B







# EXHIBIT C



# 1900 Performance Compression Shorts

Custom Sizes Available Upon Request, call 800-343-8960

Email to a Friend

Be the first to review this product

Available colors:

| Black | White | Navy | Royal |

**\*color**
-- Please Select - ▼

**\*Height (5' to 6'3"):**

**\*Waist Size (23-44 inches) NOT pants size, measure around waist at belly button level:**

**\*Weight (96lbs-250lbs):**

\* Required Fields

$59.95

Qty: 1   Add to Cart

**Add to Wishlist**
**Add to Compare**

More Views



Checkout

| | 1 | Checkout Method |
| | 2 | Billing Information |
| | 3 | Shipping Information |
| | 4 | Shipping Method |
| | 5 | Payment Information |
| | 6 | **Order Review** |

| Product Name | Price | Qty | Subtotal |
|---|---|---|---|
| **1900 Performance Compression Shorts** *color* navy *Height (5' to 6'3"):* 6'2" *Waist Size (23-44 inches) NOT pants size, measure around waist at belly button level:* 36 *Weight (96lbs-250lbs):* 180 | $59.95 | 1 | $59.95 |

| | | |
|---|---|---|
| | Subtotal | $59.95 |
| | Shipping & Handling (United Parcel Service - Next Day Air) | $34.45 |
| | **Grand Total** | **$94.40** |

Forgot an Item? Edit Your Cart

Place Order