### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>        Defendant. | Civil Action No. 2:18-cv-05623-MMB |

**STIPULATION AND [PROPOSED] ORDER REGARDING SUBPOENA TO ACADEMY**

Plaintiff Lontex Corporation ("Lontex"), Defendant NIKE, Inc. ("NIKE"), and Non-Party Academy, Ltd. hereby stipulate that all documents produced pursuant to a subpoena in this action will be afforded the protection of and be subject to the confidentiality designations outlined by the Stipulated Protective Order entered on July 18, 2019 in this action (Dkt. 44), in addition to any other protections that any party may seek from the Court.

**STIPULATED AND AGREED TO THIS 31st DAY OF JANUARY, 2020:**

TROUTMAN SANDERS LLP          SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Ben L. Wagner
    Ben L. Wagner (admitted *pro hac vice*)
    11682 El Camino Real, Suite 400
    San Diego, CA 92130-2092

    Michael B. Dubin, Esq. (PA SBN 70681)
    SEMANOFF ORMSBY GREENBERG &
    TORCHIA, LLC
    2617 Huntingdon Pike
    Huntingdon Valley, PA 19006

    Attorneys for Plaintiff
    LONTEX CORPORATION

By: /s/ Edward J. Sholinsky
    Edward J. Sholinsky (Pa. I.D. No. 206561)
    Osazenoriuwa Ebose (Pa. I.D. No. 326139)
    1600 Market Street, Suite 3600
    Philadelphia, PA 19103

    Attorneys for Non-Party
    ACADEMY, LTD.

41253118

DLA PIPER LLP (US)

By: /s/ Gina L. Durham
    Gina L. Durham (admitted *pro hac vice*)
    555 Mission Street, Suite 2400
    San Francisco, CA 94105

    Frank W. Ryan (admitted *pro hac vice*)
    Andrew J. Peck (admitted *pro hac vice*)
    Marc E. Miller (admitted *pro hac vice*)
    1251 Avenue of the Americas
    New York, NY 100201

    Darius C. Gambino
    Ben C. Fabens-Lassen
    1650 Mark Street, Suite 5000
    Philadelphia, PA 19103

    Attorneys for Defendant
    NIKE, INC.

**Approved and So Ordered this** 5th **day of** February **2020.**

**BY THE COURT:**

_____ for Hon. Michael Baylson
Honorable Michael M. Baylson

41253118