**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LONTEX CORPORATION

       Plaintiff,

v.

NIKE, INC.,

       Defendant.

Civil Action No. 2:18-cv-05623-MMB

## JOINT STATUS REPORT

Counsel for Plaintiff Lontex Corporation ("Lontex") and for Defendant NIKE, Inc.

("NIKE") respectfully submit this joint status report pursuant to the January 22, 2020 party-agreed

and Court-approved temporary protocol governing discovery from Lontex's customers.

To date, NIKE has effectively served subpoenas on 10 Lontex customers, with 4 additional

subpoenas currently out for service. Of the 10 Lontex customers served to date:

- 2 produced responsive photographs of the "Sweat it Out" care labels sewn inside the Lontex garments;
- 1 brought garments to NIKE's counsel's office and agreed to produce responsive photographs of the care labels sewn inside the Lontex garments;
- 4 responded that they no longer possess the relevant Lontex garments or were continuing to search for the garments; and
- 3 have not yet responded.

The parties have conferred and agreed that, subject to the Court's approval, the temporary

protocol shall be extended on the same terms for another 14-day period to permit NIKE to continue

its discovery efforts to receive responsive information from at least 10 Lontex customers. If the

Court so approves, the parties shall, by 12:00 PM ET on February 20, 2020, report their progress

in a joint status report to be e-mailed to the Court.

The parties remain available, at the Court's convenience, to answer any questions.

1

**Respectfully submitted,**

Dated:     February 6, 2020                    TROUTMAN SANDERS LLP

                                               By: *Ben L. Wagner*
                                               Ben L. Wagner (admitted *pro hac vice*)
                                               ben.wagner@troutman.com
                                               11682 El Camino Real, Suite 400
                                               San Diego, CA 92130-2092
                                               Telephone:   858-509-6000
                                               Facsimile:   858 509 6040

                                               *Attorneys for Plaintiff Lontex Corporation*

Dated:     February 6, 2020                    DLA PIPER LLP (US)

                                               By: *Gina L. Durham*
                                               Gina L. Durham (admitted *pro hac vice*)
                                               555 Mission Street, Suite 2400
                                               San Francisco, CA 94105

                                               Frank W. Ryan (admitted *pro hac vice*)
                                               Andrew J. Peck (admitted *pro hac vice*)
                                               Marc E. Miller (admitted *pro hac vice*)
                                               1251 Avenue of the Americas
                                               New York, NY 100201

                                               Darius C. Gambino
                                               Ben C. Fabens-Lassen
                                               1650 Mark Street, Suite 5000
                                               Philadelphia, PA 19103

                                               *Attorneys for Defendant NIKE, Inc.*

*ORDER*
Approved. Extensions granted to
file joint or separate statements(?)
to February 27, 2020
VSB  2/10/20

2