# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,** <br><br> **v.** <br><br> **NIKE, INC.** | **CIVIL ACTION** <br><br> **NO. 18-5623** |

## REVISED ORDER (NEW DATES)

**AND NOW**, this 3rd day of March, 2020, it is hereby **ORDERED** that a hearing will be held on the Motion of Plaintiff to Compel Defendant to make further responses to discovery (ECF 131), and any other discovery matters, on Friday, March 13, 2020 at 1:30 p.m. in Courtroom 3A. Out-of-town counsel may participate by telephone, with at least 24 hours notification to Deputy Lori DiSanti (267-299-7520).

The Court encourages counsel to continue their dialogue on discovery issues. However, each party must submit to Chambers by Wednesday, March 11, 2020, either a joint report or separate statements, limited to three pages (double-spaced) summarizing concisely those discovery disputes each party considers still outstanding and which require Court decision.

**BY THE COURT:**

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 order 03022020.doc