IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **LONTEX CORPORATION,** | **CIVIL ACTION** |
|---|---|
| **v.** | **NO. 18-5623** |
| **NIKE, INC.** | |

### ORDER RE: DISCOVERY ISSUES

**AND NOW**, this 13th day of March, 2020, following a hearing on March 13, 2020, the Court **ORDERS**:

1. The Report and Recommendation of Special Discovery Master Sandra Jeskie, Esquire (ECF 117) is affirmed in all respects. The objections filed by both Plaintiff and Defendant are overruled or are moot.

2. Plaintiff's Motion to Compel Nike to Produce Documents (ECF 131) is **GRANTED** in part and **DENIED** in part.

3. Plaintiff's Motion to Compel Nike to Produce Additional Witnesses Under Rule 30(b)(6) (ECF 145) is **GRANTED** in part and **DENIED** in part.

4. The Nike Motion to Compel Discovery Responses (ECF 52) and Nike Motion to Compel Lontex to Amend Privilege Log and Produce Documents (ECF 86) have been resolved by the decision on the Master's Report and Recommendation and shall be **DENIED** as **MOOT**.

5. The Lontex Motion to Compel Production (ECF 56) and Nike Motion to Seal Exhibits (ECF 97) have been resolved by the above rulings and are **DENIED** as **MOOT**.

6. The Court rulings on the record at the hearing of March 13, 2020 shall be followed by counsel.

7. Any discovery motion or existing discovery issue not discussed and decided at the hearing of March 13, 2020 or in this Order is **DENIED** as **MOOT**.

2

8. Motions to Seal Documents are no longer required. Counsel may file under seal any document which qualifies under the existing protective order or agreement of counsel.

**BY THE COURT:**

s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 order re discov issues 03132020.doc