# EXHIBIT B

# Charron, Danielle

| | |
|---|---|
| **From:** | Charron, Danielle |
| **Sent:** | Monday, March 30, 2020 2:41 PM |
| **To:** | 'Lisa Edwards' |
| **Subject:** | RE: 4:20-mc-00861Lontex Corporation |

Hi Lisa,

Lontex has received notice—I will reach out to Lontex's counsel now to figure out when they intend to file a response and gather some available dates for a phone conference. I'll update you as soon as I hear back from them.

Thank you,

**Danielle Charron**
Associate Attorney
**Locke Lord LLP**
2800 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002
T: 713-226-1409
F: 713-229-2506
danielle.charron@lockelord.com
www.lockelord.com

**From:** Lisa Edwards <Lisa_Edwards@txs.uscourts.gov>
**Sent:** Monday, March 30, 2020 2:25 PM
**To:** Charron, Danielle <Danielle.Charron@lockelord.com>
**Subject:** 4:20-mc-00861Lontex Corporation

Good afternoon,

The Court wishes to set this matter for phone conference after respondent has received notice and a response has been filed on the record. Please advise.

Thank you



Lisa Edwards
Case Manager to
The Honorable Alfred H. Bennett
United States District Court
Southern District of Texas
(713) 250-5850