IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **LONTEX CORPORATION,** | **CIVIL ACTION** |
|---|---|
| **v.** | **NO. 18-5623** |
| **NIKE, INC.** | |

## ORDER

The Court has received a letter from counsel (ECF 155) for the third party subpoenaed by Plaintiff in this case. This Court has no intention in interfering in any way with the court in Texas exercising jurisdiction it has under Rule 45. However, in reviewing the papers the Court has noted, and repeats here, that the scope of the subpoena is slightly broader than the relevant scope of discovery as ruled on in a hearing, a few weeks ago, that limits discovery to documents, etc. with the words "cool compression" next to each other, and no other words.

With that limit, this Court believes that the discovery sought may be relevant in this case in this Court.

**BY THE COURT:**

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

**Dated: April 1, 2020**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 order 04012020.doc