UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No. 2:18-cv-05623-MMB ) |
| NIKE, INC., | ) ) ) |
| Defendant. | ) ) |

**WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE THAT Michael B. Dubin of Semanoff Ormsby Greenberg & Torchia, LLC ("**Withdrawing Attorney**") hereby files this Withdrawal of Appearance in the above-captioned action. Michael A. Schwartz, Esquire of Pepper Hamilton LLP has replaced Withdrawing Attorney as Pennsylvania counsel on behalf of Plaintiff, Lontex Corporation. Kindly remove the Withdrawing Attorney from the Court's register of actions and any and all service documents.

DATED: April 16, 2020

                                       SEMANOFF ORMSBY
                                         GREENBERG & TORCHIA, LLC

                                       BY: */s/ Michael B. Dubin*
                                               MICHAEL B. DUBIN, ESQ. (70681)
                                               mdubin@sogtlaw.com
                                               2617 Huntingdon Pike
                                               Huntingdon Valley, PA  19006

                                               TROUTMAN SANDERS LLP
                                               Ben L. Wagner, Esq.  (CA SBN 243594)
                                               Ben.wagner@troutman.com
                                               *Admitted Pro Hac Vice*
                                               11682 El Camino Real
                                               Suite 400
                                               San Diego, CA 92130

                                               *Counsel for Plaintiff Lontex Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, a true and correct copy of the foregoing was filed electronically through the Court's electronic case filing system (ECF). Notice of this filing will be sent via e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. The following parties may access this filing through the Court's CM/ECF System.

Francis W. Ryan, Esquire
Marc E. Miller, Esquire
Andrew Jay Peck, Esquire
DLA Piper LLP US
1251 Avenue of the Americas
27th Floor
New York, NY 10020
*Counsel for Defendant, Nike, Inc.*

Gina L. Durham, Esquire
DLA Piper LLP US
555 Mission Street, Suite 2400
San Francisco, CA 94105
*Counsel for Defendant, Nike, Inc.*

Ben C. Fabens-Lassen, Esquire
Darius C. Gambino, Esquire
DLA Piper LLP US
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
*Counsel for Defendant, Nike, Inc.*

                                                **SEMANOFF ORMSBY
 GREENBERG & TORCHIA, LLC**

                                                */s/ Michael B. Dubin*
                                                Michael B. Dubin, Esquire

91299377v.1