# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **LONTEX CORPORATION,** <br><br> **v.** <br><br> **NIKE, INC.** | **CIVIL ACTION** <br><br> **NO. 18-5623** |
|---|---|

## ORDER

**AND NOW** this 14th day of May, 2020, following a recorded telephone call with counsel this date regarding the letter received from counsel dated May 8, 2020, it is **ORDERED** that the Court's ruling regarding sales data shall be followed by counsel.

                                               **BY THE COURT:**

                                               s/ Michael M. Baylson

                                               _____
                                               **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 order 05142020.doc