IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>               Plaintiff,<br><br>   v.<br><br>NIKE, INC.,<br><br>               Defendant. | Civil Action No.  2:18-cv-05623-MMB |

**REVISED SCHEDULING ORDER**

Pursuant to the discovery conference on May 14, 2020 and in light of the ongoing public health crisis currently existing in the United States, all remaining deadlines and ORDERS are extended by forty-five (45) days as follows:

1.     As to the discovery required as a result of the rulings at the hearing on March 13, 2020, and/or otherwise already agreed to or ordered, to the extent still outstanding, counsel shall endeavor to schedule this between May 15 and August 3, 2020.

2.     Because of travel restrictions and because no attorney or deponent or employee of a party shall risk their health to comply with any obligations in this case, the Court will depend on the good judgment and cooperative conduct of counsel to make changes to existing schedules and to future events in this case upon request.

3.     If travel restrictions remain as of June 26, the parties shall meet and confer to discuss whether a change to the existing schedule is warranted or whether to use remote depositions as needed to comply with the August 3, 2020 date.

4.     Fact discovery, including discovery ordered above, shall be completed by August 3, 2020.

5. Expert reports and rebuttals are already served.

6. Expert depositions shall be completed by August 3, 2020.

7. <u>Daubert</u> motions must be filed by August 17, 2020.

8. Dispositive motion deadline: September 14, 2020

9. Plaintiff's pretrial memorandum: September 24, 2020.

10. Defendant's pretrial memorandum: October 5, 2020.

11. Trial pool date remains unchanged: November 1, 2020.

12. The parties shall follow Judge Baylson's pretrial and trial procedures.

**Approved and So Ordered this 19th day of May, 2020.**

          **BY THE COURT:**

          s/ Michael M. Baylson
          Honorable Michael M. Baylson

**HEREBY STIPULATED and AGREED TO:**

Dated:     May 19, 2020        TROUTMAN SANDERS LLP

          By:  *Ben L. Wagner*
          Ben L. Wagner (admitted *pro hac vice*)
          ben.wagner@troutman.com
          11682 El Camino Real, Suite 400
          San Diego, CA  92130-2092
          Telephone:   858-509-6000
          Facsimile:    858-509-6040

          Michael A. Schwartz (PA 60234)
          PEPPER HAMILTON LLP
          3000 Two Logan Square
          Eighteenth & Arch Streets
          Philadelphia, PA 19103-2799

          *Attorneys for Plaintiff Lontex Corporation*

Dated: May 19, 2020          DLA PIPER LLP (US)

By: <u>*Gina L. Durham* (with consent)</u>
    Gina L. Durham (admitted *pro hac vice*)
    555 Mission Street, Suite 2400
    San Francisco, CA 94105

    Frank W. Ryan (admitted *pro hac vice*)
    Andrew J. Peck (admitted *pro hac vice*)
    Marc E. Miller (admitted *pro hac vice*)
    1251 Avenue of the Americas
    New York, NY 100201

    Darius C. Gambino
    Ben C. Fabens-Lassen
    1650 Market Street, Suite 5000
    Philadelphia, PA 19103

    *Attorneys for Defendant NIKE, Inc*.

42308136v2