# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

**LONTEX, CORP.,**

                **Plaintiff,**

v.

**NIKE, INC.,**

                **Defendant.**

Civil Action No. 2:18-cv-05623-MMB

## NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that Aileen E. McTiernan of Locke Lord LLP hereby requests to withdraw her appearance in the above case as counsel to Party of Interest Academy, Ltd. d/b/a Academy Sports + Outdoors.

**PLEASE TAKE FURTHER NOTICE**, the undersigned requests the Clerk of the Court remove her from Court's register of actions and any and all electronic and paper service.

DATED:  May 27, 2020

LOCKE LORD LLP

BY: /s/ Aileen E. McTiernan
    AILEEN E. MCTIERNAN
    Brookfield Place
    200 Vesey Street, 20th Floor
    New York, NY 10028
    (212) 812-2829
    aileen.mctiernan@lockelord.com

Counsel for Party of Interest
*Academy, Ltd d/b/a*
*Academy Sports + Outdoors*

82970141v.1