# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>        Defendant. | Civil Action No. 2:18-cv-05623-MMB |

## **REVISED SCHEDULING ORDER**

In light of the ongoing public health crisis currently existing in the United States, all remaining deadlines and ORDERS are extended as follows:

1. Remaining fact and expert depositions shall be completed by September 15, 2020.

2. <u>Daubert</u> and Dispositive motions shall be filed by October 16, 2020.

3. Plaintiff's pretrial memorandum shall be filed by December 4, 2020.

4. Defendant's pretrial memorandum shall be filed by December 18, 2020.

5. Trial pool date: January 11, 2021.

6. The parties shall follow Judge Baylson's pretrial and trial procedures.

**Approved and So Ordered this 17th day of July, 2020.**

                                                                               **BY THE COURT:**

                                                                               **s/ Michael M. Baylson**

                                                                               _____

                                                                               Honorable Michael M. Baylson

**HEREBY STIPULATED and AGREED TO:**

Dated: July 16, 2020        TROUTMAN SANDERS LLP

By: /s/ Ben L. Wagner
Ben L. Wagner (admitted *pro hac vice*)
ben.wagner@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone:   858-509-6000
Facsimile:    858-509-6040

Michael A. Schwartz (PA 60234)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

*Attorneys for Plaintiff Lontex Corporation*

Dated: July 16, 2020        DLA PIPER LLP (US)

By: /s/ *Gina L. Durham*
Gina L. Durham (admitted *pro hac vice*)
555 Mission Street, Suite 2400
San Francisco, CA 94105

Frank W. Ryan (admitted *pro hac vice*)
Andrew J. Peck (admitted *pro hac vice*)
Marc E. Miller (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 100201

Darius C. Gambino
Ben C. Fabens-Lassen
1650 Market Street, Suite 5000
Philadelphia, PA 19103

*Attorneys for Defendant NIKE, Inc*.