# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,**<br><br>            v.<br><br>**NIKE, INC.** | **CIVIL ACTION**<br><br>**NO.  18-5623** |

## ORDER RE MOTION TO AMEND AND DISMISS COUNTERCLAIMS

**AND NOW**, on this 6th day of October, 2020, after careful consideration of Plaintiff Lontex's Motion to Amend and Dismiss Counterclaims (ECF 109), Defendant Nike's Response (ECF 124), and Lontex's Reply (ECF 129), it is hereby **ORDERED** as follows:

1. For reasons stated in the attached memorandum filed on this date and during the telephone conference on September 29, 2020, Lontex's Motion to Amend the Amended Complaint to remove any reference to U.S. Trademark Registration No. 3,416,236 is **GRANTED**; and

2. As stated in the Court's Order dated September 30, 2020 (ECF 176), Nike shall respond within 14 days stating whether it objects to Lontex's request that it not be required to submit a Second Amended Complaint.  The Court will wait for Nike's response to the Court's Order before determining whether Lontex is required to submit a Second Amended Complaint; and

3. Lontex's Motion to Dismiss Nike's Counterclaims to the extent that they relate to U.S. Trademark Registration No. 3,416,236 is **GRANTED** without prejudice.

                                                                **BY THE COURT:**

                                                                **s/ Michael M. Baylson**
                                                                _____
                                                                **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order re Counterclaims 10062020.docx