

**DLA Piper LLP (US)**
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
www.dlapiper.com

Gina Durham
gina.durham@dlapiper.com
T  415.836.2506
F  415.659.7333

October 7, 2020
*VIA EMAIL*

Hon. Michael M. Baylson, U.S. District Judge
3810 United States Courthouse
601 Market Street, Philadelphia, PA 19106

**Re:**  *Lontex Corporation v. NIKE, Inc.*, **Case No. 18-cv-5623 (E.D. Pa.)**

Dear Judge Baylson:

In response to ECF 176 and ECF 182 §2, this is to inform the Court that NIKE does not object to Lontex's request that Lontex not be required to file a Second Amended Complaint. NIKE will not burden Lontex, or the Court, with such a requirement in light of the Court's ruling.

        Respectfully,

        */s/ Gina L. Durham*
        *Counsel for NIKE, Inc.*

cc – All counsel of record (via CM/ECF)