IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>    Plaintiff,<br><br> v.<br><br>NIKE, INC.,<br><br>    Defendant. | Civil Action No. 2:18-cv-05623-MMB |

**REVISED SCHEDULING ORDER**

The current scheduling order sets forth an October 16, 2020 deadline for dispositive motions and *Daubert* motions. In light of the Court's Order re Motions to Compel (ECF No. 175) and the remedial deposition still to be taken in connection therewith, the parties met and conferred regarding scheduling including an appropriate briefing schedule for *Daubert* and dispositive motions. The parties have agreed and the Court ORDERS that the following revised deadlines apply:

1. Dispositive Motions and Daubert Motions: November 4, 2020
2. Opposition to Motions: December 4, 2020
3. Replies to Motions: December 18, 2020
4. Plaintiff's Pretrial Memorandum: March 29, 2021
5. Defendant's Pretrial Memorandum: April 12, 2021
6. Trial Pool: April 26, 2021
7. The parties shall follow Judge Baylson's pretrial and trial procedures.

1

110692258v1

**Approved and So Ordered this 19th day of October, 2020.**

BY THE COURT:

<u>s/ Michael M. Baylson</u>
Honorable Michael M. Baylson

**HEREBY STIPULATED and AGREED TO:**

| | |
|---|---|
| Dated: October 13, 2020 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| | |
| | By: <u>/s/ *Ben L. Wagner*</u>  |
| | Ben L. Wagner (CA SBN 243594) |
| | ben.wagner@troutman.com |
| | *Admitted Pro Hac Vice* |
| | 11682 El Camino Real, Suite 400 |
| | San Diego, CA  92130-2092 |
| | Telephone:   858.509.6000 |
| | Facsimile:    858.509.6040 |
| | |
| | Michael A. Schwartz (PA 60234) |
| | 3000 Two Logan Square |
| | Eighteenth & Arch Streets |
| | Philadelphia, PA 19103-2799 |
| | |
| | *Attorneys for Plaintiff* |
| | LONTEX CORPORATION |

3

| | |
|---|---|
| Dated: October 13, 2020 | DLA PIPER LLP (US) |
| | By: *Gina L. Durham* (with consent) |
| | Gina L. Durham (admitted *pro hac vice*) |
| | 555 Mission Street, Suite 2400 |
| | San Francisco, CA 94105 |
| | |
| | Frank W. Ryan (admitted *pro hac vice*) |
| | Andrew J. Peck (admitted *pro hac vice*) |
| | Marc E. Miller (admitted *pro hac vice*) |
| | 1251 Avenue of the Americas |
| | New York, NY 100201 |
| | |
| | Ben C. Fabens-Lassen |
| | 1650 Market Street, Suite 5000 |
| | Philadelphia, PA 19103 |
| | |
| | *Attorneys for Defendant NIKE, Inc*. |

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Am Sched Order 10162020.docx