IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **LONTEX CORPORATION,** | **CIVIL ACTION** |
|---|---|
| v. | NO. 18-5623 |
| **NIKE, INC.** | |

### ORDER RE MOTION TO COMPEL DISCOVERY

**AND NOW**, on this 12th day of November, 2020, the parties having stipulated to a revised scheduling order (ECF 186) acknowledging that a remedial deposition is still to be taken, in combination with the Court's Sept. 30 Order (ECF 175), it is hereby **ORDERED** that Lontex's Motion to Compel (ECF 171) is **DENIED** as moot.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18-5623 Lontex v. Nike Motion to Compel Order 11122020.docx