IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,**<br><br>                              v.<br><br>**NIKE, INC.** | **CIVIL ACTION**<br><br>**NO.  18-5623** |

## ORDER RE MOTION FOR SANCTIONS

**AND NOW**, on this 18th day of November, 2020, after careful consideration of Defendant Nike's Motion for Sanctions against Lontex (ECF 168), Plaintiff Lontex's Response (ECF 169), Nike's Reply (ECF 170), and the parties' supplemental letters to the Court (ECF 184, 185), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Nike's Motion for Sanctions is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order re Sanctions 11182020.docx

1