Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092

troutman.com



**Ben Lewis Wagner**
ben.wagner@troutman.com

December 3, 2020

**VIA CM/ECF**

Hon. Michael M. Baylson
James A. Byrne U.S. Courthouse
Room 3810, Courtroom 3-A
601 Market Street
Philadelphia, PA 19106

**Re:**   *Lontex Corporation v. NIKE, Inc.*, Case No. 18-cv-5623 (E.D. Pa.)

Dear Judge Baylson:

Lontex Corporation submits this letter to clarify one point from Nike's December 2, 2020 letter. Lontex's consent to such letter was to a Nike letter indicating it "does not intend to rely upon the two SUFs" [SOF 181 and 182], but that an attempt to "withdraw them is not something Lontex could consent to."  Lontex's Opposition filing tomorrow will still rely upon SOF 181 and 182. Thus, while Lontex consents to Nike's advising the Court that Nike itself no longer intends to rely upon these two SOFs, they should not be withdrawn.

Respectfully,

/s/ *Ben L. Wagner*

Ben L. Wagner


cc:   Counsel of Record (via CM/ECF)