# EXHIBIT 48



NIKE TEAM SPORTS / 20 17
MEN'S FOOTBALL

NIKE-00045071

### NIKE PRO COOL FITTED SHORT-SLEEVE TOP
### 728066   $30.00

**SIZES:** S, M, L, XL, 2XL, 3XL   **FABRIC:** 100% polyester.
**OFFER DATE:** 10/01/15   **END DATE:** 10/01/17

Key technology: Dri-FIT fabric, key features: Lightweight & breathable, flatlock seams to reduce irritation from chafing. New zoned ventilation for thermoregulation. Shaped, low-rise collar, what's new and improved: vented side hem with drop tail for enhanced tuck in performance. Zoned thermoregulation with back panel mesh, who is this for/type of workout: indoor/outdoor gameday or training, fit and feel: Lightweight four-way stretch jersey provides mobility. Mesh back panel provides zoned thermoregulation. "fitted" fit for body skimming performance. Body width: 21", Body length: 30" (size large).

| | | | | | |
|---|---|---|---|---|---|
| 010 | Black/(White) | 100 | White/(Flint Grey) | 341 | Gorge Green/(White) |
| 419 | College Navy/(White) | 493 | Game Royal/(White) | 657 | University Red/(White) |

*DRI-FIT*



### NIKE PRO COOL COMPRESSION SHORT-SLEEVE TOP
### 728048   $30.00

**SIZES:** S, M, L, XL, 2XL, 3XL   **FABRIC:** 100% polyester.
**OFFER DATE:** 10/15   **END DATE:** 10/17

Key features: Lightweight & breathable, flatlock seams to reduce irritation from chafing. New zoned ventilation for thermoregulation. What's new and improved: raglan sleeve construction for increased mobility, vented side hem with drop tail. Zoned thermoregulation with back panel mesh. Branded verbiage inside droptail to communicate compression fit, consumer/workout: indoor/outdoor gameday or training, fit/feel: Lightweight four-way stretch jersey provides mobility. Mesh back panel provides zoned thermoregulation. "Compression" fit for locked in feel and increased proprioception. Body width: 17.5", Body length: 28.75" (size large).

| | | | | | |
|---|---|---|---|---|---|
| 010 | Black/(Cool Grey) | 022 | Carbon Heather/(Black) | 100 | White/(Cool Grey) |
| 341 | Gorge Green/(Cool Grey) | 419 | College Navy/(Cool Grey) | 494 | Game Royal/(Cool Grey) |
| 545 | Court Purple/(Cool Grey) | 610 | Team Maroon/(Cool Grey) | 658 | University Red/(Cool Grey) |
| 669 | Deep Maroon/(Cool Grey) | 727 | Sundown/(Cool Grey) | 784 | Team Gold/(Cool Grey) |
| 888 | University Orange/(Cool Grey) | | | | |

*DRI-FIT*



## NIKE PRO COOL COMPRESSION SLEEVELESS TOP
### 728044   $30.00

**SIZES:** S, M, L, XL, 2XL, 3XL   **FABRIC:** 100% polyester.
**OFFER DATE:** 10/15   **END DATE:** 10/17

Key features: Lightweight & breathable, flatlock seams to reduce irritation from chafing. New zoned ventilation for thermoregulation. What's new and improved: vented side hem with drop tail. Zoned thermoregulation with back panel mesh. Branded verbiage inside droptail to communicate compression fit, consumer/workout: indoor/outdoor gameday or training, fit/feel: Lightweight four-way stretch jersey provides mobility. Mesh back panel provides zoned thermoregulation. "Compression" fit for locked in feel and increased proprioception. Body width: 17", Body length: 28.75" (size large).

| | | |
|---|---|---|
| 010 Black/(Cool Grey) | 022 Carbon Heather/(Black) | 100 White/(Cool Grey) |
| 341 Gorge Green/(Cool Grey) | 419 College Navy/(Cool Grey) | 494 Game Royal/(Cool Grey) |
| 545 Court Purple/(Cool Grey) | 610 Team Maroon/(Cool Grey) | 658 University Red/(Cool Grey) |
| 669 Deep Maroon/(Cool Grey) | 784 Team Gold/(Cool Grey) | |

