IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LONTEX CORPORATION, | CIVIL ACTION |
|---|---|
| v. | NO. 18-5623 |
| NIKE, INC. | |

**ORDER RE PENDING MOTIONS**

The Court has under consideration motions concerning expert witnesses (ECF Nos. 187, 189, 190) and for summary judgment (ECF Nos. 188, 191). Upon review of the already filed briefs, it is hereby **ORDERED** as follows:

1. The Court will STAY any filing of reply briefs on the motions concerning expert testimony until the Court rules on the pending Rule 56 motions.

2. As to the reply briefs, which shall now be filed by December 16, 2020, on the pending summary judgment motions, each party will include in its reply brief, limited to fifteen (15) pages, double-spaced, the following:

    a. A concise summary of the holdings of the five (5) cases which each party believes most support its legal contentions.

    b. The moving party shall identify the five (5) most significant exhibits already produced which support its position that there are no genuine disputes of material fact which prevent relief being granted under Rule 56.

    c. No later than December 21, 2020 at 4:00 p.m., the non-moving party shall identify the five (5) most significant exhibits already produced which support its position that genuine disputes of material fact still exist, and require the motion to be denied.

BY THE COURT:

**Dated: December 9, 2020**      s/ Michael M. Baylson
                                 **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order re Pending Motions 12092020.docx