**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LONTEX CORPORATION, <br>                 Plaintiff, <br> v. <br> NIKE, INC., <br>                 Defendant. | Civil Action No.: 18-cv-5623 <br><br> (Hon. Michael M. Baylson) |

# EXHIBIT 3

## EXHIBIT FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER