# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LONTEX CORPORATION, | CIVIL ACTION |
|---|---|
| v. | NO. 18-5623 |
| NIKE, INC. | DATE OF NOTICE: January 19, 2021 |

### NOTICE HEARING

Please be advised that a **VIDEO HEARING** on cross-motions for summary judgment will be held **Tuesday, February 2, 2021 at 1:30 p.m.**, before the Honorable Michael M. Baylson. A link for the video hearing will be forwarded to counsel and a video test date/time will be set up by Chambers in the near future.

/s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 hrg notice on cross motions summ judg.doc