IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LONTEX CORPORATION,<br><br>v.<br><br>NIKE, INC. | CIVIL ACTION<br><br>NO. 18-5623 |
|---|---|

## ORDER RE BIFURCATION

**AND NOW**, this 25th day of May, 2021, upon consideration of Defendant Nike's Motion for Bifurcation of Liability from Damages (ECF 255), and Plaintiff Lontex's Opposition (ECF 259), it is hereby ordered that the Motion is **GRANTED** for the reasons stated in the attached memorandum.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18-5623 Order Re Bifurcation.docx

1