IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION,<br>      Plaintiff,<br><br> v.<br><br>NIKE, INC.,<br>      Defendant. | Civil Action No.: 18-cv-5623<br><br>(Hon. Michael M. Baylson) |

**<u>DEFENDANT NIKE, INC.'S OMNIBUS MOTION ON DEPOSITION DESIGNATIONS</u>**

    Pursuant to Federal Rule of Civil Procedure 32, the Federal Rules of Evidence, and Paragraph 5.a of this Court's April 22, 2021 Pretrial Order (ECF No. 254), Defendant NIKE, Inc. ("NIKE") moves for an Order sustaining certain of its objections to the deposition testimony that Lontex has designated for use at trial. In support of this Motion, NIKE submits the attached Memorandum of Law and Proposed Order.

| | |
|---|---|
| July 15, 2021 | Respectfully submitted,<br><br>By:  <u>*/s/ Gina L. Durham*</u><br><br>DLA PIPER LLP (US)<br><br>Gina L. Durham (*pro hac vice*)<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105<br><br>Frank W. Ryan (*pro hac vice*)<br>Andrew J. Peck (*pro hac vice*)<br>Michael D. Hynes (*pro hac vice*)<br>Marc E. Miller (*pro hac vice*)<br>1251 Avenue of the Americas<br>New York, NY 100201<br><br>Ilana H. Eisenstein<br>Ben C. Fabens-Lassen<br>1650 Market Street, Suite 5000<br>Philadelphia, PA  19103<br><br>*Attorneys for Defendant NIKE, Inc.* |