# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,** <br><br> v. <br><br> **NIKE, INC.** | **CIVIL ACTION** <br><br> NO. 18-5623 |

## ORDER RE CHOICE OF LAW

**AND NOW**, on this 27th day of July, 2021, after careful consideration of Plaintiff Lontex's Brief Outlining State Law Claims (ECF 256), Defendant Nike's Response (ECF 260), and Lontex's Reply (ECF 266), it is hereby **ORDERED** that:

- Pennsylvania law applies to the state law claims in this matter;
- Lontex may proceed with Count IV of its Amended Complaint, its state common law claim, under Pennsylvania law; and
- Count V of the Amended Complaint, Lontex's state statutory claim, is dismissed.

**BY THE COURT:**

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order re Choice of Law.docx