

**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103

Ilana H. Eisenstein
Ilana.Eisenstein@dlapiper.com
T   215.656.3351

August 6, 2021
*VIA ECF*

Hon. Michael M. Baylson, U.S. District Judge
3810 United States Courthouse
601 Market Street, Philadelphia, PA 19106

**Re:**   *Lontex Corporation v. NIKE, Inc.*, **Case No. 18-cv-5623**

Dear Judge Baylson:

NIKE respectfully requests oral argument on the parties' motions *in limine*. (ECF 269, 274.) Given the importance of the issues raised in these motions to the parties' trial preparations, NIKE respectfully requests a hearing to address the motions *in limine* and responses thereto. Alternatively, NIKE requests the opportunity to respond to Lontex's characterization of the law and facts in a reply brief. Given the number of evidentiary issues at issue, early resolution in advance of trial would enhance the efficiency of trial and enable the parties to plan for the evidence admitted at trial.

We remain available at the Court's convenience to address any further questions or issues.

Very truly yours,

Ilana H. Eisenstein
*Counsel for NIKE, Inc.*

cc:   Counsel of Record via ECF