IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LONTEX CORPORATION, | CIVIL ACTION |
|---|---|
| v. | NO. 18-5623 |
| NIKE, INC. | |

### ORDER RE RECENT THIRD CIRCUIT DECISION

**AND NOW**, this 25th day of August, 2021, counsel are requested to submit a letter brief to Chambers, limited to discussion of whether there is any impact in this case on the issue of laches in light of the Third Circuit's recent decision in Kars 4 Kids Inc. v. Am. Can!, __ F.4th __, 2021 WL 3504040 (3d Cir. Aug. 10, 2021).  Briefs shall be submitted by August 30, limited to three pages, double-spaced.

**BY THE COURT:**

s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18-5623 Order Re Third Cir Decision.docx