IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,** <br><br> v. <br><br> **NIKE, INC.** | **CIVIL ACTION** <br><br> **NO. 18-5623** |

## ORDER RE EVIDENTIARY MOTIONS, DEMOSTRATIVE EXHIBITS AND F.R.E. 1006

**AND NOW**, this 2nd day of September, 2021, upon consideration of Plaintiff Lontex and Defendant Nike's pretrial briefing on the use of evidence of "cool" and "compression" used separately (ECF 270, 271, 280), Plaintiff's Motion in Limine and Defendant's Response (ECF 269, 273), Defendant's Motion in Limine and Plaintiff's Response (ECF 274, 286), Plaintiff's Motion on Deposition Designations and Defendant's Response (ECF 277, 283), Defendant's Motion on Deposition Designations and Plaintiff's Response (ECF 275, 284), and the parties' supplemental briefing following oral argument (ECF 300, 301), it is hereby **ORDERED** that these Motions are granted in part and denied in part as stated in the attached Memorandum.

It is further **ORDERED** that each party shall submit to Chambers by September 28, 2021, any demonstrative exhibits, charts, or summaries that it intends to use pursuant to Fed. R. Evid. 1006. These exhibits shall be submitted to chambers in 8 ½ x 11 size in three-ring notebooks. Counsel shall state the size of the actual exhibit and identity of the first witness with whom the exhibit will be introduced. The Court assumes that these exhibits have already been exchanged between the parties. Following any further discussion between counsel, any objection must be filed by October 6, 2021.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.