IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>   Plaintiff,<br><br>   v.<br><br>NIKE, INC.,<br><br>   Defendant. | Civil Action No. 2:18-cv-05623-MMB |

**PLAINTIFF LONTEX CORPORATION'S
PROPOSED DAMAGES PHASE JURY VERDICT FORM**

TROUTMAN PEPPER HAMILTON SANDERS LLP

Ben L. Wagner (CA SBN 243594)
ben.wagner@troutman.com
*Admitted Pro Hac Vice*
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone:  858.509.6000
Facsimile:  858.509.6040

Michael A. Schwartz (PA 60234)
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

*Attorneys for Plaintiff*
LONTEX CORPORATION

**We the jury, find the following that Plaintiff Lontex is entitled to:**

| | |
|---|---|
| **1. Actual Damages:** | |
| Lost Opportunities: | |
| Lost Profits: | |
| Reasonable Royalties: | |
| Corrective Advertising: | |
| **2. Defendant's Profits:** | |
| **3. Punitive Damages:** | |

You have completed your deliberations. The Foreperson should sign this verdict form and return to the Courtroom.

Dated: _____

Juror Foreperson:_____ Signature:_____

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/*Ben L. Wagner*
Ben L. Wagner