IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,**<br><br>           v.<br><br>**NIKE, INC.** | **CIVIL ACTION**<br><br><br>**NO.  18-5623** |

## **JUDGMENT**

**AND NOW**, this 29th day of October, 2021, judgment is entered in favor of Plaintiff Lontex Corporation and against Defendant Nike, Inc. in the amount of $507,000.

BY THE COURT:

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Judgment.docx

1