IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION,<br><br>v.<br><br>NIKE, INC. | CIVIL ACTION<br><br>NO. 18-5623 |

## SCHEDULING ORDER

Following the jury's verdict, as discussed with counsel, the Court will set the following schedule for any post-trial motions:

1. Motions and supporting briefs must be filed no later than **November 24, 2021**, limited to twenty-five (25) pages.

2. Opposing briefs shall be filed by **December 22, 2021**, limited to thirty-five (35) pages.

3. Reply briefs must be filed by **January 11, 2021**, limited to fifteen (15) pages.

4. The Court will only consider exhibits already of record either in pretrial proceedings or at the trial, which may not be attached to any of these briefs.

5. As to the issue of attorney's fees, Plaintiff shall make available to Nike's counsel, the underlying data promptly, and Nike's counsel shall promptly serve any objections to the amount of time recorded or the rates, before filing a responsive brief. If there is an extensive dispute, the Court may appoint a master under Rule 53 to investigate and file a report and recommendation.

DATED:  11/2/2021   BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18-5623 Order re scheduling after trial.docx