# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>    Plaintiff,<br><br>    v.<br><br>NIKE, INC.,<br><br>    Defendant. | Civil Action No.  2:18-cv-05623-MMB<br><br>Hon. Michael M. Baylson |

### CORRECTED DECLARATION OF BEN L. WAGNER IN SUPPORT OF PLAINTIFF LONTEX CORPORATION'S BILL OF COSTS PURSUANT TO U.S.C. § 1924

I, Ben L. Wagner, declare as follows:

1. I am a member of the State Bar of California in good standing, and admitted *pro hac vice* in this proceeding. I am a partner at Troutman Pepper Hamilton Sanders LLP, counsel of record in this action for Plaintiff Lontex Corporation ("Lontex"). Each statement made in this declaration is based upon facts within my personal knowledge or which I reasonably believe to be true on the basis of my information and belief. If called as a witness in this action I could and would testify competently to the same.

2. I submit this declaration in support of Lontex's Bill of Costs.

3. In the above-captioned case, Lontex asserted claims for trademark infringement. Nike, Inc. ("Nike") asserted counterclaims for declaratory relief, cancellation, and abandonment.

4. The Court held a jury trial, overseen by Judge Baylson, which commenced on October 18, 2021, and concluded on October 29, 2021.

5. The parties delivered their closing statements to the jury on October 28, 2021.

6. The Court entered judgment in favor of Lontex and against Nike. Dkt. No. 364.

7. I have reviewed the costs claimed in this application and believe that they are allowable by law, are correctly stated and were actually and necessarily incurred. Included with this declaration are true and correct copies of invoices or other records that correspond to the costs claimed.

8. Lontex's Bill of Costs totals $80,190.93.

9. Attached as **Exhibit A** are true and correct copies of invoices for fees of the clerk, taxable under 28 USCS § 1920(1).

| EXHIBIT A.  FEES OF THE CLERK ||||
|---|---|---|---|
| **Date** | **Docket No.** | **Description** | **Total Costs** |
| 12/31/2018 | 1 | COMPLAINT against NIKE, INC. (Receipt No. PPE190092) | $400.00 |
| 1/30/2019 | 10 | APPLICATION for Admission Pro Hac Vice of Andrew D. Skale (Receipt No. 0313-13318756) | $40.00 |
| 1/30/2019 | 11 | APPLICATION for Admission Pro Hac Vice of Ben Wagner (Receipt No. 0313-13318807) | $40.00 |
| 6/18/2019 | 39 | MOTION for Pro Hac Vice of Craig C. Crockett | $40.00 |
| 8/14/2019 | 49 | MOTION for Pro Hac Vice of Katherine Harihar (Receipt No. 0313-13732864) | $40.00 |
| | | **REQUESTED SUBTOTAL COST(S):** | **$560.00** |

10. Attached as **Exhibit B** are true and correct copies of invoices for printed or electronically recorded transcripts, taxable under 28 USCS § 1920(2). These are the costs of such transcripts paid by Lontex (and do not include the costs of such transcripts paid by Nike). These transcripts were necessary for trial in this case and were used to prepare witnesses and to prepare for the presentation of evidence. These transcripts were not obtained solely for the convenience of counsel. These transcripts include deposition transcripts for the following witnesses who testified live at trial and whose depositions were used at trial or were otherwise reasonably necessary to the parties at the time they were taken: Doctor Brian Cammarota (fact witness), Howard Knudson (fact witness), Efraim Nathan (fact and 30(b)(6) witness), Samantha Nathan (fact and 30(b)(6) witness), Forbes Campbell (fact and 30(b)(6) witness), Katie Bromert (fact and 30(b)(6) witness), Neil Munro (fact and 30(b)(6) witness), Benjamin Bechtel (fact witness), Christopher J. Williams (fact witness), Najeeb Hosni (fact witness), Nicholas Johnson (fact and 30(b)(6) witness), Kate Schrader (fact witness), Norman Lehrer (fact witness), Vicki Humphreys (fact witness), Susan McDonald (expert witness), Hal Poret (expert witness), Parker Mangum (fact and 30(b)(6) witness), Deborah Anne White (fact and 30(b)(6) witness), Jeff Anderson (expert witness), Kimberly Mack Ireland (fact and 30(b)(6) witness), Paul Meyer

(expert witness), Shannon Hall (fact and 30(b)(6) witness), Keith Dugger (fact witness), Sean Cunningham (fact witness).

