# EXHIBIT A

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

LONTEX CORPORATION,  )  Civil Action No.
    Plaintiff,  )
        vs.  )  18-5623
NIKE, INC.,  )  FILED
    Defendant.  )  DEC 31 2018
           KATE BARKMAN, Clerk
                  Dep. Clerk

## COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

COMES NOW the Plaintiff, Lontex Corporation ("Lontex"), by counsel, and as for its Complaint against the Defendant NIKE, Inc. ("NIKE"), Lontex alleges as follows:

### PRELIMINARY STATEMENT

1. For decades, Lontex has manufactured and sold athletic apparel, including to the general public, professional sports franchises, and collegiate athletic programs. Lontex developed a strong reputation in the medical and sports fields because its products utilize high percentages of lycra fiber in the west and the warp directions, which compress effectively and are comfortable for consumers. At least as early as June 18, 2007, Lontex launched its successful COOL COMPRESSION line of clothing, including compression shirts, shorts, tights, and socks. Lontex's COOL COMPRESSION brand assures purchasers that the quality and performance of the technology is consistent across the product line.

2. Despite Lontex's success and well-known COOL COMPRESSION athletic apparel and the immense goodwill Lontex has generated in its COOL COMPRESSION mark, Lontex discovered NIKE was selling apparel under the COOL COMPRESSION trademark since as early as October 2015 under the Nike brand. NIKE's line of "Cool Compression" athletic



{01555441;v1 }  1

# Joanne Figaniak

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, January 30, 2019 1:46 PM |
| **To:** | Joanne Figaniak |
| **Subject:** | Pay.gov Payment Confirmation: PAED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact PAED ECF Help Desk at 866-ECF-4ECF.

Application Name: PAED CM ECF
Pay.gov Tracking ID: 26F3J4NS
Agency Tracking ID: 0313-13318807
Transaction Type: Sale
Transaction Date: Jan 30, 2019 1:46:18 PM

Account Holder Name: CHARLES W. ORMSBY
Transaction Amount: $40.00
Card Type: Visa
Card Number: ************0992

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

*[handwritten: Pro Hac admission Ben Wagner]*

1

## Joanne Figaniak

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, January 30, 2019 1:37 PM |
| **To:** | Joanne Figaniak |
| **Subject:** | Pay.gov Payment Confirmation: PAED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact PAED ECF Help Desk at 866-ECF-4ECF.

Application Name: PAED CM ECF
Pay.gov Tracking ID: 26F3J36G
Agency Tracking ID: 0313-13318756
Transaction Type: Sale
Transaction Date: Jan 30, 2019 1:36:51 PM

Account Holder Name: CHARLES W. ORMSBY, JR Transaction Amount: $40.00 Card Type: Visa Card Number: ************0992

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

*PRo Hac Admission*
*AndRew Skale*

1

UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Kate Barkman
Clerk of Court

Clerk's Office
215-597-7704

June 19, 2019

Craig C Crockett Esq
Troutman Sanders LLP
580 California St Suite 1100
San Francisco CA   94014

RE:   LONTEX COR V NIKE INC
Case No. 18-5623

Dear Counselor:

Pursuant to Local Rule of Civil Procedure 83.5.2(b) effective October 1, 2002, a fee of $40.00 is to be tendered to the Clerk of the District Court at the time of filing an Application to Appear Pro Hac Vice.

Please make your check payable to the Clerk, United States District Court and identify the case number on the check.

Sincerely,

KATE BARKMAN
Clerk of Court

By: *Aida Ayala*
Aida Ayala
Deputy Clerk

cc: Judge MMB
    File

| | | | | | |
|---|---|---|---|---|---|
| TROUTMAN SANDERS LLP | | Vendor No. 50510 - Clerk, United States District Court | | | Check No. 707813 |

Deliver To:

| Inv # | Inv. Date | Description | Gross | Discount | Net |
|---|---|---|---|---|---|
| 061919 | 6/19/2019 | VENDOR: Clerk, United States District Court INVOICE#: 061919 DATE: 6/19/2019<br>Filing an Application to Appear Pro Hac Vice Case No. 18-5623 | $40.00 | | $40.00 |
| | | Totals | $40.00 | | $40.00 |

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

**No. 707813**

Wells Fargo, N.A.
Valdosta, Georgia

64-975/612

A LIMITED LIABILITY PARTNERSHIP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.- SUITE 3000
ATLANTA, GEORGIA 30308-2216
Email: accts_payable@troutmansanders.com

**Date**
06/27/2019

**PAY**   *VOID*                                                                                  **$40.00**

TWO SIGNATURES REQUIRED OVER $5000.00

**TO THE ORDER OF**

Clerk, United States District Court
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA  19106-1797

*Stephen E. Lewis*

C707813C  A061209756A2079900030141C

# Joanne Figaniak

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, August 14, 2019 9:56 AM |
| **To:** | Joanne Figaniak |
| **Subject:** | Pay.gov Payment Confirmation: PAED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact PAED ECF Help Desk at 866-ECF-4ECF.

Application Name: PAED CM ECF
Pay.gov Tracking ID: 26JG5QQO
Agency Tracking ID: 0313-13732864
Transaction Type: Sale
Transaction Date: Aug 14, 2019 9:56:13 AM

Account Holder Name: CHARLES W. ORMSBY, JR.
Transaction Amount: $40.00
Card Type: Visa
Card Number: ************0992


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

*[Handwritten note:] Pro Hac Admission for Katherine Harihar*

1