# EXHIBIT B

## Veritext, LLC
## California Region



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Katherine Harihar, Esq.
Troutman Sanders LLP
875 Third Avenue
New York, NY, 10022

| | |
|---:|---:|
| **Invoice #:** | SF3932847 |
| **Invoice Date:** | 9/5/2019 |
| **Balance Due:** | $1,203.75 |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 3494478 \| Job Date: 8/16/2019 \| Delivery: Normal |
| **Billing Atty:** | Katherine Harihar, Esq. |
| **Location:** | DLA Piper LLP (US) |
| | 1650 Market Street \| Suite 5000 Philadelphia, PA 19103-7300 |
| **Sched Atty:** | \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Doctor Brian Cammarota | Certified Transcript | Page | 297.00 | $3.75 | $1,113.75 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 | $55.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 20.00 | $0.35 | $7.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---:|
| | **Invoice Total:** | $1,203.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,203.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---:|---:|
| **Invoice #:** | SF3932847 |
| **Job #:** | 3494478 |
| **Invoice Date:** | 9/5/2019 |
| **Balance:** | $1,203.75 |

56898

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

**Bill To:**  Katherine Harihar, Esq.
Troutman Sanders LLP
875 Third Avenue
New York, NY, 10022

| | |
|---:|---:|
| **Invoice #:** | SF4001230 |
| **Invoice Date:** | 10/24/2019 |
| **Balance Due:** | $1,019.85 |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 3514529 \| Job Date: 10/2/2019 \| Delivery: Normal |
| **Billing Atty:** | Katherine Harihar, Esq. |
| **Location:** | DLA Piper LLP (US) |
| | 1650 Market Street \| Suite 5000 Philadelphia, PA 19103-7300 |
| **Sched Atty:** | Ben C. Fabens-Lassen \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Howard Knudson , MSPT | Certified Transcript | Page | 241.00 | $3.75 | $903.75 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 | $55.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 46.00 | $0.35 | $16.10 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |

| Notes: | | | |
|---|---:|---|---:|
| | **Invoice Total:** | $1,019.85 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,019.85 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---:|---:|
| **Invoice #:** | **SF4001230** |
| **Job #:** | **3514529** |
| **Invoice Date:** | **10/24/2019** |
| **Balance:** | **$1,019.85** |

56898

## Veritext, LLC
## New York Region

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Ben L. Wagner Esq<br>Troutman Sanders LLP<br>11682 El Camino Real<br>Suite 400<br>San Diego, CA, 92130 | **Invoice #:**  NY4034149<br>**Invoice Date:**  11/15/2019<br>**Balance Due:**  $3,275.47 |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 3605674 \| Job Date: 10/25/2019 \| Delivery: Normal |
| **Billing Atty:** | Ben L. Wagner Esq |
| **Location:** | DLA Piper LLP (US) |
| | 650 Market Street \| Suite 5000<br>Philadelphia, PA 19103-7300 |
| **Sched Atty:** | Valerie Fadis \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 483.00 | $3.65 | $1,762.95 |
| | Exhibits - Color | Per Page | 6.00 | $1.00 | $6.00 |
| | Exhibits | Per Page | 188.00 | $0.45 | $84.60 |
| | Realtime Services | Page | 483.00 | $2.30 | $1,110.90 |
| Efraim Nathan | Rough Draft | Page | 483.00 | $2.30 | $1,110.90 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 194.00 | $0.35 | $67.90 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $103.71 | $103.71 |

| **Notes:** | | | **Invoice Total:** | $4,337.96 |
|---|---|---|---|---|
| | | | **Payment:** | $0.00 |
| | | | **Credit:** | ($1,110.90) |
| | | | **Interest:** | $48.41 |
| | | | **Balance Due:** | $3,275.47 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 32 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | **NY4034149** |
| **Job #:** | **3605674** |
| **Invoice Date:** | **11/15/2019** |
| **Balance:** | **$3,275.47** |

56898

**Veritext, LLC**
**New York Region**



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Ben L. Wagner Esq | **Invoice #:** | NY4031270 |
| | Troutman Sanders LLP | **Invoice Date:** | 11/15/2019 |
| | 11682 El Camino Real | **Balance Due:** | $3,126.81 |
| | Suite 400 | | |
| | San Diego, CA, 92130 | | |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 3605611 \| Job Date: 10/24/2019 \| Delivery: Normal |
| **Billing Atty:** | Ben L. Wagner Esq |
| **Location:** | DLA Piper LLP (US) |
| | 650 Market Street \| Suite 5000 |
| | Philadelphia, PA 19103-7300 |
| **Sched Atty:** | Valerie Fadis \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 317.00 | $3.65 | $1,157.05 |
| | Exhibits - Color | Per Page | 1.00 | $1.00 | $1.00 |
| | Exhibits | Per Page | 378.00 | $0.45 | $170.10 |
| | Realtime Services | Page | 317.00 | $2.30 | $729.10 |
| Samantha Eve Nathan | Rough Draft | Page | 317.00 | $2.30 | $729.10 |
| | Realtime Services | Page | 317.00 | $2.30 | $729.10 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 379.00 | $0.35 | $132.65 |
| | Shipping & Handling | Package | 1.00 | $104.83 | $104.83 |

| | | | |
|---|---|---|---|
| **Notes:** | Please pay principle balance of $3,069.83. After invoice is paid the interest will be credited out. | **Invoice Total:** | $3,798.93 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | ($729.10) |
| | | **Interest:** | $56.98 |
| | | **Balance Due:** | $3,126.81 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 46 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | | |
|---|---|---|---|
| **To pay online, go to** | Please remit payment to: | **Invoice #:** | **NY4031270** |
| **www.veritext.com** | Veritext | **Job #:** | **3605611** |
| | P.O. Box 71303 | **Invoice Date:** | **11/15/2019** |
| Veritext accepts all major credit cards | Chicago IL 60694-1303 | **Balance:** | **$3,126.81** |
| (American Express, Mastercard, Visa, Discover) | | | |

# INVOICE

1 of 2

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1065548 | 11/29/2019 | 10063344 |

| Job Date | Case No. | |
|---|---|---|
| 11/22/2019 | 2:18-cv-05623-MMB | |

| Case Name | | |
|---|---|---|
| Lontex Corporation vs. Nike, Inc. | | |

| Payment Terms |
|---|
| Due upon receipt |

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Wilbert  Forbes Campbell | 140.00 | Pages | @ | 5.000 | 700.00 |
| Hourly | 4.50 | Hours | @ | 65.000 | 292.50 |
| Technology Package | 1.00 | | @ | 55.000 | 55.00 |
| Condensed Transcript | 1.00 | | @ | 30.000 | 30.00 |
| Exhibits - B/W | 58.00 | Pages | @ | 0.650 | 37.70 |
| Exhibits - Color | 6.00 | Pages | @ | 1.250 | 7.50 |
| Rough | 119.00 | Pages | @ | 1.750 | 208.25 |
| Real Time | 119.00 | Pages | @ | 1.950 | 232.05 |
| Video - Hourly | 5.50 | Hours | @ | 195.000 | 1,072.50 |
| Video Synching - Included | 1.00 | | @ | 0.000 | 0.00 |
| Media Package | 1.00 | | @ | 50.000 | 50.00 |
| Parking | 1.00 | | @ | 35.000 | 35.00 |
| Production/Processing | 1.00 | | @ | 50.000 | 50.00 |
| Shipping/Handling | 1.00 | | @ | 45.000 | 45.00 |
| SALES TAX | | | | | 13.97 |

**TOTAL DUE  >>>**                     **$2,829.47**

**Tax ID: 27-4460942**

*Please detach bottom portion and return with payment.*

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

Job No.     : 10063344        BU ID        : AptusSF
Case No.    : 2:18-cv-05623-MMB
Case Name  : Lontex Corporation vs. Nike, Inc.

Invoice No.  : 1065548        Invoice Date : 11/29/2019
**Total Due**  : **$2,829.47**

Remit To: **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego, CA 92101**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:           Phone#: | | | |
| Billing Address: | | | |
| Zip:           Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# INVOICE

2 of 2

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1065548 | 11/29/2019 | 10063344 |

| Job Date | Case No. | |
|---|---|---|
| 11/22/2019 | 2:18-cv-05623-MMB | |

| Case Name | | |
|---|---|---|
| Lontex Corporation vs. Nike, Inc. | | |

| Payment Terms |
|---|
| Due upon receipt |

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

**Tax ID:** 27-4460942

*Please detach bottom portion and return with payment.*

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

Job No.      : 10063344          BU ID          : AptusSF
Case No.     : 2:18-cv-05623-MMB
Case Name  : Lontex Corporation vs. Nike, Inc.

