EXHIBIT C

Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092



troutman.com

**Ben Lewis Wagner**
Partner
D 858.509.6010
ben.wagner@troutman.com

October 7, 2021

**VIA U.S. MAIL**

Brian Ball
2545 S. Dearborn Street
Chicago, IL 60616

Re:     ***Lontex Corporation v. Nike, Inc.**, Case No. 2:18-cv-05623-MMB (E.D. Pa.)*

        **Trial Subpoena – Witness Fees**

Dear Mr. Ball:

        In connection with your appearance at trial in this matter, enclosed please find a check in the amount of $40 as payment of witness fees as required by the Federal Rules of Civil Procedure.

Sincerely,

Ben Lewis Wagner

Enclosure: Check No. 743559

Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092



troutman.com

**Ben Lewis Wagner**
Partner
D 858.509.6010
ben.wagner@troutman.com

October 1, 2021

**VIA U.S. MAIL**

Chris Peduzzi
3053 Kerper Road
Lafayette Hill, PA 19444

Re:   ***Lontex Corporation v. Nike, Inc.***, Case No. 2:18-cv-05623-MMB (E.D. Pa.)

         **Trial Subpoena – Witness Fees & Mileage**

Dear Chris:

         In connection with your appearance at trial in this matter, enclosed please find a check in the amount of $63.52 as payment of witness fees and roundtrip mileage as required by the Federal Rules of Civil Procedure.

Sincerely,

Ben Lewis Wagner

Enclosure: Check No. 743532


**Intellectual Property Consulting**

# Invoice

**Remit To:**

IPMETRICS LLC
Federal Tax ID: 33-0933017
9320 Chesapeake Drive, Suite 110
San Diego, CA 92123
(858) 538-1533

**Bill To:**

Lontex Corporation
c/o Mr. Ben Wagner, Partner
Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130

**Invoice #:** R-2021201
**Invoice Date:** 11/1/2021
**Due Date:** 11/1/2021
**Terms:** Due on receipt
**Project:** Lontex v. Nike
**P.O. Number:**

**VIA EMAIL**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Re:  Lontex Corporation v. Nike, Inc., Case No. 2:18-CV-05623, United States District Court for the Eastern District of Pennsylvania | | | |
| | | | |
| IPmetrics performed the following reimbursable travel expenses relating to the trial testimony of David Drews: | | | |
| | | | |
| Airline Expense - American Airlines(SAN to PHL on 10/20/21 | | 1,586.80 | 1,586.80 |
| Trip Insurance Expense - Allianz Travel | | 109.81 | 109.81 |
| Meal Expense - City Tap | | 26.00 | 26.00 |
| Hotel Expense - Hilton Logan | | 232.74 | 232.74 |
| Taxi Expense - Uber (Home to Airport) | | 40.29 | 40.29 |
| Airline Expense - American Airlines (SAN to PHL on 10/24/21 | | 780.61 | 780.61 |
| Meal Expense - Misconduct | | 18.00 | 18.00 |
| Taxi Expense - Uber (Airport to Hotel) | | 27.95 | 27.95 |
| Taxi Expense - Uber (Hotel to Courthouse) | | 11.37 | 11.37 |
| Taxi Expense - Uber (Courthouse to Hotel) | | 11.37 | 11.37 |
| Meal Expense - Misconduct | | 34.00 | 34.00 |
| Meal Expense - City Tap | | 19.00 | 19.00 |
| Taxi Expense - Uber (Courthouse to Hotel) | | 11.68 | 11.68 |
| Taxi Expense - Uber (Hotel to Courthouse) | | 11.39 | 11.39 |
| Meal Expense - Nom Nom Ramen | | 20.16 | 20.16 |
| Taxi Expense - Uber (Airport to Courthouse) | | 31.68 | 31.68 |
| Taxi Expense - Uber (Courthouse to Hotel) | | 8.85 | 8.85 |
| Taxi Expense - Uber (Hotel to Airport) | | 38.22 | 38.22 |
| Mileage Expense - Airport to Home (26.9 miles @ $0.56 per mile) | | 15.06 | 15.06 |
| | | | |
| Total Reimbursable Expenses | | | 3,034.98 |

Due and payable upon receipt.

Payments not received within 30 days of invoice date will be subject to a one and one-half percent (1.5%) late fee per month.

Please reference the invoice number on all payments.

| | |
|---|---|
| **Total** | $3,034.98 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$3,034.98** |

Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092

troutman.com



---

**Ben Lewis Wagner**
Partner
D 858.509.6010
ben.wagner@troutman.com

September 23, 2021

**VIA U.S. MAIL**

Dominique Williams
9503 State Rd., Apt 514
Philadelphia, PA 19114

Re:     ***Lontex Corporation v. Nike, Inc.**, Case No. 2:18-cv-05623-MMB (E.D. Pa.)*

          **Trial Subpoena – Witness Fees & Mileage**

Dear Dominique:

          In connection with your appearance at trial in this matter, enclosed please find a check in the amount of $54 as payment of witness fees and roundtrip mileage pursuant to the Federal Rules of Civil Procedure.