DRI-FIT



## NIKE PRO COOL COMPRESSION LONG-SLEEVE TOP
### 728047   $35.00

**SIZES:** S, M, L, XL, 2XL, 3XL   **FABRIC:** 100% polyester.
**OFFER DATE:** 10/15   **END DATE:** 10/17

Key features: Lightweight & breathable, flatlock seams to reduce irritation from chafing. New zoned ventilation for thermoregulation. What's new and improved: raglan sleeve construction for increased mobility, vented side hem with drop tail. Zoned thermoregulation with back panel mesh. Branded verbiage inside droptail to communicate compression fit, consumer/workout: indoor/outdoor gameday or training, fit/feel: Lightweight four-way stretch jersey provides mobility. Mesh back panel provides zoned thermoregulation. "Compression" fit for locked in feel and increased proprioception. Body width: 17.5", Body length: 28.75" (size large).

| | | |
|---|---|---|
| 010 Black/(Cool Grey) | 022 Carbon Heather/(Black) | 100 White/(Cool Grey) |
| 341 Gorge Green/(Cool Grey) | 419 College Navy/(Cool Grey) | 494 Game Royal/(Cool Grey) |
| 545 Court Purple/(Cool Grey) | 610 Team Maroon/(Cool Grey) | 658 University Red/(Cool Grey) |
| 669 Deep Maroon/(Cool Grey) | | |

DRI-FIT



## NIKE PRO COOL COMPRESSION 1/2 SLEEVE TOP
### 719903   $30.00

**SIZES:** S, M, L, XL, 2XL, 3XL, 4XL   **FABRIC:** 92% polyester/8% spandex.
**OFFER DATE:** 10/01/16   **END DATE:** 10/01/17

New zoned thermoregulation with back panel mesh. Raglan sleeve construction for increased mobility. Ventilated side hem with drop tail. Compression fit for locked in feel and increased proprioception. Lightweight all over four way stretch jersey fabric provides ultimate moisture management on game day. Flatlock seams to reduce irritation from chafing. #3 Swoosh design trademark at left arm. Nike pro center back read. Body width: 17.5", Body length: 28.75" (size large).

| | | |
|---|---|---|
| 010 Black/(White) | 060 Carbon Heather/(Black) | 100 White/(White) |
| 341 Dark Green/(White) | 419 Navy/(White) | 493 Royal/(White) |
| 545 Purple/(White) | 610 Cardinal/(White) | 657 Scarlet/(White) |
| 669 Dark Maroon/(White) | | |

*DRI-FIT*





Style 719907
**WOVEN PRACTICE SHORT**

**STOCK / 37**

### NIKE PRO COOL COMPRESSION 3/4 TIGHT   828642   $32.00

**SIZES:** S, M, L, XL, 2XL, 3XL, 4XL   **FABRIC:** 92% polyester/8% spandex.
**OFFER DATE:** 01/01/16   **END DATE:** 10/01/17

Key technology: Dri-FIT fabric, key features: lightweight & breathable, flatlock seams to reduce irritation from chafing. Provides moisture management for gameday, what's new and improved: mesh gusset and inner leg panel for increased zoned thermoregulation. Updated npc waistband, who is this for/type of workout: indoor/outdoor gameday or training, fit and feel: lightweight all over four-way stretch jersey provides mobility and compression fit for locked in feel and increased proprioception. Hip width: 15.5", Inseam length: 18" (size large).

| 010 Black/(White) | 022 Carbon Heather/(Black) | 100 White/(Black) |

DRI-FIT



### NIKE PRO COOL 6" COMPRESSION SHORT   728049   $28.00

**SIZES:** S, M, L, XL, 2XL, 3XL   **FABRIC:** 100% polyester.
**OFFER DATE:** 10/15   **END DATE:** 10/17

Key technology: Dri-FIT fabric. Key features: Lightweight & breathable, flatlock seams to reduce irritation from chafing. Provides moisture management for gameday. What's new and improved: mesh gusset and inner leg panel for increased zoned thermoregulation. Updated NPC waistband, who is this for/type of workout: indoor/outdoor gameday or training, fit and feel: Lightweight all over four-way stretch jersey provides mobility and "compression" fit for locked in feel and increased proprioception. Hip width: 12.25", Inseam length: 7.75" (size large).

| 010 Black/(Cool Grey) | 022 Carbon Heather/(Black) | 100 White/(Cool Grey) |
| 341 Gorge Green/(Cool Grey) | 419 College Navy/(Cool Grey) | 493 Game Royal/(Cool Grey) |
| 545 Court Purple/(Cool Grey) | 610 Team Maroon/(Cool Grey) | 658 University Red/(Cool Grey) |
| 669 Deep Maroon/(Cool Grey) | | |

DRI-FIT



STOCK / 38

NIKE-00045075