| **EXHIBIT B. FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE** |
|---|---|---|---|---|---|
| **Invoice Date** | **Deponent/Hearing** | **Date of Depo/Hearing** | **Court Reporter** | **Invoice No.** | **Amount** |
| 09/05/19 | Cammarota, Doctor Brian | 8/16/2019 | Veritext | SF3932847 | $1,203.75 |
| 10/24/19 | Knudson, Howard | 10/2/2019 | Veritext | SF4001230 | $1,019.85 |
| 11/15/19 | Nathan, Efraim | 10/25/2019 | Veritext | NY4034149 | $3,275.47 |
| 11/15/19 | Nathan, Samantha | 10/24/2019 | Veritext | NY4031270 | $3,069.83 |
| 11/29/19 | Campbell, Forbes | 11/22/2019 | Aptus | 1065548 | $2,829.47 |
| 12/04/19 | Court reporter fee split for coverage of Motion to Compel argument | 11/25/2019 | Veritext | NY4069460 | $754.50 |
| 12/04/19 | Nathan, Efraim, Vol. 2 | 11/14/2019 | Veritext | NY4067419 | $4,030.18 |
| 12/24/19 | Bromert, Katie | 12/17/2019 | Aptus | 1066728 | $2,090.91 |
| 12/27/19 | Munro, Neil | 12/12/2019 | Aptus | 1066640 | $4,554.87 |
| 01/30/20 | Bechtel, Benjamin (transcript) | 1/10/2020 | Veritext | NY4164653 | $1,856.15 |
| 02/06/20 | Williams, Christopher J. | 1/23/2020 | Veritext | NY4172240 | $952.55 |
| 02/07/20 | Bechtel, Benjamin (video) | 1/10/2020 | Veritext | NY4179407 | $424.94 |
| 02/12/20 | Hosni, Najeeb | 1/24/2020 | Veritext | NY4183868 | $1,082.98 |
| 02/28/20 | Johnson, Nicholas | | Aptus | 1070444 | $3,707.76 |
| 02/28/20 | Schrader, Kate | 2/21/2020 | Aptus | 1069968 | $1,292.84 |
| 03/17/20 | Lehrer, Norman | 2/19/2020 | Veritext | NY4254292 | $916.70 |
| 03/31/20 | Humphreys, Vicki | 3/10/2020 | Aptus | 1070549 | $2,032.05 |
| 05/25/20 | Court reporter fees for transcript of proceedings | 5/14/2020 | Suzanne Rita White, CM, FCRR | 20201090 | $73.00 |
| 08/31/20 | McDonald, Susan | 8/14/2020 | Veritext | NY4509381 | $1,542.60 |
| 08/31/20 | Poret, Hal | 8/11/2020 | Aptus | 1073726 | $1,998.95 |
| 09/25/20 | Mangum, Parker | 9/4/2020 | Aptus | 1074428 | $1,653.05 |
| 09/29/20 | White, Deborah Anne | 8/14/2020 | Aptus | 1074945 | $2,229.89 |
| 09/30/20 | Anderson, Jeff | | Aptus | 1075094 | $2,809.84 |
| 09/30/20 | Mack Ireland, Kimberly | 8/26/2020 | Aptus | 1075099 | $1,539.35 |
| 09/30/20 | Meyer, Paul | 9/15/2020 | Aptus | 1074478 | $2,562.69 |
| 10/30/20 | Hall, Shannon | 10/23/2020 | Aptus | 1075980 | $2,016.77 |
| 02/03/21 | Reporter's Transcript of | 2/2/2021 | Lynn | 20200098 | $246.50 |

- 4 -

| EXHIBIT B. FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE | | | | | |
|---|---|---|---|---|---|
| Invoice Date | Deponent/Hearing | Date of Depo/Hearing | Court Reporter | Invoice No. | Amount |
| | MSJ Hearing | | Gligor, RMR | | |
| 04/22/21 | Reporter's Transcript of Status Conference | 4/21/2021 | Access Transcripts | 8501 | $41.40 |
| 07/30/21 | Dugger, Keith | 7/20/2021 | Aptus | 1089401 | $1,838.94 |
| 08/20/21 | Reporter's Transcript of Motion Hearing (Cool Compression, MILs, Deposition Designations | 8/19/2021 | J&J Court Transcribers | 2021-01187 | $199.65 |
| 08/31/21 | Cunningham, Sean | 8/25/2021 | Aptus | 1090930 | $1,904.80 |
| 10/20/21 | Partial Day 1 Trial Transcript - Opening Statement by Mr. Hynes | 10/18/2021 | Shannan Gagliardi | 192 | $17.10 |
| 11/11/21 | Trial Transcripts | 10/18-10/29/2021 | Shannan Gagliardi | 196 | $1,845.00 |
| | | | | REQUESTED SUBTOTAL COSTS: | $57,614.33 |

11.   Attached as **Exhibit C** are true and correct copies of receipts for the witness fees, subsistence and mileage fees list in the attachment to the Bill of Costs and paid pursuant to 28 U.S.C. § 1821.