Invoice No.  : 1065548          Invoice Date : 11/29/2019
**Total Due**  : **$2,829.47**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego, CA 92101**



## Veritext, LLC
## New York Region

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Ben L. Wagner Esq | | |
|---|---|---|---|
| | Troutman Sanders LLP | **Invoice #:** | NY4067419 |
| | 11682 El Camino Real | **Invoice Date:** | 12/4/2019 |
| | Suite 400 | **Balance Due:** | $4,030.18 |
| | San Diego, CA, 92130 | | |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 3568330 \| Job Date: 11/14/2019 \| Delivery: Normal |
| **Billing Atty:** | Ben L. Wagner Esq |
| **Location:** | DLA Piper LLP (US) |
| | 1650 Market Street \| Suite 5000 Philadelphia, PA 19103-7300 |
| **Sched Atty:** | Gina Durham Esq \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 510.00 | $3.65 | $1,861.50 |
| | Exhibits - Color | Per Page | 246.00 | $1.00 | $246.00 |
| | Exhibits | Per Page | 541.00 | $0.45 | $243.45 |
| Efraim Nathan-transcript | Realtime Services | Page | 510.00 | $2.30 | $1,173.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 787.00 | $0.35 | $275.45 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $139.78 | $139.78 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | | $4,030.18 |
| | **Payment:** | | $0.00 |
| | **Credit:** | | $0.00 |
| | **Interest:** | | $0.00 |
| | **Balance Due:** | | $4,030.18 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **NY4067419** |
| **Job #:** | **3568330** |
| **Invoice Date:** | **12/4/2019** |
| **Balance:** | **$4,030.18** |

56898



**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

**Bill To:** Ben L. Wagner Esq
Troutman Sanders LLP
11682 El Camino Real
Suite 400
San Diego, CA, 92130

| | |
|---|---|
| **Invoice #:** | NY4069460 |
| **Invoice Date:** | 12/4/2019 |
| **Balance Due:** | $754.50 |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 3784916 \| Job Date: 11/25/2019 \| Delivery: Expedited |
| **Billing Atty:** | Ben L. Wagner Esq |
| **Location:** | Telephone Deposition |
| | Toll-Free: 888-472-4293 \| Participant Passcode: 3354631# 11501 |
| **Sched Atty:** | Gina Durham Esq \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Teleconference | Transcript - Split Between Parties/Your Share | Page | 134.00 | $2.50 | $335.00 |
| | Transcript - Expedited Fee | Page | 134.00 | $2.50 | $335.00 |
| | Attendance Fee - Split Among Parties/Your Share | 1 | 1.00 | $47.50 | $47.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $23.00 | $23.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $14.00 | $14.00 |

**Notes:** Invoice Split with DLA Piper LLP

| | |
|---|---|
| **Invoice Total:** | $754.50 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $754.50 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

56898

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **NY4069460** |
| **Job #:** | **3784916** |
| **Invoice Date:** | **12/4/2019** |
| **Balance:** | **$754.50** |

# INVOICE

1 of 2

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1066640 | 12/27/2019 | 10063345 |
| **Job Date** | **Case No.** | |
| 12/12/2019 | 2:18-cv-05623-MMB | |
| **Case Name** | | |
| Lontex Corporation vs. Nike, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Neil Munro | 297.00 | Pages | @ | 5.000 | 1,485.00 |
| Hourly | 7.75 | Hours | @ | 65.000 | 503.75 |
| Technology Package | 1.00 | | @ | 55.000 | 55.00 |
| Condensed Transcript | 1.00 | | @ | 30.000 | 30.00 |
| Exhibits - B/W | 75.00 | Pages | @ | 0.650 | 48.75 |
| Exhibits - Color | 22.00 | Pages | @ | 1.250 | 27.50 |
| Real Time | 255.00 | Pages | @ | 1.950 | 497.25 |
| Video - Hourly | 8.75 | Hours | @ | 195.000 | 1,706.25 |
| Video Synching - Included | 1.00 | | @ | 0.000 | 0.00 |
| Media Package | 1.00 | | @ | 50.000 | 50.00 |
| Parking | 2.00 | | @ | 20.000 | 40.00 |
| Production/Processing | 1.00 | | @ | 50.000 | 50.00 |
| Shipping/Handling | 1.00 | | @ | 45.000 | 45.00 |
| SALES TAX | | | | | 16.37 |
| | **TOTAL DUE  >>>** | | | | **$4,554.87** |

**Tax ID:** 27-4460942

*Please detach bottom portion and return with payment.*

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

Job No.      : 10063345          BU ID          : AptusSF
Case No.     : 2:18-cv-05623-MMB
Case Name  : Lontex Corporation vs. Nike, Inc.

Invoice No.  : 1066640          Invoice Date : 12/27/2019
**Total Due**   : **$4,554.87**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego, CA 92101**

# INVOICE

2 of 2

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1066640 | 12/27/2019 | 10063345 |
| **Job Date** | **Case No.** | |
| 12/12/2019 | 2:18-cv-05623-MMB | |
| **Case Name** | | |
| Lontex Corporation vs. Nike, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

**Tax ID:** 27-4460942

*Please detach bottom portion and return with payment.*

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

| | | | |
|---|---|---|---|
| Job No. | : 10063345 | BU ID | : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : 1066640 | Invoice Date | : 12/27/2019 |
| **Total Due** | **: $4,554.87** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego, CA 92101**

# INVOICE

1 of 2

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1066728 | 12/24/2019 | 10064021 |

| Job Date | Case No. | |
|---|---|---|
| 12/17/2019 | 2:18-cv-05623-MMB | |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Oscar Figueroa
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | | |
|---|---|---|---|---|---|---|
| Katie Bromert | | 118.00 | Pages | @ | 5.000 | 590.00 |
| Hourly | | 3.00 | Hours | @ | 65.000 | 195.00 |
| Technology Package | | 1.00 | | @ | 55.000 | 55.00 |
| Condensed Transcript | | 1.00 | | @ | 30.000 | 30.00 |
| Exhibits - B/W | | 53.00 | Pages | @ | 0.650 | 34.45 |
| Exhibits - Color | | 7.00 | Pages | @ | 1.250 | 8.75 |
| Real Time | | 102.00 | Pages | @ | 1.950 | 198.90 |
| Video - Hourly | | 4.00 | Hours | @ | 195.000 | 780.00 |
| Video Synching - Included | | 1.00 | | @ | 0.000 | 0.00 |
| Media Package | | 1.00 | | @ | 50.000 | 50.00 |
| Parking | | 2.00 | | @ | 20.000 | 40.00 |
| Production/Processing | | 1.00 | | @ | 50.000 | 50.00 |
| Shipping/Handling | | 1.00 | | @ | 45.000 | 45.00 |
| SALES TAX | | | | | | 13.81 |

**TOTAL DUE  >>>**                **$2,090.91**

D/O/L          : 1/1/1900

**Tax ID:** 27-4460942

*Please detach bottom portion and return with payment.*

Oscar Figueroa
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

Job No.     : 10064021          BU ID          : AptusSF
Case No.    : 2:18-cv-05623-MMB
Case Name   : Lontex Corporation vs. Nike, Inc.

Invoice No.  : 1066728          Invoice Date  : 12/24/2019
**Total Due   : $2,090.91**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Aptus Court Reporting**
           **Corporate Office**
           **600 West Broadway, Suite 300**
           **San Diego, CA 92101**

# I N V O I C E

2 of 2

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1066728 | 12/24/2019 | 10064021 |

| Job Date | Case No. | |
|---|---|---|
| 12/17/2019 | 2:18-cv-05623-MMB | |

| Case Name | | |
|---|---|---|
| Lontex Corporation vs. Nike, Inc. | | |

| Payment Terms |
|---|
| Due upon receipt |

Oscar Figueroa
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

**Tax ID:** 27-4460942

*Please detach bottom portion and return with payment.*

Oscar Figueroa
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco, CA 94111

| | | | |
|---|---|---|---|
| Job No. | : 10064021 | BU ID | : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : 1066728 | Invoice Date | : 12/24/2019 |
| **Total Due** | : **$2,090.91** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego, CA 92101**



HAMPTON INN SLC DOWNTOWN
425 SOUTH 300 WEST
SALT LAKE CITY, UT  84101
United States of America
TELEPHONE 801-741-1110  • FAX 801-741-1171
Reservations
www.hamptoninn.com or 1 800 HAMPTON

TROUTMAN

UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | H  172 |
| Arrival Date: | 1/10/2020 12:00:00 AM |
| Departure Date: | 1/10/2020 12:00:00 AM |
| Adult/Child: | |
| Cashier ID: | THOUST |
| Room Rate: | |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 647887 A |

HAMPTON INN SLC DOWNTOWN 1/13/2020 10:48:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 1/10/2020 | 2373829 | MEETING ROOM | $250.00 |
| 1/10/2020 | 2373830 | VS *4956 | ($250.00) |
| | | **BALANCE** | $0.00 |

WWW.FACEBOOK.COM/HAMPTONSLC



HAMPTON INN SLC DOWNTOWN
425 SOUTH 300 WEST
SALT LAKE CITY, UT 84101
United States of America
TELEPHONE 801-741-1110 • FAX 801-741-1171
Reservations
www.hamptoninn.com or 1 800 HAMPTON

FIGUEROA, OSCAR

512 BISHOP STREET

SANTA ANA CA 92701
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 230/KXTY |
| Arrival Date: | 1/8/2020  6:20:00 PM |
| Departure Date: | 1/10/2020 12:14:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | RQCANNON |
| Room Rate: | 136.32 |
| AL: | |
| HH # | 1155592189 BLUE |
| VAT # | |
| Folio No/Che | 647074 A |

Confirmation Number: 53934612

HAMPTON INN SLC DOWNTOWN 1/10/2020 12:14:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 1/8/2020 | 2373474 | GUEST ROOM | $136.32 |
| 1/8/2020 | 2373474 | SALES AND LODGING TAXES | $18.84 |
| 1/9/2020 | 2373695 | GUEST ROOM | $136.32 |
| 1/9/2020 | 2373695 | SALES AND LODGING TAXES | $18.84 |
| 1/10/2020 | 2373837 | VS *2261 | ($310.32) |
| | | **BALANCE** | $0.00 |

WWW.FACEBOOK.COM/HAMPTONSLC



**Oscar Figueroa**
oscar.figueroa@troutman.com

$87.68
Total amount

Business travel report

## January 8 - January 10 2020
4 selected rides



**January 8, 1:10PM**
- 2802 Lowell Ln, Santa Ana
- Long Beach Airport, Long Beach
Ride purpose: Travel to airport
Expense code:

$33.04



**January 8, 6:06PM**
- Salt Lake City Int'l Airport, N Terminal Dr, Salt Lake City
- Pioneer Park, Salt Lake City
Ride purpose: Travel from airport to hotel
Expense code:

$16.07



**January 10, 9:17AM**
- Pioneer Park, Salt Lake City
- 341 S Rio Grande St, Salt Lake City
Ride purpose: Travel from hotel to deposition
Expense code:

$10.61
Lux



**January 10, 8:20PM**
- Long Beach Airport, Long Beach
- 2806 Lowell Ln, Santa Ana
Ride purpose: Travel from airport to home
Expense code:

$27.96

Lyft, Inc

**Valenzuela, Julie M.**

| | |
|---|---|
| **From:** | Figueroa, Oscar A. |
| **Sent:** | Monday, January 13, 2020 9:17 AM |
| **To:** | Valenzuela, Julie M. |
| **Subject:** | FW: Receipt Request |

See below

## Oscar A. Figueroa

troutman **sanders**

Direct: 949.622.2743
oscar.figueroa@troutman.com

**From:** JetBlue Airways <donotreply@jetblue.com>
**Sent:** Monday, January 13, 2020 9:16 AM
**To:** Figueroa, Oscar A. <Oscar.Figueroa@troutman.com>
**Subject:** Receipt Request

**EXTERNAL SENDER**



## TRAVEL PURCHASE

**Date:** December 30, 2019          **Record Locator:** UISZII

Ticket Number(s):          2792141739271

Traveler(s):          FIGUEROA, OSCAR ASIRIS MR

Flight Details:

| Flight Number | City Pair |
|---|---|
| 532 | LGB-SLC |
| 531 | SLC-LGB |

Travel Date:          January 08

Base Fare:          $200.93   USD

Taxes & Fees Breakdown:

| | Amount | Currency | Purpose - (Code) |
|---|---|---|---|
| | $15.07 | USD | **U.S. Transportation Tax Total** - (US1) |
| | $8.40 | USD | **Flight Segment Tax (Domestic) Total** - (ZP) |
| | $11.20 | USD | **U.S. September 11th Security Fee Total** - (AY) |
| | $9.00 | USD | **U.S. Passenger Facility Charge Total** - (XF) |
| Taxes & Fees Total: | $43.67 | USD | |
| Base Fare Total: | **$244.60** | USD | |

Payment(s):

| | | | |
|---|---|---|---|
| Mastercard XXXXXXXXXXXX9175 | | $244.60 | USD |

## FEES

**Date:** December 30, 2019

**Ticket Number:** 2790613251207          **Name:** FIGUEROA, OSCAR ASIRIS MR

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $37.00 | $0.00 | $37.00 |
| Total: | **$37.00** | USD | | |

Payment(s):

| | | |
|---|---|---|
| Mastercard 5466*******9175 | $37.00 | USD |

**Date:** December 30, 2019

**Ticket Number:** 2790613251210          **Name:** FIGUEROA, OSCAR ASIRIS MR

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $37.00 | $0.00 | $37.00 |
| Total: | **$37.00** | USD | | |

Payment(s):

| | | |
|---|---|---|
| Mastercard 5466*******9175 | $37.00 | USD |

## TOTAL PAID*: $318.60 (USD)

*Includes all fares, taxes, fees and penalties less any amounts refunded

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

2

**Notice:**

Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE

Bechtel
Client Relations Mgr
for ASEO
Technologies
Inc.

RIO GRANDE CAFE
270 S. Rio Grande Street
Salt Lake City, UT 84101
801 364-3302

Server: Bre                    DOB: 01/10/2020
01:41 PM                            01/10/2020
Table 46/1                            1/10010

SALE

VISA                                1048583
Card #XXXXXXXXXXXX4956
Magnetic card present: FIGUEROA OSCAR
Card Entry Method: S

Approval: 02024B

Amount:        $36.90

+ Tip:    5.00

= Total:   41.90

I agree to pay the above
total amount according to the
card issuer agreement.

X

$5 Margarita Monday
$4 Draft Beer Every Day!
$2 Taco Tuesday
**Weekend Brunch**
1/2 Price Appy Hour Monday-Friday 3-6
Reservations Welcome for Holiday Parties

CUSTOMER COPY

Thank you for dining with
P.F. Chang's China Bistro.
174 West 300 South
Salt Lake City, UT 84101

Server: Wilson                 DOB: 01/09/2020
09:04 PM                            01/09/2020
Table 42/1                            2/20009

SALE

Visa                                5242955
Card #XXXXXXXXXXXX2261
Magnetic card present: FIGUEROA/OSCAR
Card Entry Method: S

Approval: 01630B

Amount:        $40.40

+ Tip:

= Total:   40.40

I agree to pay the above
total amount according to the
card issuer agreement.

X

Gratuity Not Included

Guest Copy

```
         Gordon Biersch #28
            Salt Lake City
        International Airport
Date:        Jan10'20 06:27PM
Card Type:   Visa
Acct #:      XXXXXXXXXXXX4956
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   05816B
Check:       4819
Table:       201/1
Server:      1042 Angelica

Subtotal:            28.28

Tip:     _____

Total:   ___ 28  28

Keep for your records
*CUSTOMER COPY*
```

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**Bill To:**  Oscar Figueroa
Troutman Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA, 92614

| | |
|---|---|
| **Invoice #:** | NY4164653 |
| **Invoice Date:** | 1/30/2020 |
| **Balance Due:** | $1,856.15 |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 3805384 \| Job Date: 1/10/2020 \| Delivery: Normal |
| **Billing Atty:** | Oscar Figueroa |
| **Location:** | DepomaxMerit Litigation Services |
| | 333 S Rio Grande St |
| | Salt Lake City, UT 84101 |
| **Sched Atty:** | Gina Durham Esq \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 291.00 | $3.65 | $1,062.15 |
| | Exhibits | Per Page | 49.00 | $0.45 | $22.05 |
| Benjamin Bechtel | Realtime Services | Page | 291.00 | $2.30 | $669.30 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 49.00 | $0.35 | $17.15 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,856.15 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,856.15 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY4164653 |
| **Job #:** | 3805384 |
| **Invoice Date:** | 1/30/2020 |
| **Balance:** | $1,856.15 |

56898

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Ben L. Wagner Esq | **Invoice #:** | NY4172240 |
| Troutman Sanders LLP | **Invoice Date:** | 2/6/2020 |
| 11682 El Camino Real | **Balance Due:** | $952.55 |
| Suite 400 | | |
| San Diego, CA, 92130 | | |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 3855986 \| Job Date: 1/23/2020 \| Delivery: Normal |
| **Billing Atty:** | Ben L. Wagner Esq |
| **Location:** | DLA Piper LLP (US) |
| | 1650 Market Street \| Suite 5000 |
| | Philadelphia, PA 19103-7300 |
| **Sched Atty:** | Gina Durham Esq \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 201.00 | $3.65 | $733.65 |
| | Exhibits - Color | Per Page | 8.00 | $1.00 | $8.00 |
| | Exhibits | Per Page | 97.00 | $0.45 | $43.65 |
| Christopher J. Williams | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 105.00 | $0.35 | $36.75 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $952.55 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $952.55 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **NY4172240** |
|---|---|
| **Job #:** | **3855986** |
| **Invoice Date:** | **2/6/2020** |
| **Balance:** | **$952.55** |

56898

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Oscar Figueroa Esq | |
| Troutman Sanders LLP | |
| 5 Park Plaza | |
| Suite 1400 | |
| Irvine, CA, 92614 | |

| | |
|---|---|
| **Invoice #:** | NY4179407 |
| **Invoice Date:** | 2/7/2020 |
| **Balance Due:** | $424.94 |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 3805384 \| Job Date: 1/10/2020 \| Delivery: Normal |
| **Billing Atty:** | Oscar Figueroa Esq |
| **Location:** | DepomaxMerit Litigation Services |
| | 333 S Rio Grande St |
| | Salt Lake City, UT 84101 |
| **Sched Atty:** | Gina Durham Esq \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Benjamin Bechtel | Video - MPEG/Digitizing | Hour | 4.50 | $85.00 | $382.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $42.44 | $42.44 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $424.94 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $424.94 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY4179407 |
| **Job #:** | 3805384 |
| **Invoice Date:** | 2/7/2020 |
| **Balance:** | $424.94 |

56898

## Veritext, LLC
## New York Region

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Ben L. Wagner Esq<br>Troutman Sanders LLP<br>11682 El Camino Real<br>Suite 400<br>San Diego, CA, 92130 | | |
|---|---|---|---|

| | | Invoice #: | NY4183868 |
|---|---|---|---|
| | | Invoice Date: | 2/12/2020 |
| | | Balance Due: | $1,082.98 |

| Case: | Lontex Corporation v. Nike, Inc. |
|---|---|
| Job #: | 3855994 \| Job Date: 1/24/2020 \| Delivery: Normal |
| Billing Atty: | Ben L. Wagner Esq |
| Location: | DLA Piper LLP (US) |
| | 1650 Market Street \| Suite 5000<br>Philadelphia, PA 19103-7300 |
| Sched Atty: | Gina Durham Esq \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 223.00 | $3.65 | $813.95 |
| | Exhibits - Color | Per Page | 15.00 | $1.00 | $15.00 |
| | Exhibits | Per Page | 70.00 | $0.45 | $31.50 |
| Najeeb Hosni | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 85.00 | $0.35 | $29.75 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $101.78 | $101.78 |

| Notes: | | Invoice Total: | $1,082.98 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,082.98 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | NY4183868 |
|---|---|
| Job #: | 3855994 |
| Invoice Date: | 2/12/2020 |
| Balance: | $1,082.98 |

56896

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1069968 | 2/28/2020 | 10066683 |

| Job Date | Case No. | |
|---|---|---|
| 2/21/2020 | 2:18-cv-05623-MMB | |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Oscar Figueroa
Troutman Sanders LLP - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Kate Schrader | 121.00 | Pages | @ | 4.45 | 538.45 |
| Hourly | 3.00 | Hours | @ | 40.00 | 120.00 |
| Technology Package (Electronic Files) | | | | 55.00 | 55.00 |
| Condensed Transcript | | | | 30.00 | 30.00 |
| Exhibits - B/W | 24.00 | Pages | @ | 0.65 | 15.60 |
| Exhibits - Color | 24.00 | Pages | @ | 1.50 | 36.00 |
| Rough | 106.00 | Pages | @ | 1.75 | 185.50 |
| Real Time | 106.00 | Pages | @ | 1.95 | 206.70 |
| Production/Processing | | | | 50.00 | 50.00 |
| Shipping/Handling | | | | 45.00 | 45.00 |
| SALES TAX | | | | | 10.59 |
| | | | | **TOTAL DUE  >>>** | **$1,292.84** |