Sincerely,

Ben Lewis Wagner

Enclosure: Check No. 743290

# BrandOptions®

**Jeff Parkhurst Expenses**

RTG #47385

Lontex Corporation (Lontex Corporation vs Nike, Inc)

October 2021

10/19/21



# Hello, Jeffrey D Parkhurst

#6256878262   |   SkyMiles Member

**Confirmation #: GX95YK**

## Flight Receipt

Ticket #: 0062479650618
Place of Issue:
Issue Date: 18OCT21
Expiration Date: 31DEC22

| METHOD OF PAYMENT | |
|---|---|
| VI************1120 | **$498.80 USD** |

*Flight*

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $437.21 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $32.79 USD |

| | |
|---|---|
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $8.60 USD |
| **TICKET AMOUNT** | **$498.80 USD** |

---

TUE, OCT 19, 2021                                       ▲ D E L T A

**Jeffrey D Parkhurst**              SkyMiles #XXXXXXB262      BOARDING DOCUMENT
**GX95YK**

# MSP ▸ PHL

MPLS-ST PAUL (MSP) ▸             BOARDING    GATE    ZONE       SEAT
**Philadelphia** (PHL)            2:5Opm     C 2    MAIN2      17C       Depart   Tue, 3:30pm
FLIGHT DL2401                                                Main Cabin (L) Arrive   Tue, 6:58pm

*Boarding ends 15 minutes prior to departure time.*              *Fly Paperless: www.delta.com/app*

Ticket#: 006 2479650618

                                                                      KMSPADV100027

---

FRI, OCT 22, 2021                                       ▲ D E L T A

**Jeffrey D Parkhurst**              SkyMiles #XXXXXXB262      BOARDING DOCUMENT
**GX95YK**

# PHL ▸ MSP

PHILADELPHIA (PHL) ▸             BOARDING    GATE    ZONE       EXIT SEAT
**Mpls-St Paul** (MSP)            11:50am    D14    MAIN2      15B       Depart   Fri, 12:30pm
FLIGHT DL1367                                                Main Cabin (M) Arrive   Fri, 2:22pm

*Boarding ends 15 minutes prior to departure time.*

Ticket#: 006 2480596830

                                                                      KPHLTKT3DA001

10 / 19 / 21

```
#######CASH RECEIPT
CAB                    P0291
DRIVER                102425
TERMINAL                 627
TRIP                   17688
PASSENGERS                 2
DATE      10.19.21 19:29
START           19:14:14
END             19:29:15
AIRPORT RATE 2
DISTANCE          8.50 mi
FARE R2          $28.50
SUB TOTAL        $28.50
Fuel Surcharge    $0.90
TOTAL            $29.40
#######DCC Complete#######
```

Taxi

29.40
7.00 tip

$36.40

Mileage

46

* $0.56

$25.76

**Hudson**

Minneapolis Saint Paul International
4300 Glumack Drive
St. Paul, MN 55111
Customer Service and Return Policy
www.hudsongroup.com/customers
www.hudsongroup.com/customers

**SALE TRANSACTION**

| 3568193 | DIET COKE 20 OZ | | $2.95 |
|---|---|---|---|
| LW SURCHAR | $2.95 @ 4.0% | | $0.12 |
| SALES TAX | $2.95 @ 7.525% | | $0.22 |

Items in Transaction:1
Balance to pay                    $3.29
Visa Debit                        $3.29
------------------------------------
TYPE:  Sale
DEBIT: VISA              INSERTED

         US DEBIT
------------------------------------
CARD #***********1120      INSERTED
DATE/TIME:    10/19/2021    15:52:18
REF #          AUTH #     RESP 00
018173         186580     ISO
AID: A000000980840
TSI: 6800 ARC:00  CUR:0840
TVR: 8080048000
APP: US DEBIT
IAD: 0601120360A000


Total USD$              -----------
                             3.29

Food

10/20/21

```
Welcome to Wawa #86
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/20/2021  8:29:22 PM  Trx #  11761448
Register #11    Cashier:        E'yonna


        Total:    $7.70

Qty
    HAM & CHEESE CLASSIC            $6.89
    WAWA SMALL RED REUSABLE BAG     $0.25
    Sub-Total:                      $7.14
    Tax:                            $0.56
    Total:                          $7.70
    Debit:                          $7.70
    Change:                         $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 652001
Sequence :
```

← Food

```
USD$ 7.70
```

```
Welcome to Wawa #86
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/20/2021  2:57:52 PM  Trx #  11760549
Register #11    Cashier:        Marvin


        Total:    $6.52

Qty
    TURKEY AND CHDR PINWHEELS 5     $3.79
  2 MOZZARELLA STRING CHEESE 1      $1.98
    BANANAS                         $0.75
    Sub-Total:                      $6.52
    Tax:                            $0.00
    Total:                          $6.52
    Debit:                          $6.52
    Change:                         $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 845233
Sequence : 040522
```