12.   Attached as **Exhibit D** are true and correct copies of invoices for exemplification and copies of papers necessarily obtained for use in this case, and taxable under 28 U.S.C.S. § 1920(4). I declare that the following entry from The MCS Group, Inc. is for the preparation of demonstratives for use during trial relating to Lontex's claims.

| EXHIBIT D. FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE | | | | |
|---|---|---|---|---|
| Date | Vendor | Description | Invoice No. | Total Costs |
| 9/21/21 | Clerk Of Court (CASD) | 14cv00872-JAH / Lights Out certified copies | 14cv00872-JAH | $472.00 |
| 10/26/21 | The MCS Group, Inc. | Exhibit Boards for Trial | 07382001 | $1,944.00 |
| 11/08/21 | Veritext | Transcript of Doctor Brian | 5379127 | $95.00 |

- 5 -

| | | | | |
|---|---|---|---|---|
| | | Cammarota- Certified hard copy ordered for trial 10/5/21 | | |
| 11/08/21 | Veritext | Transcript of Deposition of Howard Knudson, MSPT – Certified hard copy ordered 10/5/21 | 5379132 | $95.00 |
| | | **REQUESTED SUBTOTAL COST(S):** | | **$2,606.00** |

13. Attached as **Exhibit E** are true and correct copies of invoices for fees and disbursements for printing as listed below, and taxable under 28 USCS § 1920(4).

| **EXHIBIT E. FEES AND DISBURSEMENTS FOR PRINTING** | | | | |
|---|---|---|---|---|
| **Date** | **Vendor** | **Description** | **Invoice No.** | **Total Costs** |
| 6/30/19 | Epiq eDiscovery | Scanning documents to TIFF (electronic copies) for production | 90347426 | $1,331.68 |
| 6/30/19 | Epiq eDiscovery | Scanning documents to TIFF (electronic copies) for production | 90347424 | $1,206.32 |
| 1/14-2/14/19 | Mintz Levin | Fees for printing billed by former counsel (See **Exhibit E-1**) | | $270.45 |
| 7/31/19 | Epiq eDiscovery | Scanning and OCR re production of documents | 90355859 | $91.11 |
| 11/30/19 | Epiq eDiscovery | Digital Prints (Blowbacks) - B&W-Oversized | 90392431 | $147.02 |
| 11/30/19 | Epiq eDiscovery | Digital Prints (Blowbacks) Color-Oversized | 90392434 | $91.48 |
| 2/25/20 | eMerge | Prepare Documents for Production | 2216682 | $600.00 |
| 3/11/20 | eMerge | Prepare Documents for Production | 2222020 | $200.00 |
| 4/9/20 | eMerge | Prepare Documents for Production | 2231746 | $100.00 |
| 5/7/20 | eMerge | Prepare Documents for Production | 2243662 | $200.00 |
| 6/9/20 | eMerge | Prepare Documents for Production | 2255002 | $100.00 |
| 7/22/20 | eMerge | Prepare Documents for Production | 30008542 | $100.00 |
| 7/31/20 | Nationwide Legal | Printing cost for courtesy copies for Judge Baylson | 00000019642 | $87.50 |
| 10/8/21 | Reliable Philadelphia | Reliable Copy invoice for electronic bates numbering and printing | PH223224 | $1,726.33 |
| 10/16/20 | eMerge | Prepare Documents for Production | 30050642 | $100.00 |
| 5/18/21 | eMerge | Prepare Documents for Production | 30159447 | $100.00 |
| 11/10/21 | eMerge | Prepare Documents for Production | 30063577 | $300.00 |
| | | | **REQUESTED SUBTOTAL COST(S):** | **$6,751.89** |

14. Attached as **Exhibit F** are true and correct copies of the invoices and receipts listed below for other travel-related costs and disbursements for witnesses, taxable under 28 USCS § 1920(3).