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    HOMESTREET BANK

**Tax ID:** 27-4460942                                                      Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

Oscar Figueroa
Troutman Sanders LLP - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | |
|---|---|---|
| Job No. | : 10066683 | BU ID        : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | |
| Invoice No. | : 1069968 | Invoice Date  : 2/28/2020 |
| **Total Due** | **: $1,292.84** | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
            **Corporate Office**
            **600 West Broadway, Suite 300**
            **San Diego CA  92101**

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1069968 | 2/28/2020 | 10066683 |
| **Job Date** | **Case No.** | |
| 2/21/2020 | 2:18-cv-05623-MMB | |
| **Case Name** | | |
| Lontex Corporation vs. Nike, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Oscar Figueroa
Troutman Sanders LLP - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **1,292.84** |

**Tax ID:** 27-4460942

Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

Oscar Figueroa
Troutman Sanders LLP - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | |
|---|---|---|
| Job No. | : 10066683 | BU ID | : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : 1069968 | Invoice Date | : 2/28/2020 |
| **Total Due** | : **$1,292.84** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Aptus Court Reporting**
           **Corporate Office**
           **600 West Broadway, Suite 300**
           **San Diego CA  92101**

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1070444 | 2/28/2020 | 10063617 |

| Job Date | Case No. | |
|---|---|---|
| 11/21/2019 | 2:18-cv-05623-MMB | |

| Case Name | | |
|---|---|---|
| Lontex Corporation vs. Nike, Inc. | | |

Ben L. Wagner
Troutman Sanders LLP - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| Payment Terms |
|---|
| Due upon receipt |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---:|
| Nicholas Johnson | 331.00 Pages | @ | 5.25 | 1,737.75 |
| Technology Package | | | 50.00 | 50.00 |
| Condensed Transcript | | | 30.00 | 30.00 |
| Exhibits - B/W | 53.00 Pages | @ | 0.65 | 34.45 |
| Exhibits - Color | 64.00 Pages | @ | 1.50 | 96.00 |
| Real Time | 289.00 Pages | @ | 1.75 | 505.75 |
| Video - Daily | | | 700.00 | 700.00 |
| Video Synching - Included | | | 0.00 | 0.00 |
| Media Package | | | 0.00 | 0.00 |
| Parking | | | 20.00 | 20.00 |
| Court Reporter - After Hours | 1.50 Hours | @ | 85.00 | 127.50 |
| Videographer - After Hours | 1.50 Hours | @ | 205.00 | 307.50 |
| Production/Processing | | | 42.50 | 42.50 |
| Shipping/Handling | | | 40.00 | 40.00 |
| SALES TAX | | | | 16.31 |

**TOTAL DUE  >>>**     **$3,707.76**

Thank you, your business is greatly appreciated.

**Tax ID:** 27-4460942                                                                                   Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Sanders LLP - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | | |
|---|---|---|---|
| Job No. | : 10063617 | BU ID | : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : 1070444 | Invoice Date | : 2/28/2020 |
| **Total Due** | : **$3,707.76** | | |

Remit To:   **Aptus Court Reporting**
            **Corporate Office**
            **600 West Broadway, Suite 300**
            **San Diego CA  92101**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1070444 | 2/28/2020 | 10063617 |

| Job Date | Case No. |
|---|---|
| 11/21/2019 | 2:18-cv-05623-MMB |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Ben L. Wagner
Troutman Sanders LLP - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 3,707.76 |

**Tax ID:** 27-4460942

Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Sanders LLP - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | | | |
|---|---|---|---|---|
| Job No. | : | 10063617 | BU ID | : AptusSF |
| Case No. | : | 2:18-cv-05623-MMB | | |
| Case Name | : | Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : | 1070444 | Invoice Date | : 2/28/2020 |
| **Total Due** | : | **$3,707.76** | | |

PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego CA  92101**

| | |
|---|---|
| **From:** | Brook Braunschweig <bbraunschweig@aptuscr.com> |
| **Sent:** | Wednesday, March 18, 2020 9:50 AM |
| **To:** | Thomas, Jodi L. |
| **Cc:** | Wagner, Ben |
| **Subject:** | RE: FW: Lontex v. Nike - Depo rates |
| **Attachments:** | VC Webinar_ 3.19_ BB.pdf; INV1070444.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**EXTERNAL SENDER**

Hi Jodi,

Please find your revised invoice attached. We have voided original invoice 1065787. Thank you again for working with Aptus!

I know these are rapidly changing times and Aptus is here for any of your evolving needs. Remote depositions are taking off and we're here to fully support your team should you need. Aptus is hosting a few upcoming Webinars and are always available to answer questions or schedule a personal demo. Invite for tomorrow's webinar is attached if you or anyone are interested in checking it out.

Let me know how we can help!

Best,

*Brook Braunschweig*
*Director of Business Development*
***Aptus Court Reporting***



*C: 415.615.2912*
*O: 415.300.0469*
*brook@aptusCR.com*
*Website| Facebook | Twitter | LinkedIn*

**From:** Thomas, Jodi L. <Jodi.Thomas@troutman.com>
**Sent:** Monday, March 16, 2020 9:34 AM
**To:** Brook Braunschweig <bbraunschweig@aptuscr.com>
**Cc:** Wagner, Ben <Ben.Wagner@troutman.com>
**Subject:** RE: FW: Lontex v. Nike - Depo rates

Thanks so much Brook, we appreciate the courtesy!

1

## Veritext, LLC
## New York Region



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Ben L. Wagner Esq | **Invoice #:** | NY4254292 |
| | Troutman Sanders LLP | **Invoice Date:** | 3/17/2020 |
| | 11682 El Camino Real | **Balance Due:** | $916.70 |
| | Suite 400 | | |
| | San Diego, CA, 92130 | | |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 3989221 \| Job Date: 2/19/2020 \| Delivery: Normal |
| **Case #:** | 2:18cv05623MMB |
| **Billing Atty:** | Ben L. Wagner Esq |
| **Location:** | DLA Piper LLP (US) |
| | 1650 Market Street \| Suite 5000 Philadelphia, PA 19103-7300 |
| **Sched Atty:** | Gina Durham Esq \| DLA Piper LLP (US) |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 187.00 | $3.65 | $682.55 |
| | Exhibits - Color | Per Page | 8.00 | $1.00 | $8.00 |
| | Exhibits | Per Page | 85.00 | $0.45 | $38.25 |
| Norman E. Lehrer | Litigation Package (all Electronic Files) | 1 | 1.00 | $48.00 | $48.00 |
| | Exhibits - Scanned/Searchable/OCR | Per Page | 93.00 | $0.45 | $41.85 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| **Notes:** | | **Invoice Total:** | $903.15 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $13.55 |
| | | **Balance Due:** | $916.70 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 42 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to
www.veritext.com**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | **NY4254292** |
| **Job #:** | **3989221** |
| **Invoice Date:** | **3/17/2020** |
| **Balance:** | **$916.70** |

56898

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1070549 | 3/31/2020 | 10067143 |

| Job Date | Case No. | |
|---|---|---|
| 3/10/2020 | 2:18-cv-05623-MMB | |

| Case Name | | |
|---|---|---|
| Lontex Corporation vs. Nike, Inc. | | |

Ben L. Wagner
Troutman Sanders LLP - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Vicki Humphreys | 175.00 | Pages | @ | 5.25 | 918.75 |
| Technology Package (Electronic Files) | | | | 50.00 | 50.00 |
| Condensed Transcript | | | | 30.00 | 30.00 |
| Exhibits - B/W | 54.00 | Pages | @ | 0.65 | 35.10 |
| Exhibits - Color | 125.00 | Pages | @ | 1.50 | 187.50 |
| Video | | | | 700.00 | 700.00 |
| Video Synching - Included | | | | 0.00 | 0.00 |
| Media Package | | | | 0.00 | 0.00 |
| Parking | | | | 36.00 | 36.00 |
| Production/Processing | | | | 42.50 | 42.50 |
| Shipping/Handling | | | | 40.00 | 40.00 |
| SALES TAX | | | | | 23.45 |

**TOTAL DUE  >>>**                                          **$2,063.30**

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:

**Tax ID:** 27-4460942                                   Phone: 858.509.6000   Fax:

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Sanders LLP - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

| | | |
|---|---|---|
| Job No. | : 10067143 | BU ID        : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | |
| | | |
| Invoice No. | : 1070549 | Invoice Date   : 3/31/2020 |
| **Total Due** | : **$2,032.05** | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
            **Corporate Office**
            **600 West Broadway, Suite 300**
            **San Diego CA  92101**

# I N V O I C E

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1070549 | 3/31/2020 | 10067143 |

| Job Date | Case No. | |
|---|---|---|
| 3/10/2020 | 2:18-cv-05623-MMB | |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

Ben L. Wagner
Troutman Sanders LLP - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

| Payment Terms |
|---|
| Due upon receipt |

APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

| | |
|---|---|
| (-) Payments/Credits: | 31.25 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **2,032.05** |

**Tax ID:** 27-4460942

Phone: 858.509.6000   Fax:

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Sanders LLP - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

| | | | |
|---|---|---|---|
| Job No. | : 10067143 | BU ID | : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : 1070549 | Invoice Date | : 3/31/2020 |
| **Total Due** | : **$2,032.05** | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego CA  92101**

**From:** Marvie Deocareza <mdeocareza@aptuscr.com>
**Sent:** Monday, April 6, 2020 3:43 PM
**To:** Thomas, Jodi L.
**Cc:** Accounts Receivable
**Subject:** RE: Aptus Invoice # 1070549
**Attachments:** INV1070549.pdf


EXTERNAL SENDER

Hi Jodi,

We were able to credit the colored exhibits. So it's less $31.25. Please see the attached updated invoice and let us know if you have any further questions.