← Food

```
USD$ 6.52
```

10/21/21
1 of 2

Welcome to Wawa #86
Phone:
1707 Arch St
Philadelphia, PA 19103
10/21/2021  6:23:20 PM  Trx # 11765247
Register #11   Cashier:        Russel

Total:    **$8.03**

Qty
   SH BLT                        $5.59
   HERRS BBQ BAKED 2.125OZ       $1.99
   Sub-Total:                    $7.58
   Tax:                          $0.45
   Total:                        $8.03
   **Debit:**                    **$8.03**
   Change:                       $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 245787
Sequence : 042344

USD$ 8.03

— Food

Welcome to Wawa #86
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/21/2021  2:21:44 PM  Trx # 11764533
Register #11   Cashier:        Trajon

Total:    **$6.72**

Qty
   COKE DT 20 OZ                 $2.39
   M&M PLAIN KING 3.14 OZ        $2.39
   MOZZARELLA STRING CHEESE 1    $0.99
   BANANAS                       $0.75
   Sub-Total:                    $6.52
   Tax:                          $0.20
   Total:                        $6.72
   **Debit:**                    **$6.72**
   Change:                       $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 260242
Sequence : 042053

USD$ 6.72

— Food

Food

Welcome to Wawa #86
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/21/2021  9:18:35 AM  Trx # 11762975
Register #13   Cashier:        Trajon

Total:    **$4.95**

Qty
   EGG SPIN TOMATO CHS OMELET    $4.09
    + APPLEWOOD BACON STR
   Sub-Total:                    $4.59
   Tax:                          $0.36
   Total:                        $4.95
   **Debit:**                    **$4.95**
   Change:                       $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 671577
Sequence : 041462

USD$ 4.95

10 /21 /21
2 of 2

One Logan Square
Philadelphia, PA

Server: Elliott                    10/21/2021
Fast Close/1                       11:51 AM
Guests: 1                          210097
Area: Barista

Can Soda                           3.50

Subtotal                           3.50
Tax                                0.28

Total                              3.78 — Food

CASH                               5.00
Change                             1.22

Support our charity partner,
World Central Kitchen, chefs helping
to make our world a better place.
WCK Donation:_____

-- Check Closed ---

One Logan Square
Philadelphia, PA

Server: Elliott          DOB: 10/21/2021
09:17 AM                      10/21/2021
Fast Close/1                  21/210061

SALE

VISA                              22020139
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S

Approval: 082232

Amount:          $3.24 — Food

+ Tip: _____

= Total: _____

10/22/2

Merchant: Curb Mobility
LLC
email: cs@9ocurb.com

PHILADELPHIA TAXI
215-666-6666

****CREDIT CARD SALE****

******DRIVER COPY*******
Merchant ID:           883
ENTRY METHOD:
CONTACT CHIP
AID:       A000000031010
APPL. NAME:   VISA DEBIT
ATC:                  03E7
AC:      A430010714B2FC2F
Mode:              Issuer

TERMINAL              576
DRIVER            108125
CAB                P0194
PASSENGERS             1
DATE        10/22/21 10:00
START          09:43:09
END            10:00:12
TRIP                  74
AIRPORT RATE 2
DISTANCE          9.97 mi
FARE R2          $28.50
SUB TOTAL        $28.50
TIP               $8.00
TAX:              $0.90
TOTAL            $37.40 ⎯ Taxi
VISA               1120
AUTH             090043
TRN REF #:     14569369
VAL CODE:          KJXR
 NO SIGNATURE REQUIRED
************************
PPA COMPLAINTS
215-683-9440

**Hudson**

Philadelphia Intl Airport
8000 Essington Ave.
Philadelphia, PA 19153

SALE TRANSACTION

3977482      SARGENTO COLBY JA      $1.99
3976641       200Z DT PEPSI ORI     $2.99

   SALES TAX   $2.99 @ 8.0%         $0.24

Items in Transaction:2
Balance to pay                      $5.22 ⎯ Food
Local Cash                          $5.22

HUDSON
The Traveler's Best Friend
Customer Service Inquiries
www.hudsongroup.com/customers
Return Policy
www.hudsongroup.com/return-policy

STORE  TILL OP NO. TRANS.  DATE
1852    1  137993 20571  10-22-21 10:19

9996218520010205718



Food

One Logan Square
Philadelphia, PA

Server: Chris
08:25 AM
Fast Close/1

DOB: 10/22/2021
       10/22/2021
       21/210034

SALE                    22020123

VISA
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method: S

Approval: 073052

Amount:              $8.64

+ Tip: _____

= Total: _____

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

Support our charity partner,
World Central Kitchen, chefs helping
to make our world a better place.
WCK Do...