120954449v3

| EXHIBIT F. TRAVEL-RELATED COSTS AND DISBURSEMENTS FOR WITNESSES ||||| 
| Date | Witness | Description | Category | Total Costs |
|---|---|---|---|---|
| 10/01/21 | Brian Ball | Roundtrip Airfare 10/17-10/19/21 | Airfare | $380.80 |
| 10/07/21 | Brian Ball | Change Fee for travel 10/24-10/26/21 | Airfare | $183.00 |
| 10/18/21 | Brian Ball | Change Fee for travel 10/20-10/22/21 | Airfare | $116.00 |
| 10/20/21 | Brian Ball | Hotel 10/20-10/21/21 | Hotel | $546.59 |
| 11/01/21 | David Drews | Roundtrip Airfare SAN to PHL on 10/20/21 | Airfare | $1,586.80 |
| 11/01/21 | David Drews | Uber (Airport to Hotel) | Cab/Uber | $27.95 |
| 11/01/21 | David Drews | Uber (Hotel to Courthouse) | Cab/Uber | $11.37 |
| 11/01/21 | David Drews | Uber (Courthouse to Hotel) | Cab/Uber | $11.37 |
| 11/01/21 | David Drews | Hilton Logan - 10/24-10/28/21 | Hotel | $1,021.72 |
| 11/01/21 | David Drews | Uber (Courthouse to Hotel) | Cab/Uber | $11.68 |
| 11/01/21 | David Drews | Uber (Hotel to Courthouse) | Cab/Uber | $11.39 |
| 11/01/21 | David Drews | Uber (Airport to Courthouse) | Cab/Uber | $31.68 |
| 11/01/21 | David Drews | Uber (Courthouse to Hotel) | Cab/Uber | $8.85 |
| 11/01/21 | David Drews | Uber (Hotel to Airport) | Cab/Uber | $38.22 |
| 11/02/21 | David Drews | Trip Insurance Expense - Allianz Travel | Trip Insurance | $109.81 |
| 11/03/21 | David Drews | Hilton Logan - 10/20/21 | Hotel | $232.74 |
| 11/04/21 | David Drews | Uber (Home to Airport) | Cab/Uber | $40.29 |
| 11/05/21 | David Drews | Roundtrip Airfare SAN to PHL on 10/24/21 | Airfare | $780.61 |
| 11/01/21 | Dominique Williams | Courthouse Parking | Parking | $29.00 |
| 10/19/21 | Jeff Parkhurst | Roundtrip Airfare to/from PHL | Airfare | $498.80 |
| 10/19/21 | Jeff Parkhurst | Cab (Airport to Hotel) | Cab/Uber | $36.40 |
| 10/22/21 | Jeff Parkhurst | Cab (Hotel to Airport) | Cab/Uber | $37.40 |
| 10/25/21 | Jeff Parkhurst | Hotel 10/25-10/28/21 | Hotel | $698.22 |
| 10/25/21 | Jeff Parkhurst | One-way Airfare to PHL | Airfare | $288.40 |
| 10/25/21 | Jeff Parkhurst | One-way Airfare to PHL - Change Fee | Airfare | $210.00 |
| 10/25/21 | Jeff Parkhurst | Cab (Home to Airport) | Cab/Uber | $113.00 |
| 10/25/21 | Jeff Parkhurst | Cab (Airport to Hotel) | Cab/Uber | $36.75 |

120954449v3

| EXHIBIT F. TRAVEL-RELATED COSTS AND DISBURSEMENTS FOR WITNESSES | | | | |
|---|---|---|---|---|
| Date | Witness | Description | Category | Total Costs |
| 10/26/21 | Jeff Parkhurst | Cab (Hotel to Courthouse) | Cab/Uber | $11.10 |
| 10/26/21 | Jeff Parkhurst | Cab (Courthouse to Hotel) | Cab/Uber | $10.90 |
| 10/27/21 | Jeff Parkhurst | Cab (Hotel to Courthouse) | Cab/Uber | $12.35 |
| 10/28/21 | Jeff Parkhurst | Hilton Logan 10/25-10/28/21 | Hotel | $698.22 |
| 10/28/21 | Jeff Parkhurst | One-way Airfare to MSP | Airfare | $528.40 |
| 10/08/21 | Jodi Thomas | Roundtrip Airfare to/from PHL (Invoice_0002853) | Airfare | $708.80 |
| 10/18/21 | Jodi Thomas | Roundtrip Airfare - Change Fee (Invoice 0004901) | Airfare | $169.01 |
| 10/19/21 | Jodi Thomas | Hotel 10/19-10/22/21 | Hotel | $834.36 |
| 09/30/21 | Kenisha Likely | One-way Airfare to PHL 10/16/2021 (Invoice_0000999) | Airfare | $267.82 |
| 09/30/21 | Kenisha Likely | One-way Airfare to NC 10/18/2021 (Invoice_0001001) | Airfare | $117.40 |
| 09/30/21 | Kenisha Likely | One-way Airfare to PHL on 10/17/2021 – Change Fee (Invoice_0001025) | Airfare | $470.28 |
| 09/30/21 | Kenisha Likely | One-way Airfare to NC on 10/19/21 – Change Fee (Invoice_001028) | Airfare | $117.40 |
| 10/18/21 | Kenisha Likely | Hotel 10/17-10/19/21 | Hotel | $508.53 |
| | | | REQUESTED SUBTOTAL COST(S): | $11,553.41 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 12, 2021.

                                                  */s/ Ben L. Wagner*
                                                  Ben L. Wagner

120954449v3

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Ben L. Wagner*
Ben L. Wagner

120954449v3