Thank you!

-----Original Message-----
From: Thomas, Jodi L. [mailto:Jodi.Thomas@troutman.com]
Sent: Monday, April 6, 2020 3:36 PM
To: Marvie Deocareza <mdeocareza@aptuscr.com>
Cc: Accounts Receivable <ar@aptuscr.com>
Subject: RE: Aptus Invoice # 1070549

Okay, thank you.

Jodi L. Thomas
Legal Practice Assistant
TROUTMAN SANDERS
Direct: 858.509.6064
jodi.thomas@troutman.com

□ · · · · · · · · · · · · · · · · · · · · · · · · · · · □

-----Original Message-----
From: Marvie Deocareza <mdeocareza@aptuscr.com>
Sent: Monday, April 6, 2020 3:33 PM
To: Thomas, Jodi L. <Jodi.Thomas@troutman.com>
Cc: Accounts Receivable <ar@aptuscr.com>
Subject: RE: Aptus Invoice # 1070549

EXTERNAL SENDER

Good afternoon, Jodi,

Thanks for bringing this to our attention, however, only the color exhibits will be adjusted but not the page rate. The O+1 pp is correct per the additional $0.30 video surcharge on the rate sheet.

Thank you!

-----Original Message-----
From: Thomas, Jodi L. [mailto:Jodi.Thomas@troutman.com]
Sent: Monday, April 6, 2020 2:32 PM

To: Marvie Deocareza <mdeocareza@aptuscr.com>
Cc: Accounts Receivable <ar@aptuscr.com>
Subject: RE: Aptus Invoice # 1070549

I've reviewed the invoice and have the attached changes to submit per our agreed pricing schedule.  Please revise and reissue.

Thank you.

Jodi L. Thomas
Legal Practice Assistant
TROUTMAN SANDERS
Direct: 858.509.6064
jodi.thomas@troutman.com

□ · · · · · · · · · · · · · · · · · · · · · · · · · · · · □

-----Original Message-----
From: Marvie Deocareza <mdeocareza@aptuscr.com>
Sent: Monday, April 6, 2020 2:09 PM
To: Thomas, Jodi L. <Jodi.Thomas@troutman.com>
Cc: Accounts Receivable <ar@aptuscr.com>
Subject: RE: Aptus Invoice # 1070549

EXTERNAL SENDER

Sorry about that, Jodi.  Please see the attached itemized invoice.

Thank you!

-----Original Message-----
From: Thomas, Jodi L. [mailto:Jodi.Thomas@troutman.com]
Sent: Monday, April 6, 2020 2:06 PM
To: Marvie Deocareza <mdeocareza@aptuscr.com>
Cc: Accounts Receivable <ar@aptuscr.com>
Subject: RE: Aptus Invoice # 1070549

Hi Marvie, could you please send us the itemized invoice?

Jodi L. Thomas
Legal Practice Assistant
TROUTMAN SANDERS
Direct: 858.509.6064
jodi.thomas@troutman.com

□ · · · · · · · · · · · · · · · · · · · · · · · · · · · · □

-----Original Message-----
From: Marvie Deocareza <mdeocareza@aptuscr.com>
Sent: Monday, April 6, 2020 1:20 PM
To: Thomas, Jodi L. <Jodi.Thomas@troutman.com>
Cc: Accounts Receivable <ar@aptuscr.com>
Subject: Aptus Invoice # 1070549

EXTERNAL SENDER

Good morning, Jodi,

Thank you for choosing Aptus Court Reporting.  Please find attached the invoice # 1070549 for the deposition of Vicki Humphreys, taken on
03/10/2020 in the Lontex Corporation vs. Nike, Inc. matter.

Our W9 is also attached should you need our corporate details for remittance.

Best regards,
Aptus Court Reporting
billing@aptuscr.com
619-546-9151

_____
This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
**For the Eastern District of Pennsylvani**

INVOICE NO.: 20201090

**MAKE CHECKS PAYABLE TO:**

Ben Wagner
TROUTMAN SANDERS
11682 EL CAMINO REAL
SAN DIEGO, CA 92130

SUZANNE RITA WHITE, CM, FCRR
United States Court Reporter
700 Ivins Road
Philadelphia, PA 19128
(215) 627-1882
szwht@verizon.net

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL | ✕ CIVIL | 05-23-2020 | 05-25-2020 |

In the matter of: 18-5623, LONTEX v NIKE

Reporter's Transcript of Proceedings had on 5-14-20 TELECONFERENCE JUDGE
BAYLSON.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 20 | 3.65 | 73.00 | | | | | | | 73.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 73.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | Total Due | | | 73.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                    DATE:

*Suzanne R. White, Court Reporte*

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1073726 | 8/31/2020 | 10071554 |

| Job Date | Case No. | |
|---|---|---|
| 8/11/2020 | 2:18-cv-05623-MMB | |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

John Bowler
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Hal Poret | 165.00 | Pages | @ | 5.25 | 866.25 |
| Technology Package (Electronic Files) | | | | 50.00 | 50.00 |
| Condensed Transcript | | | | 30.00 | 30.00 |
| Rough | 165.00 | Pages | @ | 1.60 | 264.00 |
| Real Time | 165.00 | Pages | @ | 1.75 | 288.75 |
| Video | | | | 700.00 | 700.00 |
| Video Synching - Included | | | | 0.00 | 0.00 |
| Media Package | | | | 0.00 | 0.00 |
| Production/Processing | | | | 42.50 | 42.50 |
| Shipping/Handling | | | | 40.00 | 40.00 |
| SALES TAX | | | | | 6.20 |
| | | | **TOTAL DUE  >>>** | | **$2,287.70** |

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

**Tax ID:** 27-4460942                                                         Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

John Bowler
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | |
|---|---|---|
| Invoice No. | : | 1073726 |
| Invoice Date | : | 8/31/2020 |
| **Total Due** | : | **$1,998.95** |

Remit To:   **Aptus Court Reporting**
            **Corporate Office**
            **600 West Broadway, Suite 300**
            **San Diego CA  92101**

| | | |
|---|---|---|
| Job No. | : | 10071554 |
| BU ID | : | AptusSF |
| Case No. | : | 2:18-cv-05623-MMB |
| Case Name | : | Lontex Corporation vs. Nike, Inc. |

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

John Bowler
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1073726 | 8/31/2020 | 10071554 |
| **Job Date** | **Case No.** | |
| 8/11/2020 | 2:18-cv-05623-MMB | |
| **Case Name** | | |
| Lontex Corporation vs. Nike, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

| | |
|---|---|
| (-) Payments/Credits: | 288.75 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,998.95** |

**Tax ID:** 27-4460942

Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

John Bowler
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | |
|---|---|---|
| Invoice No. | : | 1073726 |
| Invoice Date | : | 8/31/2020 |
| **Total Due** | **:** | **$1,998.95** |

Remit To: **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego CA  92101**

| | | |
|---|---|---|
| Job No. | : | 10071554 |
| BU ID | : | AptusSF |
| Case No. | : | 2:18-cv-05623-MMB |
| Case Name | : | Lontex Corporation vs. Nike, Inc. |

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** John Bowler<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street, NE<br>Ste 3000<br>Atlanta, GA, 30308 | **Invoice #:** NY4509381<br>**Invoice Date:** 8/31/2020<br>**Balance Due:** $1,542.60 |

| | |
|---|---|
| **Case:** | Lontex Corporation v. Nike, Inc. |
| **Job #:** | 4199673 \| Job Date: 8/14/2020 \| Delivery: Normal |
| **Case #:** | 2:18cv05623MMB |
| **Billing Atty:** | John Bowler |
| **Location:** | Remote Proceeding - NY |
| | Virtual Zoom<br>New York, NY 10001 |
| **Sched Atty:** | Gina Durham Esq \| DLA Piper LLP (US) |

| Witness | Description | Amount |
|---|---|---|
| Susan McDonald , Ph.D | Transcript Services | $1,398.50 |
| | Exhibit Management | $71.10 |
| | Veritext Exhibit Package (ACE) | $45.00 |
| | Delivery and Handling | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,542.60 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,542.60 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** **NY4509381**
**Job #:** **4199673**
**Invoice Date:** **8/31/2020**
**Balance:** **$1,542.60**

211992

# I N V O I C E

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1074428 | 9/25/2020 | 10071976 |

| Job Date | Case No. | |
|---|---|---|
| 9/4/2020 | 2:18-cv-05623-MMB | |

| Case Name | | |
|---|---|---|
| Lontex Corporation vs. Nike, Inc. | | |

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Parker Mangum | 149.00 | Pages | @ | 5.25 | 782.25 |
| Technology Package (Electronic Files) | | | | 50.00 | 50.00 |
| Condensed Transcript | | | | 30.00 | 30.00 |
| Exhibits - B/W | 3.00 | Pages | @ | 0.65 | 1.95 |
| Video | | | | 700.00 | 700.00 |
| Video Synching - Included | | | | 0.00 | 0.00 |
| Media Package | | | | 0.00 | 0.00 |
| Production/Processing | | | | 42.50 | 42.50 |
| Shipping/Handling | | | | 40.00 | 40.00 |
| SALES TAX | | | | | 6.35 |
| | | | **TOTAL DUE  >>>** | | **$1,653.05** |

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT # 0030013364 | ROUTING NO. 325084426

**Tax ID:** 27-4460942                                                    Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | | | |
|---|---|---|---|---|
| Job No. | : | 10071976 | BU ID | : AptusSF |
| Case No. | : | 2:18-cv-05623-MMB | | |
| Case Name | : | Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : | 1074428 | Invoice Date | : 9/25/2020 |
| **Total Due** | : | **$1,653.05** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
            **Corporate Office**
            **600 West Broadway, Suite 300**
            **San Diego CA  92101**

# I N V O I C E

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1074428 | 9/25/2020 | 10071976 |

| Job Date | Case No. | |
|---|---|---|
| 9/4/2020 | 2:18-cv-05623-MMB | |

| Case Name | | |
|---|---|---|
| Lontex Corporation vs. Nike, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **1,653.05** |