# the Logan

PHILADELPHIA'S HOTEL

The Logan
Curio Collection by Hilton™
One Logan Square, Philadelphia, PA 19103
t: (215)963-1500  f: (215)963-9506
w: the loganhotel.com

10/12/21

PARKHURST, JEFF

4 PEQUOT TRL

WESTPORT CT  06880
UNITED STATES OF AMERICA

| | |
|---|---|
| Room: | 315/K1D |
| Arrival Date: | 10/19/2021  7:36:00 PM |
| Departure Date: | 10/22/2021 9:36:00 AM |
| Adult/Child: | 1/0 |
| Room Rate: | 200.00 |
| Rate Plan: | T6 |
| HH # | 607850527 BLUE |
| AL: | |
| Car: | |

Confirmation Number: 3198414781

10/22/2021

| Date | Description | ID | Ref. No. | Charges | Credits | Balance |
|---|---|---|---|---|---|---|
| 10/20/2021 | *BARISTA | LINTR | 1904692 | $19.44 | | |
| 10/20/2021 | *BARISTA | LINTR | 1904693 | $2.00 | | |
| 10/20/2021 | *BARISTA | LINTR | 1904721 | $3.24 | Food | |
| 10/20/2021 | *BARISTA | LINTR | 1904722 | $1.00 | | |
| 10/22/2021 | VS *1120 | ADUGGAN4 | 1905877 | | ($25.68) | |
| | **BALANCE** | | | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+
hotels and resorts in 119 countries, please visit Honors.com

| | | |
|---|---|---|
| ACCOUNT NO.<br>VS *1120 | DATE OF CHARGE<br>10/22/2021 | FOLIO NO./CHECK NO.<br>572829 A |
| CARD MEMBER NAME<br>PARKHURST, JEFF | AUTHORIZATION<br>083530 | INITIAL |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| | TAXES | |
| | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE | TOTAL AMOUNT<br>-25.68 | |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | PAYMENT DUE UPON RECEIPT | |

10/25/21



## Hello, Jeffrey D Parkhurst

#6256878262   |   SkyMiles® Member

**Confirmation #: GLUDUZ**

## Flight Receipt

Ticket #: 0062480490635
Place of Issue:
Issue Date: 23OCT21
Expiration Date: 31DEC22

| METHOD OF PAYMENT | |
|---|---|
| VI************1120 | **$288.40 USD** |

Fl;ght

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $254.88 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |

10/25/21

| | |
|---|---|
| United States - Transportation Tax (US) | $19.12 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.30 USD |
| **TICKET AMOUNT** | **$288.40 USD** |

Mileage
46
* $0.56
$ 25.76

10/25/21



## Hello, Jeffrey D Parkhurst

#6256878262   |   SkyMiles Member

### Confirmation #: GLUDUZ

## Flight Receipt

Ticket #: 0062151364127
Place of Issue:
Issue Date: 25OCT21
Expiration Date: 31DEC22

| METHOD OF PAYMENT | |
| --- | --- |
| VI************1120 | **$210.00 USD** |

Flight
- increase
with
change

| ECREDITS APPLIED | |
| --- | --- |
| eCredits Number | 0062480490635 |
| Passenger Name | JEFFREY D PARKHURST |
| Amount Applied | 288.40 USD |
| Applied to Ticket Number | 0062151364127 |

| CHARGES |
| --- |
| **Air Transportation Charges** |

| Base Fare | $450.23 USD |
|---|---|
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $33.77 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.30 USD |
| **TICKET AMOUNT** | **$498.40 USD** |

Fare Difference - $195.35 USD
Taxes, Fees & Charges - $14.65 USD
Service Charge - $0.00 USD
**Total Charged - $210.00 USD**

 **DELTA**

BOARDING PASS                    BOARDING PASS

PARKHURST/JEFFREY D      1 006 2151364127 2      PARKHURST/JEFFREY D
                              GLUDUZ

DLXXXXXX8262                                    DLXXXXXX8262
BA0QA0HQ
                                    SEAT                      SEAT
FLIGHT   DATE   CLASS  ORIGIN          19D      FLIGHT  DATE        19D
DL1367  25OCT   B    MPLS-ST PAUL   DEPARTS     DL1367  25OCT
                               759A    MAIN 2                  MAIN 2
OPERATED BY    MAIN  DESTINATION  BRD TIME      ORIGIN
DELTA AIR LINES INC  PHILADELPHIA   719A        MPLS-ST PAUL
                                                DESTINATION
DEPARTURE GATE G10  **SUBJECT TO CHANGE**       PHILADELPHIA
                                                OPERATED BY DELTA AIR LINES INC



                              MSP230C30/HH

10/25/21

## Confirmation Code YXZ 5757

| | |
|---|---|
| **Name:** | Jeff Parkhurst |
| **Phone:** | 2038201191 |
| **Email:** | jparkhurst@brandoptions.com |
| **Start From:** | 3443 Lake Shore Cove, Chaska, MN, USA |
| **Destination:** | MSP Terminal 1 Concourse A-Lindbergh, Saint Paul, MN, USA |
| **Travel - Date & Time:** | 10-25-2021-5:30-AM |
| **Vehicle Type:** | TAXI |
| **# Passengers:** | 1 |
| **Approx. Travel Distance:** | 23.59 |
| **Pay to:** | Payonline |
| **Paypal Payment:** | $93.00 |
| **Additional Travel Details:** | |
| **Payment ID:** | 702 |