**Tax ID:** 27-4460942

Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | | | |
|---|---|---|---|---|
| Job No. | : | 10071976 | BU ID | : AptusSF |
| Case No. | : | 2:18-cv-05623-MMB | | |
| Case Name | : | Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : | 1074428 | Invoice Date | : 9/25/2020 |
| **Total Due** | : | **$1,653.05** | | |

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:           Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego CA  92101**

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1074945 | 9/29/2020 | 10071580 |

| Job Date | Case No. | |
|---|---|---|
| 8/14/2020 | 2:18-cv-05623-MMB | |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

Ben L. Wagner
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| Payment Terms |
|---|
| Due upon receipt |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Deborah Anne White | 245.00 | Pages | @ | 5.25 | 1,286.25 |
| Technology Package (Electronic Files) | | | | 50.00 | 50.00 |
| Condensed Transcript | | | | 30.00 | 30.00 |
| Exhibits - B/W | 107.00 | Pages | @ | 0.65 | 69.55 |
| Video | | | | 700.00 | 700.00 |
| Video Synching - Included | | | | 0.00 | 0.00 |
| Media Package | | | | 0.00 | 0.00 |
| Production/Processing | | | | 42.50 | 42.50 |
| Shipping/Handling | | | | 40.00 | 40.00 |
| SALES TAX | | | | | 11.59 |

**TOTAL DUE  >>>**                                            **$2,229.89**

****This invoice replaces VOIDED invoice #1074081****

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    HOMESTREET BANK

**Tax ID:** 27-4460942                                        Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | | | |
|---|---|---|---|---|
| Job No. | : | 10071580 | BU ID | : AptusSF |
| Case No. | : | 2:18-cv-05623-MMB | | |
| Case Name | : | Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : | 1074945 | Invoice Date | : 9/29/2020 |
| **Total Due** | : | **$2,229.89** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Aptus Court Reporting**
             **Corporate Office**
             **600 West Broadway, Suite 300**
             **San Diego CA  92101**

# I N V O I C E

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1074945 | 9/29/2020 | 10071580 |

| Job Date | Case No. |
|---|---|
| 8/14/2020 | 2:18-cv-05623-MMB |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Ben L. Wagner
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 2,229.89 |

**Tax ID:** 27-4460942

Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | | | |
|---|---|---|---|---|
| Job No. | : 10071580 | BU ID | : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : 1074945 | Invoice Date | : 9/29/2020 |
| **Total Due** | : **$2,229.89** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
            **Corporate Office**
            **600 West Broadway, Suite 300**
            **San Diego CA  92101**

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1074478 | 9/30/2020 | 10071977 |

| Job Date | Case No. |
|---|---|
| 9/15/2020 | 2:18-cv-05623-MMB |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| Payment Terms |
|---|
| Due upon receipt |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Paul Meyer | 279.00 | Pages | @ | 5.25 | 1,464.75 |
| Technology Package (Electronic Files) | | | | 50.00 | 50.00 |
| Condensed Transcript | | | | 30.00 | 30.00 |
| Exhibits - B/W | 106.00 | Pages | @ | 0.65 | 68.90 |
| Video | | | | 700.00 | 700.00 |
| Video Synching - Included | | | | 0.00 | 0.00 |
| Media Package | | | | 0.00 | 0.00 |
| Court Reporter - After Hours | 0.50 | Hours | @ | 85.00 | 42.50 |
| Videographer - After Hours | 0.50 | Hours | @ | 225.00 | 112.50 |
| Production/Processing | | | | 42.50 | 42.50 |
| Shipping/Handling | | | | 40.00 | 40.00 |
| SALES TAX | | | | | 11.54 |

TOTAL DUE  >>>          **$2,562.69**

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:

**Tax ID:** 27-4460942                                              Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | |
|---|---|---|
| Job No. | : 10071977 | BU ID          : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | |
| Invoice No. | : 1074478 | Invoice Date   : 9/30/2020 |
| **Total Due** | : **$2,562.69** | |

Remit To:  **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego CA  92101**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:               Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# **I N V O I C E**

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1074478 | 9/30/2020 | 10071977 |

| Job Date | Case No. | |
|---|---|---|
| 9/15/2020 | 2:18-cv-05623-MMB | |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **2,562.69** |

**Tax ID:** 27-4460942

Phone: 415.477.5700   Fax:

*Please detach bottom portion and return with payment.*

Craig Crockett
Troutman Pepper - San Francisco
Three Embarcadero Center, Suite 800
San Francisco CA  94111

| | | | | |
|---|---|---|---|---|
| Job No. | : | 10071977 | BU ID | : AptusSF |
| Case No. | : | 2:18-cv-05623-MMB | | |
| Case Name | : | Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : | 1074478 | Invoice Date | : 9/30/2020 |
| **Total Due** | **:** | **$2,562.69** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                  Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego CA  92101**

# I N V O I C E

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1075094 | 9/30/2020 | 10071975 |

| Job Date | Case No. | |
|---|---|---|
| 8/28/2020 | 2:18-cv-05623-MMB | |

| Case Name | | |
|---|---|---|
| Lontex Corporation vs. Nike, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jeff Anderson | 327.00 | Pages | @ | 5.25 | 1,716.75 |
| Technology Package (Electronic Files) | | | | 50.00 | 50.00 |
| Condensed Transcript | | | | 30.00 | 30.00 |
| Exhibits - B/W | 108.00 | Pages | @ | 0.65 | 70.20 |
| Video | | | | 700.00 | 700.00 |
| Video Synching - Included | | | | 0.00 | 0.00 |
| Media Package | | | | 0.00 | 0.00 |
| Court Reporter - After Hours | 1.75 | Hours | @ | 85.00 | 148.75 |
| Production/Processing | | | | 42.50 | 42.50 |
| Shipping/Handling | | | | 40.00 | 40.00 |
| SALES TAX | | | | | 11.64 |
| **TOTAL DUE  >>>** | | | | | **$2,809.84** |

****This invoice replaces VOIDED invoice #1074947****

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

**Tax ID:** 27-4460942                                    Phone: 858.509.6000   Fax:

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

| | | |
|---|---|---|
| Job No. | : | 10071975 |
| Case No. | : | 2:18-cv-05623-MMB |
| Case Name | : | Lontex Corporation vs. Nike, Inc. |

BU ID          : AptusSF

| | | |
|---|---|---|
| Invoice No. | : | 1075094 |
| **Total Due** | : | **$2,809.84** |

Invoice Date   : 9/30/2020

Remit To:   **Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1075094 | 9/30/2020 | 10071975 |
| **Job Date** | **Case No.** | |
| 8/28/2020 | 2:18-cv-05623-MMB | |
| **Case Name** | | |
| Lontex Corporation vs. Nike, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **2,809.84** |

**Tax ID:** 27-4460942                                                                 Phone: 858.509.6000   Fax:

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

| | | |
|---|---|---|
| Job No. | : 10071975 | BU ID          : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | |
| Invoice No. | : 1075094 | Invoice Date   : 9/30/2020 |
| **Total Due** | : **$2,809.84** | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego CA  92101**

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1075099 | 9/30/2020 | 10071951 |

| Job Date | Case No. |
|---|---|
| 8/26/2020 | 2:18-cv-05623-MMB |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

Katherine Harihar
Troutman Pepper - New York
875 Third Avenue
New York NY  10022

| Payment Terms |
|---|
| Due upon receipt |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kimberly Mack Ireland | 121.00  Pages | @ | 5.25 | 635.25 |
| Technology Package (Electronic Files) | | | 50.00 | 50.00 |
| Condensed Transcript | | | 30.00 | 30.00 |
| Exhibits - B/W | 64.00  Pages | @ | 0.65 | 41.60 |
| Video | | | 700.00 | 700.00 |
| Video Synching - Included | | | 0.00 | 0.00 |
| Media Package | | | 0.00 | 0.00 |
| Production/Processing | | | 42.50 | 42.50 |
| Shipping/Handling | | | 40.00 | 40.00 |
| | | TOTAL DUE  >>> | | **$1,539.35** |

****This invoice replaces VOIDED invoice #1074946****

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

**Tax ID:** 27-4460942                                         Phone: 212-704-6000    Fax:212-704-5929

*Please detach bottom portion and return with payment.*

Katherine Harihar
Troutman Pepper - New York
875 Third Avenue
New York NY  10022

| | | | |
|---|---|---|---|
| Job No. | : 10071951 | BU ID | : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : 1075099 | Invoice Date | : 9/30/2020 |
| **Total Due** | : **$1,539.35** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
          **Corporate Office**
          **600 West Broadway, Suite 300**
          **San Diego CA  92101**

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1075099 | 9/30/2020 | 10071951 |

| Job Date | Case No. | |
|---|---|---|
| 8/26/2020 | 2:18-cv-05623-MMB | |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Katherine Harihar
Troutman Pepper - New York
875 Third Avenue
New York NY  10022

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **1,539.35** |

**Tax ID:** 27-4460942

Phone: 212-704-6000    Fax:212-704-5929

*Please detach bottom portion and return with payment.*

Katherine Harihar
Troutman Pepper - New York
875 Third Avenue
New York NY  10022

| | | | | |
|---|---|---|---|---|
| Job No. | : | 10071951 | BU ID | : AptusSF |
| Case No. | : | 2:18-cv-05623-MMB | | |
| Case Name | : | Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : | 1075099 | Invoice Date | : 9/30/2020 |
| **Total Due** | : | **$1,539.35** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego CA  92101**