Taxi

$93.00
20.00 tip

$113.00

10/25/21

Food

---

Herc                    ile
LLC
embi                    5m

215 GF! h CnB
215 4 --4222

####CREDIT CARD SALE####

######DRIVER COPY######
Merchant ID:            883
ENTRY METHOD:
CONTACT CHIP
AID:        A0000000031010
APPL. NAME:   VISA DEBIT
ATC:                03F5
AC:     73CUDCF28320BE6E
Mode:             Issuer

TERMINAL               838
DRIVER              101868
CAB                  P0935
PASSENGERS               1
DATE        10/25/21 12:06
START           11:52:18
END             12:04:52
TRIP                  5967
AIRPORT RATE 2
DISTANCE         8.37 mi
FARE R2          $28.50
SUB TOTAL        $28.50
TIP               $7.35
Fuel Surcharge    $0.90
TOTAL            $36.75
VISA              1120
AUTH            010544
TRN REF #:     14812075
VAL CODE:          GN48
NO SIGNATURE REQUIRED
**************************
        Complaints

Taxi

---

**Welcome to Wawa #85**
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/25/2021 5:03:39 PM  Trx # 11777701
Register #13   Cashier:        Karl

Total:     **$2.93**

Qty
COFFEE 120Z                         $1.79
MOZZARELLA STRING CHEESE 1          $0.99
Sub-Total:                          $2.78
Tax::                               $0.15
Total:                              $2.93
**Debit:**                          **$2.93**
Change:                             $0.00

Food

Sale

Debit
Card Num : XXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXX7005
Approval : 265104
Sequence : 345372

USD$ 2.93

---

**Welcome to Wawa #85**
Phone:215-977-3454
1707 Arch St
Philadelphia, PA 19103
10/25/2021 12:35:35 PM  Trx # 11776710
Register #11   Cashier:   J, Sandra

**Customer Copy / Duplicated Receipt**

Total:     **$5.78**

Qty
HEIR BBQ CHIPS 2.75 OZ             $1.99
ITALIAN PINWHEELS 5.5 OZ           $3.79
Sub-Total:                         $5.78
Tax:                               $0.00
Total:                             $5.78
**Debit:**                         **$5.78**
Change:                            $0.0

Sale

Debit
Card Num : XXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXX7005
Approval : 684613
Sequence : 345367

USD$ 5.78

Food

---

Caribou Cof
...27271653

CAROL M    SvrCk:108   6.36 10/25/21
REG Four

1 SM-LIGHT-COD                      2.52
S/C: HOSPITALITY CHR                0.10

                Sub Total:          2.62
                     Tax:           0.20
10/25 06:37 TOTAL:          2.82

We're Hiring!
Fun Team. Flexible Shi
fts. Free Coffee.
Apply today at caribou
coffeejobs.com

Food

A 4% hospitality charg
e has been applied. This
surcharge is not
a gratuity payable dir
ectly to staff.

        AMT-TEND   CHANGE   TALLY
           2.82              2.82
           -----            -----
           2.82              2.82

VISA                   xxx1120,

(Rec:126) Merc ....
    2.82
10/25/21 06:3'

10/26/21
1 of 2



PHILADELPHIA TAXI
215-666-6666

****CREDIT CARD SALE****

*****PASSENGER COPY*****
Merchant ID:                883
ENTRY METHOD:
CONTACT CHIP
AID:        A0000000031010
APPL. NAME:    VISA DEBIT
ATC:             03FB
AC:    C2FA11A6DA42E6F1
Mode:          Issuer

TERMINAL             874
DRIVER             110329
CAB                P0289
PASSENGERS             1
DATE      10/26/21 13:01
START            12:54:37
END              13:00:43
TRIP               5182
STANDARD RATE 1
DISTANCE        1.08 mi
FARE R1          $6.20
SUB TOTAL        $6.20
TIP              $4.00
TAX:             $0.90
TOTAL           $11.10
VISA              1120
AUTH            020103
TRN REF #:      14879002
UPI CODE:         J43S

Taxi

PHILADELPHIA TAXI
215-666-6666

****CREDIT CARD SALE****

*****DRIVER COPY******
Merchant ID:                883
ENTRY METHOD:
CONTACT CHIP
AID:        A0000000031010
APPL. NAME:    VISA DEBIT
ATC:             03FC
AC:    1FE233D03F4B5959
Mode:          Issuer