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1075980 | 10/30/2020 | 10073686 |
| **Job Date** | **Case No.** | |
| 10/23/2020 | 2:18-cv-05623-MMB | |
| **Case Name** | | |
| Lontex Corporation vs. Nike, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Shannon R. Hall | 206.00 | Pages | @ | 5.25 | 1,081.50 |
| Technology Package (Electronic Files) | | | | 50.00 | 50.00 |
| Condensed Transcript | | | | 30.00 | 30.00 |
| Exhibits - B/W | 30.00 | Pages | @ | 0.65 | 19.50 |
| Exhibits - Color | 61.00 | Pages | @ | 1.25 | 76.25 |
| Video | | | | 700.00 | 700.00 |
| Video Synching - Included | | | | 0.00 | 0.00 |
| Media Package | | | | 0.00 | 0.00 |
| Video Stream - Aptus Connect | | | | 350.00 | 350.00 |
| Production/Processing | | | | 42.50 | 42.50 |
| Shipping/Handling | | | | 40.00 | 40.00 |
| SALES TAX | | | | | 13.62 |

**TOTAL DUE  >>>**     **$2,403.37**

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:

**Tax ID:** 27-4460942                                                  Phone: 858.509.6000   Fax:

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

| | | |
|---|---|---|
| Job No. | : 10073686 | BU ID : AptusSF |
| Case No. | : 2:18-cv-05623-MMB | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | |
| Invoice No. | : 1075980 | Invoice Date : 10/30/2020 |
| **Total Due** | : **$2,016.77** | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting**
            **Corporate Office**
            **600 West Broadway, Suite 300**
            **San Diego CA  92101**

# I N V O I C E

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1075980 | 10/30/2020 | 10073686 |

| Job Date | Case No. | |
|---|---|---|
| 10/23/2020 | 2:18-cv-05623-MMB | |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

| | |
|---|---|
| **(-) Payments/Credits:** | 386.60 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **2,016.77** |

**Tax ID:** 27-4460942

Phone: 858.509.6000   Fax:

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego CA  92130

| Job No. | : | 10073686 | BU ID | : AptusSF |
|---|---|---|---|---|
| Case No. | : | 2:18-cv-05623-MMB | | |
| Case Name | : | Lontex Corporation vs. Nike, Inc. | | |

| Invoice No. | : | 1075980 | Invoice Date | : 10/30/2020 |
|---|---|---|---|---|
| **Total Due** | : | **$2,016.77** | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101**

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
**For the**

| INVOICE NO.: 20200098 |
|---|

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Michael Schwartz<br>Troutman Pepper Hamilton Sanders LLP | LYNN GLIGOR, LYNN GLIGOR, RMR<br>Mrs. Lynn Gligor<br>1033 Fairway Court<br>West Deptford, NJ 08096<br>(856) 649-4774<br>lynn66sullivan@comcast.net |