TERMINAL             881
DRIVER             108558
CAB                P0890
PASSENGERS             1
DATE      10/26/21 14:13
START            14:06:46
END              14:13:07
TRIP               837
STANDARD RATE 1
DISTANCE        1.02 mi
FARE R1          $6.20
SUB TOTAL        $6.20
TIP              $4.00
T                $0.90   ← taxi
T                 .10
V                1120
A                 324

Square
Philadelphia, PA

Server: Elliott         DOB: 10/26/2021
08:42 AM                    10/26/2021
Fast Close/1                21/210046

SALE

VISA
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S

Approval: 074757

Amount:          $3.24   ← Food

+ Tip: _____

Total: _____

Square
Philadelphia, PA

Server: Elliott         DOB: 10/26/2021
11:09 AM                    10/26/2021
Fast Close/1                21/210084

SALE

VISA
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S

Approval: 001418

Amount:          $4.32   ← Food

+ Tip: _____

Total: _____

10/26/21
2 of 2

Welcome to Wawa #85
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/26/2021  8:39:26 AM   Trx #  11779135
Register #13    Cashier:        Trajon

Total:    **$4.95**

Qty
    EGG SPIN TOMATO CHS OMELET    $4.09
      + APPLEWOOD BACON STR     $0.50
    Sub-Total:                  $4.59
    Tax:                        $0.36
    Total:                      $4.95
    **Debit:**                  **$4.95**
    Change:                     $0.00

Sale

Debit
Card Num : XXX:XXXXXXXXX1120
Chip Read
Terminal : XXX:XXXXXX7005
Approval : 624713
Sequence : 047414

USD$ 4.95

*Food*
— 4.95

Welcome to Wawa #85
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/26/2021  2:17:22 PM   Trx #  11780824
Register #13    Cashier:        Marvin

Total:    **$8.17**

Qty
    COKE DT 20 OZ                $2.39
    M&M PLAIN KING 3.14 OZ       $2.39
    GRAPES CHEESE CRACKERS 5.5   $3.19
    Sub-Total:                   $7.97
    Tax:                         $0.20
    Total:                       $8.17
    **Debit:**                   **$8.17**
    Change:                      $0.00

Sale

Debit
Card Num : XXX:XXXXXXXXX1120
Chip Read
Terminal : XXX:XXXXXX7005
Approval : 415928
Sequence : 048115

USD$ 8.17

*Food*
— 8.17

*Food*

Welcome to Wawa #85
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/26/2021  6:43:50 PM   Trx #  11781625
Register #13    Cashier:        Mike

Total:    **$9.97**

Qty
Order #597
SH BLT                           $5.59
Master Tran:
HEHRS BBQ BAKED 2.125OZ          $1.99
COFFEE 12OZ                      $1.79
Sub-Total:                       $9.37
Tax:                             $0.60
Total:                           $9.97
**Debit:**                       **$9.97**
Change:                          $0.00

Sale

Debit
Card Num : XXX:XXXXXXXXX1120
Chip Read
Terminal : XXX:XXXXX7005
Approval : 406948
Sequence : 048416

USD$ 9.97

10/27/21

```
Merch            tivity
LLC
email:
    PHILADELPHIA TAXI
    215-666-6666

****CREDIT CARD SALE****

*****PASSENGER COPY*****
Merchant ID:         883
ENTRY METHOD:
CONTACT CHIP
AID:    A0000000031010
APPL. NAME:   VISA DEBIT
ATC:             03FF
AC:    646DA46DEB95C83F
Mode:          Issuer

TERMINAL           956
DRIVER          100223
CAB             P0030
PASSENGERS           1
DATE     10/27/21 10:50
START         10:41:44
END           10:50:40
TRIP            10488
STANDARD RATE 1
DISTANCE      1.27 mi
FARE R1         $7.45
SUB TOTAL       $7.45
TIP             $4.00
TAX:            $0.90
TOTAL          $12.35          Taxi
VISA             1120
AUTH           095058
TRN REF #:    14936615
PIN CODE:        TKJ3
*****************
```

```
Welcome to Wawa #86
Phone: 215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/27/2021  7:16:22 PM   Trx #  11785662
Register #12    Cashier:        Thomas

-----------------------------------------
          Total:    $12.68

Qty
   Order #852
   HAM WHEAT SHORTI              $5.29
   Master Tran:
   M&M PLAIN KING 3.14 OZ        $2.39
   COKE DT 20 OZ                 $2.39
   HERRS BBQ BAKED 2.125OZ       $1.99
   Sub-Total:                   $12.06
   Tax:                          $0.62
   Total:                       $12.68
   Debit:                       $12.68
   Change:                       $0.00

Sale                                       Food

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 374191
Sequence : 049956


USD$ 12.68

        DEBIT
```

```
        One Logan Square
        Philadelphia, PA

Server: Elliott           10/27/2021
Fast Close/1               10:29 AM
Guests: 1                   210074
Area: Barista

Espresso                      4.00

Subtotal                      4.00
Tax                           0.32

Total                         4.32     Food

CASH                          5.00
Change                        0.68

    Support our charity partner,
  World Central Kitchen, chefs helping
  to make our world a better place.
  WCK Donation: _____

         Check Closed
```

```
           One Logan Square
           Philadelphia, PA

Server: Elliott        DOB: 10/27/2021
07:29 AM                    10/27/2021
Fast Close/1               21/210014

             SALE

VISA                        22020106
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S

Approval: 063443

    Amount:         $11.88     Food

    + Tip: ____

    = Total: ____
```

10/28/21



### Hello, Jeffrey D Parkhurst

#6256878262   |   SkyMiles® Member

**Confirmation #: JL87I9**

Ticket #: 0062481389950
Place of Issue:
Issue Date: 28OCT21
Expiration Date: 31DEC22

| METHOD OF PAYMENT | |
|---|---|
| VI************1120 | **$528.40 USD** |

Flight

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $478.14 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $35.86 USD |

10 /28 /21

| United States - Passenger Facility Charge (XF) | $4.50 USD |
|---|---|
| United States - Flight Segment Tax (ZP) | $4.30 USD |
| **TICKET AMOUNT** | **$528.40 USD** |

THU, OCT 28, 2021

**Jeffrey D Parkhurst**
JL87I9

SkyMiles #XXXXXX8262

▲ DELTA
BOARDING DOCUMENT

# PHL ▸ MSP

| PHILADELPHIA (PHL) ▸ | BOARDING | GATE | ZONE | SEAT | | |
|---|---|---|---|---|---|---|
| **Mpls-St Paul** (MSP) | 7:19pm | – | MAIN2 | 17D | Depart | Thu, 7:59pm |
| FLIGHT DL2401 | | | | Main Cabin (B) | Arrive | Thu, 9:58pm |

*Boarding ends 15 minutes prior to departure time.*

Ticket#: 006 2481389950

KPHLTKT3DA009



10/28/21



```
Unavailable  En Route E-
Mail

Merchant: Curb Mobility
LLC
email: cs@gocurb.com

  PHILADELPHIA TAXI
    215-666-6666

****CREDIT CARD SALE****

******DRIVER COPY*******
Merchant ID:         883
ENTRY METHOD:
CONTACT CHIP
AID:      A0000000031010
APPL. NAME:  VISA DEBIT
ATC:                0402
AC:    3B78AEE79D4F8FB4
Mode:             Issuer

TERMINAL             761
DRIVER            104767
CAB               P15E
PASSENGERS
DATE       10/28/21 16:?
START            16:03:
END            16:28:4
TRIP               3:4
AIRPORT RATE 2
DISTANCE         9.70 mi
FARE R2           $28.50
SUB TOTAL         $28.50
TIP                $7.35
TAX:               $0.90
TOTAL             $36.75
VISA               1120
AUTH             052904
TRN REF #:     15032563
VAL CODE:         JFXL
  NO SIGNATURE REQUIRED
***********************
```
Taxi
```
He
LL
ema

  PHILADELPH;
    215-666-6666

****CREDIT CARD SALE****

******DRIVER COPY*******
Merchant ID:         883
ENTRY METHOD:
CONTACT CHIP
AID:      A0000000031010
APPL. NAME:   VISA DEBIT
ATC:                0401
AC:    FBB03B0A04ABA421
Mode:             Issuer

TERMINAL             932
DRIVER            102936
CAB               P0863
PASSENGERS            1
DATE       10/28/21 08:41
START          08:32:21
END            08:40:56
TRIP              3003
 STANDARD RATE 1
DISTANCE          1.37 mi
FARE R1            $7.45
SUB TOTAL          $7.45
TIP                $4.00
TAX:               $0.90
TOTAL             $12.35
VISA               1120
AUTH             074116
TRN REF #:     15001858
VAL CODE:         83H7
  NO SIGNATURE REQUIRED
***********************
PPA C
    215-
```
Taxi

```
       Hudson

Philadelphia Intl Airport
   8000 Essington Ave.
  Philadelphia, PA 19153

     SALE TRANSACTION


3996596    FIORUCCI PROSCUIT    $2.99
3976641    20OZ DT PEPSI ORI    $2.99

      SALES TAX  $2.99 @ 8.0%    $0.24

Items in Transaction:2
Balance to pay                  $6.22   Food
Visa Debit                      $6.22
--------------------------------------
TYPE:  Sale
DEBIT: VISA              INSERTED

       US DEBIT

CARD #*********           INSERTED
DATE/TIME:      10/28  2021  1  48:09
```

```
       One            Square
       Philadelphia, PA

Server: Elliott       DOB: 10/28/2021
07:36 AM                   10/28/2021
Fast Close/1              21/210014

           SALE

VISA                        22020106
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S

Approval: 064206
                              Food
        Amount:         $11.88

        + Tip: _____

         Total: _____
```

```
       One            Square
       Philadelphia, PA

Server: Elliott       DOB: 10/28/2021
08:19 AM                   10/28/2021
Fast Close/1              21/210030

           SALE

VISA                        22020116
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S

Approval: 072422
                              Food
        Amount:          $4.32

        + Tip: _____

         Total: _____
```

10/28/21

# $96.75

| | |
|---|---|
| Custom Amount | $77.40 |
| Purchase Subtotal | $77.40 |
| Tip | $19.35 |
| **Total** | **$96.75** |

$96.75
Taxi

Airport Taxi

6304 Dupont Ave South, 204

Richfield, MN 55423

Visa 1120 (Swipe)

*VISA*

JEFFREY D PARKHURST

Oct 28 2021 at 10:47 PM

#dYZA

Auth code: 024758

| Name and Address |
|---|

WAGNER, BENJAMIN
PO BOX 5000,
PMB 453
RANCHO SANTA FE, CA 92067

Confirmation #   3190183574

10/19/21   PAGE  2

# Hilton
## HOTELS & RESORTS

**HILTON PHILADELPHIA AT PENN'S LANDING**

| | |
|---|---|
| Room | 1400/K1 |
| Arrival Date | 10/17/21 |
| Departure Date | 10/19/21 |
| | |
| Adult/Child | 1/0 |
| Room Rate | $223.00 |
| | |
| Rate Plan | L-HPPRP1 |
| Honors # | 208444679 |
| Airline: | |

| Hotel Address |
|---|

201 S. CHRISTOPHER COLUMBUS BLVD.
PHILADELPHIA, PA 19106

Reservations
www.hilton.com or
1-800-HILTONS

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/18/21 | 3169536 | KEATING BREAKFAST | $20.00 |
| 10/18/21 | 3169536 | F&B FOOD TAX 8% | $1.60 |
| 10/18/21 | 3169941 | KEATING DINNER | $39.00 |
| 10/18/21 | 3169941 | F&B FOOD TAX 8% | $3.12 |
| 10/19/21 | 3170727 | ************0693 | ($63.72) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.



               

NATIONWIDE LEGAL

**INVOICE**

PHONE (213) 249-9999

| Invoice No. | Customer No. |
|---|---|
| 00000034662 | SD40195 |
| **INVOICE DATE:** | **Total Due** |
| 9/30/2021 | $ 2,852.40 |

PLEASE MAKE REMITTANCE TO:

troutman pepper
11682 El Camino Real Suite 400
San Diego, CA 92130
T (858) 509-6000

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| SD40195 | 00000034662 | 9/30/2021 | $ 2,852.40 | 8 |



| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 9/15/2021 SD76776 620 - STANDARD PROCESS (48 | TROUTMAN PEPPER 11682 El Camino Real Suite 400 San Diego, CA 92130 Caller: Jodi L. Thomas Case Title: LONTEX CORPORATION vs. NIKE, I Docs: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; LETTER DATED SEPTE Attorney Name: Ben Lewis Wagner, Esq. | **Howard Knudson** 6081 Valley Forge Drive Coopersburg, PA 18036 Case Number: 2:18-CV-05623-MMB Client/Matter: 255230.000001 Description: PERSONAL SERVICE; ADVANCE 40.00 WITNESS FEE AND 62.00 MILEAGE FEE. | Base Charge : Fees Advanced : Check Charge : Total: | | $ 150.00 $ 102.00 $ 10.20 $ 262.20 |
| 9/15/2021 SD76779 620 - STANDARD PROCESS (48 | TROUTMAN PEPPER 11682 El Camino Real Suite 400 San Diego, CA 92130 Caller: Jodi L. Thomas Case Title: LONTEX CORPORATION vs. NIKE, I Docs: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; LETTER DATED SEPTE Attorney Name: Ben Lewis Wagner, Esq. | **Christopher Williams** 1504 Temple Dr Maple Glen, PA 190023312 Case Number: 2:18-CV-05623-MMB Client/Matter: 255230.000001 Description: PERSONAL SERVICE; ADVANCE 40.00 WITNESS FEE AND 25.00 MILEAGE FEE. | Base Charge : Fees Advanced : Check Charge : Total: | | $ 150.00 $ 65.00 $ 6.50 $ 221.50 |

( Continued )

**INVOICE PAYMENT DUE UPON RECEIPT**

Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092

troutman.com



**Ben Lewis Wagner**
Partner
D 858.509.6010
ben.wagner@troutman.com

October 8, 2021

**VIA U.S. MAIL**

Norman Lehrer
101 N. Fredericksburg Ave.
Ventnor, NJ 08406

Re:    ***Lontex Corporation v. Nike, Inc.*, Case No. 2:18-cv-05623-MMB (E.D. Pa.)**

        **Trial Subpoena – Witness Fees & Mileage**

Dear Mr. Lehrer:

        In connection with your appearance at trial in this matter, enclosed please find a check in the amount of $112.80 as payment of witness fees and roundtrip mileage as required by the Federal Rules of Civil Procedure.

Sincerely,

Ben Lewis Wagner

Enclosure: Check No. 743925