| \_\_ CRIMINAL    X  CIVIL | DATE ORDERED:<br>02-02-2021 | DATE DELIVERED:<br>02-03-2021 |
|---|---|---|

**In the matter of:** 18-5623, Lontex v Nike

```
Oral argument before Judge Baylson on 2-2-21.  This is a daily that was
split between the parties.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 68 | 6.05 | 411.40 | 68 | 1.20 | 81.60 | | | | 493.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | Subtotal | | | | 493.00 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| **Date:** 02-03-2021 | | **Check:** | | | | Less Amount of Deposit | | | | 246.50 |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 246.50 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Lynn Gligor | DATE:<br>02-03-2021 |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

| | |
|---|---|
| **From:** | Wagner, Ben |
| **Sent:** | Wednesday, February 3, 2021 1:20 PM |
| **To:** | Thomas, Jodi L. |
| **Cc:** | Schwartz, Michael A. |
| **Subject:** | FW: Activity in Case 2:18-cv-05623-MMB LONTEX CORPORATION v. NIKE, INC. Motion Hearing |
| **Attachments:** | NIKE FINAL 2-2-21.pdf; nike invoice - wagner.pdf |

Jodi:  Please get this ASAP paid. Thanks!

**Ben Wagner**
**Partner**
**troutman pepper**
Direct: 858.509.6010
ben.wagner@troutman.com

---

**From:** Schwartz, Michael A. <Michael.Schwartz@Troutman.com>
**Sent:** Wednesday, February 3, 2021 1:19 PM
**To:** Wagner, Ben <Ben.Wagner@troutman.com>
**Subject:** FW: Activity in Case 2:18-cv-05623-MMB LONTEX CORPORATION v. NIKE, INC. Motion Hearing

Ben,

Are you going to arrange payment of the invoice?

Regards,

Mike

**Michael A. Schwartz**
**Practice Group Leader**
**troutman pepper**
Direct: 215.981.4494 | Internal: 801-4494 | Mobile: 267.767.3145
michael.schwartz@troutman.com

---

**From:** Schwartz, Michael A.
**Sent:** Wednesday, February 3, 2021 3:48 PM
**To:** Wagner, Ben (Ben.Wagner@troutman.com) <Ben.Wagner@troutman.com>; Crockett, Craig <Craig.Crockett@Troutman.com>
**Subject:** FW: Activity in Case 2:18-cv-05623-MMB LONTEX CORPORATION v. NIKE, INC. Motion Hearing


Regards,

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the
requester. Do not
send to the IRS.**

*Print or type.*
*See Specific Instructions on page 3.*

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Lynn Gligor

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☑ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

1033 Fairway Court

**6** City, state, and ZIP code

West Deptford NJ 08096

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| 1 | 4 | 4 | – | 4 | 8 | – | 5 | 8 | 1 | 3 |

**or**

Employer identification number

| | | – | | | | | |

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *Lynn Gligor*

Verified by PDFfiller
09/19/2019

Date ▶ 09/19/2019    10-19-20

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X                      Form **W-9** (Rev. 10-2018)

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting,* later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

• An estate (other than a foreign estate); or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the instructions for Part II for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code,* later, and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships,* earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code,* later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

## Line 1

You must enter one of the following on this line; **do not** leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

a. **Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note: ITIN applicant:** Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

b. **Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

c. **Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

d. **Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

e. **Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

## Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

## Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box on line 3.

| IF the entity/person on line 1 is a(n) . . . | THEN check the box for . . . |
|---|---|
| • Corporation | Corporation |
| • Individual<br>• Sole proprietorship, or<br>• Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax purposes. | Individual/sole proprietor or single-member LLC |
| • LLC treated as a partnership for U.S. federal tax purposes,<br>• LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>• LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. federal tax purposes. | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |

## Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.

• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.

• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a U.S. commonwealth or possession

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

## Line 5

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

## Line 6

Enter your city, state, and ZIP code.

# Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See *What Name and Number To Give the Requester,* later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at *www.SSA.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/Businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. Go to *www.irs.gov/Forms* to view, download, or print Form W-7 and/or SS-4.  Or, you can go to *www.irs.gov/OrderForms* to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

# Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see *Exempt payee code,* earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by an FFI | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Two or more U.S. persons (joint account maintained by an FFI) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 6. Sole proprietorship or disregarded entity owned by an individual | The owner[3] |
| 7. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
|---|---|
| 8. Disregarded entity not owned by an individual | The owner |
| 9. A valid trust, estate, or pension trust | Legal entity[4] |
| 10. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 11. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 12. Partnership or multi-member LLC | The partnership |
| 13. A broker or registered nominee | The broker or nominee |

| For this type of account: | Give name and EIN of: |
|---|---|
| 14. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 15. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships*, earlier.

**\*Note:** The grantor also must provide a Form W-9 to trustee of trust.

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure that your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov.* You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/complaint.* You can contact the FTC at *www.ftc.gov/idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.



**Access Transcripts, LLC**
10110 Youngwood Lane
Fishers, IN  46038
+1 8652932646
accesstranscripts@gmail.com
www.accesstranscripts.com

# INVOICE

**BILL TO**

Michael Schwartz
Troutman Pepper Hamilton
Sanders LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

**INVOICE #** 8501
**DATE** 04/22/2021
**DUE DATE** 04/22/2021
**TERMS** Due on receipt

**COURT SYSTEM**
PAED

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 04/22/2021 | **Copy - Standard**<br>Lontex Corporation v. Nike, Inc., 18-cv-05623, 4/21/21 | 46 | 0.90 | 41.40 |

Thank you for your business!

BALANCE DUE $41.40

Thank you for your business!

# I N V O I C E

1 of 2

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1089401 | 7/30/2021 | 10085173 |
| **Job Date** | **Case No.** | |
| 7/20/2021 | 2:18-cv-05623-MMB | |
| **Case Name** | | |
| Lontex Corporation vs. Nike, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego, CA 92130

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Keith Dugger | 118.00 | Pages | @ | 5.250 | 619.50 |
| Technology Package (Electronic Files) | 1.00 | | @ | 50.000 | 50.00 |
| Condensed Transcript | 1.00 | | @ | 30.000 | 30.00 |
| Exhibits - B/W | 101.00 | Pages | @ | 0.650 | 65.65 |
| Video | 1.00 | Pages | @ | 700.000 | 700.00 |
| Video Synching - Included | 1.00 | | @ | 0.000 | 0.00 |
| Media Package | 1.00 | | @ | 0.000 | 0.00 |
| Video Stream | 1.00 | | @ | 295.000 | 295.00 |
| Production/Processing | 1.00 | | @ | 42.500 | 42.50 |
| Shipping/Handling | 1.00 | | @ | 25.000 | 25.00 |
| SALES TAX | | | | | 11.29 |

**TOTAL DUE  >>>**                **$1,838.94**

**Tax ID:** 27-4460942

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego, CA 92130

Job No.      : 10085173          BU ID       : AptusSD
Case No.    : 2:18-cv-05623-MMB
Case Name  : Lontex Corporation vs. Nike, Inc.

Invoice No. : 1089401          Invoice Date : 7/30/2021
**Total Due**  : **$1,838.94**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:             Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Aptus Court Reporting**
              **Corporate Office**
              **600 West Broadway, Suite 300**
              **San Diego, CA 92101**

# INVOICE

2 of 2

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1089401 | 7/30/2021 | 10085173 |
| **Job Date** | **Case No.** | |
| 7/20/2021 | 2:18-cv-05623-MMB | |
| **Case Name** | | |
| Lontex Corporation vs. Nike, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego, CA 92130

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,838.94** |

**Tax ID:** 27-4460942

*Please detach bottom portion and return with payment.*

Ben L. Wagner
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego, CA 92130

Job No.      : 10085173         BU ID      : AptusSD
Case No.     : 2:18-cv-05623-MMB
Case Name  : Lontex Corporation vs. Nike, Inc.

Invoice No.  : 1089401          Invoice Date : 7/30/2021
**Total Due** : **$1,838.94**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:            Phone#: | | | |
| Billing Address: | | | |
| Zip:              Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Aptus Court Reporting**
             **Corporate Office**
             **600 West Broadway, Suite 300**
             **San Diego, CA 92101**

JJ COURT TRANSCRIBERS

268 EVERGREEN AVE

HAMILTON, NJ 08619

08/20/2021                           15:56:03

CREDIT CARD

VISA SALE

Card #                    XXXXXXXXXXXX3346
SEQ #:                                     2
Batch #:                                 466
INVOICE                                     3
Approval Code:                      08094D
Entry Method:                       Manual
Mode:                               Online

SALE AMOUNT              $199.65

CUSTOMER COPY



TIMELY - ACCURATE - EQUIPPED FOR THE FUTURE

**J&J Court Transcribers, Inc.**
**268 Evergreen Avenue**
**Hamilton, NJ 08619**
**609-586-2311   FAX # 609-587-3599**
**jjcourt@jjcourt.com**

**TO:** Michael Schwartz, Esq.
Troutman Pepper
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

**RE:** Lontex Corporation
**-v-**
Nike, Inc.

| | | | **DUE UPON RECEIPT** | | **8/20/2021** |
|---|---|---|---|---|---|

| Orig | Copies | Pages | Description | Unit | Amount |
|---|---|---|---|---|---|
| 1 | 1 | 33 | Federal Court Daily on 8/19/2021 | 6.05 | 199.65 |
| | | | Credit Card payment  Visa on 8/20/2021 | | -199.65 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **BALANCE :** | **0.00** |

| **Invoice # :** | **Thank You.** |
|---|---|
| **2021-01187** | **When sending your remittance, please include the invoice number on the check.   We also accept Visa, MasterCard and American Express.** |
| | **Tax id # :** 22-3042692       **DUNS #:** 623609435 |
| A service charge of 1½% per month will be applied to all past due balances. ($5.00 minimum charge) | **Court:** U.S. District Court, Philadelphia PA 18-CV-5623 |

# I N V O I C E

1 of 2

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1090930 | 8/31/2021 | 10086983 |
| **Job Date** | **Case No.** | |
| 8/25/2021 | 2:18-cv-05623-MMB | |
| **Case Name** | | |
| Lontex Corporation vs. Nike, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jodi L. Thomas
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego, CA 92130

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sean Cunningham | 144.00 | Pages | @ | 5.450 | 784.80 |
| Hourly | 3.00 | Hours | @ | 75.000 | 225.00 |
| Technology Package (Electronic Files) | 1.00 | | @ | 55.000 | 55.00 |
| Condensed Transcript | 1.00 | | @ | 30.000 | 30.00 |
| Exhibits - B/W | 37.00 | Pages | @ | 0.650 | 24.05 |
| Exhibits - Color | 2.00 | Pages | @ | 1.500 | 3.00 |
| Video - Hourly | 4.00 | Hours | @ | 195.000 | 780.00 |
| Video Synching - Included | 1.00 | | @ | 0.000 | 0.00 |
| Media Package | 1.00 | | @ | 55.000 | 55.00 |
| Video Stream | 1.00 | | @ | 295.000 | 295.00 |
| Production/Processing | 1.00 | | @ | 50.000 | 50.00 |
| Shipping/Handling | 1.00 | | @ | 25.000 | 25.00 |
| SALES TAX | | | | | 12.95 |
| **TOTAL DUE  >>>** | | | | | **$2,339.80** |

**Tax ID:** 27-4460942

*Please detach bottom portion and return with payment.*

Jodi L. Thomas
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego, CA 92130

Job No.      : 10086983          BU ID       : AptusSD
Case No.    : 2:18-cv-05623-MMB
Case Name  : Lontex Corporation vs. Nike, Inc.

Invoice No. : 1090930          Invoice Date : 8/31/2021
**Total Due** : **$1,904.80**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:              Phone#: | | | |
| Billing Address: | | | |
| Zip:              Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego, CA 92101**

# I N V O I C E

2 of 2

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1090930 | 8/31/2021 | 10086983 |
| **Job Date** | **Case No.** | |
| 8/25/2021 | 2:18-cv-05623-MMB | |

| Case Name |
|---|
| Lontex Corporation vs. Nike, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Jodi L. Thomas
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego, CA 92130

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING     HOMESTREET BANK
CHECKING ACCT# 0030013364 | ROUTING NO. 325084426

| | |
|---|---|
| **(-) Payments/Credits:** | 435.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,904.80** |

**Tax ID:** 27-4460942

*Please detach bottom portion and return with payment.*

Jodi L. Thomas
Troutman Pepper - San Diego
11682 El Camino Real, Suite 400
San Diego, CA 92130

| | | | |
|---|---|---|---|
| Job No. | : 10086983 | BU ID | : AptusSD |
| Case No. | : 2:18-cv-05623-MMB | | |
| Case Name | : Lontex Corporation vs. Nike, Inc. | | |
| Invoice No. | : 1090930 | Invoice Date | : 8/31/2021 |
| **Total Due** | : **$1,904.80** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Aptus Court Reporting**
**Corporate Office**
**600 West Broadway, Suite 300**
**San Diego, CA 92101**

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| **INVOICE** | NUMBER<br>0192 |
|---|---|

| TO:  Michael A. Schwartz, Esq.<br>Troutman Pepper Hamilton Sanders<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br><br>PHONE:  (215) 350-4789<br>FAX: | MAKE CHECK PAYABLE TO:<br>Shannan Gagliardi<br>13470 Stevens Road<br>Philadelphia, PA 19116<br><br>PHONE:  (215) 704-1857 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL ☑ CIVIL | DATE ORDERED<br>10/19/2021 | DATE DELIVERED<br>10/20/2021 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Lontex v. Nike  18-CV-5623

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | 19 | 0.90 | 17.10 | | | 0.00 | 17.10 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):          10/19/20 | | TOTAL | 17.10 |
|---|---|---|---|
| Opening statement of Mr. Hynes | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | **AMOUNT DUE (OR REFUND)** | 17.10 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>Shannan Gagliardi | DATE<br>10/20/2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

| Print | Save As... | | Reset |

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Shannan Gagliardi

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☑ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

13470 Stevens Road

**6** City, state, and ZIP code

Philadelphia, PA 19116

**7** List account number(s) here (optional)

Requester's name and address (optional)

---

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| 1 | 9 | 6 | – | 5 | 8 | – | 6 | 5 | 4 | 1 |

**or**

Employer identification number

| | | – | | | | | |

---

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶ *Shannan Gagliardi*   Date ▶ 7/19/21

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments**. For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X                                         Form **W-9** (Rev. 10-2018)

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting,* later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

• An estate (other than a foreign estate); or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the instructions for Part II for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code,* later, and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships,* earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting,* later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

Form W-9 (Rev. 10-2018)

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

### Line 1

You must enter one of the following on this line; **do not** leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

a. **Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note: ITIN applicant:** Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

b. **Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

c. **Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

d. **Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

e. **Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

### Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

### Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box on line 3.

| IF the entity/person on line 1 is a(n) . . . | THEN check the box for . . . |
|---|---|
| • Corporation | Corporation |
| • Individual<br>• Sole proprietorship, or<br>• Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax purposes. | Individual/sole proprietor or single-member LLC |
| • LLC treated as a partnership for U.S. federal tax purposes,<br>• LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>• LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. federal tax purposes. | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |

### Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.

• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.

• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a U.S. commonwealth or possession

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

Form W-9 (Rev. 10-2018)

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

### Line 5

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

### Line 6

Enter your city, state, and ZIP code.

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See *What Name and Number To Give the Requester*, later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at *www.SSA.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/Businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. Go to *www.irs.gov/Forms* to view, download, or print Form W-7 and/or Form SS-4. Or, you can go to *www.irs.gov/OrderForms* to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see *Exempt payee code*, earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

Form W-9 (Rev. 10-2018)

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by an FFI | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Two or more U.S. persons (joint account maintained by an FFI) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 6. Sole proprietorship or disregarded entity owned by an individual | The owner[3] |
| 7. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
|---|---|
| 8. Disregarded entity not owned by an individual | The owner |
| 9. A valid trust, estate, or pension trust | Legal entity[4] |
| 10. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 11. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 12. Partnership or multi-member LLC | The partnership |
| 13. A broker or registered nominee | The broker or nominee |

| For this type of account: | Give name and EIN of: |
|---|---|
| 14. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 15. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships*, earlier.

**\*Note:** The grantor also must provide a Form W-9 to trustee of trust.

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov.* You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/complaint.* You can contact the FTC at *www.ftc.gov/idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Eastern District of Pennsylvania

INVOICE 196

| | |
|---|---|
| Ben Wagner<br>Troutman Pepper Hamilton Sanders<br>11682 El Camino Real<br>Suite 400<br>San Diego, CA 92130 | **MAKE CHECKS PAYABLE TO:**<br>Shannan Gagliardi, RMR, CRR<br>Official Court Reporter<br>13470 Stevens Road<br>Philadelphia, PA 19116<br>(215) 704-1857<br>shannan_gagliardi@paed.uscourts.gov |

| __ CRIMINAL   X CIVIL | DATE ORDERED:<br>11-05-2021 | DATE DELIVERED:<br>11-11-2021 |
|---|---|---|

**In the matter of:** 18-CV-5623, Lontex v Nike

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 2050 | 0.90 | 1845.00 | | | | 1845.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | Subtotal | | | | 1845.00 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | Total Due | | | | 1845.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Shannan Gagliardi | DATE:<br>11-11-2021 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR