# EXHIBIT D

Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092



troutman.com

**Jhony A. Ospina**
D 858.509.6075
jhony.ospina@troutman.com

September 21, 2021

**VIA FEDEX**

United States District Court
Southern District of California
Attn: RECORDS
333 W. Broadway, Ste. 420
San Diego, CA 92101

**Re:    Invoice No. 14cv00872-JAH – NLS**

Dear Clerk:

Enclosed please find Check No. 743078 in the amount of $472.00 as payment of the above-referenced invoice.  Please prepare the certified copies as requested and return them in the enclosed pre-paid FedEx envelope.  Thank you.

Sincerely,

s/*Jhony A. Ospina*

Jhony A. Ospina

JAO/jt

Enclosure:  Check No. 743078

**1601 Market Street**
**Philadelphia, PA 19103**

**The MCS Group, Inc.**

IRS NO. 23-2146815

REPRINT

REFER TO INVOICE NUMBER: 07382001

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 10/26/2021 | JOB#C133636 | 0 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 10/26/2021 | TROUTMAN PEPPER | 0 | 7382-L 1-C 0 |

DOL: 00/00/0000 OTHER

Payment Due: 11/25/2021
Return Invoice with Check Payable to: MCS

Requested By:
F/WALSH830
MARY PAT WALSH
3000 TWO LOGAN SQUARE

PHILADELPHIA       PA 19103
(215) 981-4715

| DESCRIPTION | QTY | UNIT | AMOUNT |
|---|---|---|---|
| DIGITAL COLOR MOUNT - 36X | 15 | 120.00 | 1,800.00 |

CASE: NA
-vs- NA

File No.:
255230-000001

Bill To:
0084381

TROUTMAN PEPPER
MARY PAT WALSH
3000 TWO LOGAN SQUARE

PHILADELPHIA       PA   19103

Claim No.:
255230-000001

BILLING INQUIRIES ONLY:  (215) 246-0900

SUB TOTAL       1,800.00
TAX               144.00
============
AMOUNT DUE      1,944.00

.................... PLEASE DETACH ....................

| Invoice # |
|---|
| 07382001 |
| Account # |
| 0084381 |
| Invoice Date |
| 10/26/2021 |
| Amount Due |
| $  1,944.00 |
| Payment Due Date |
| 11/25/2021 |

The MCS Group, Inc.
1601 Market Street
Suite 800
Philadelphia, PA 19103

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Katherine Harihar Esq<br>Troutman Pepper Hamilton Sanders LLP<br>899 Cassatt Road<br>400 Berwyn Park<br>Berwyn, PA, 19312 | Invoice #: | 5379127 |
|---|---|---|---|
| | | Invoice Date: | 11/8/2021 |
| | | Balance Due: | $95.00 |

**Case: Lontex Corporation v. Nike, Inc. (2:18cv05623MMB)**  **Proceeding Type: Depositions**

Job #: 3494478   |   Job Date: 8/16/2019   |   Delivery: Normal

Location:          Philadelphia, PA
Billing Atty:      Katherine Harihar Esq
Scheduling Atty:   Megan Michaels | DLA Piper LLP (US)

| Witness: Doctor Brian Cammarota | Quantity | Amount |
|---|---|---|
| Certified Transcript | 1.00 | $95.00 |

| Notes: | 10/5/2021 Hard copy sent | Invoice Total: | $95.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $95.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5379127 |
|---|---|---|---|
| | | Invoice Date: | 11/8/2021 |
| | | Balance Due: | $95.00 |

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Katherine Harihar Esq<br>Troutman Pepper Hamilton Sanders LLP<br>899 Cassatt Road<br>400 Berwyn Park<br>Berwyn, PA, 19312 | Invoice #: | 5379132 |
|---|---|---|---|
| | | Invoice Date: | 11/8/2021 |
| | | Balance Due: | $95.00 |

**Case: Lontex Corporation v. Nike, Inc. (2:18cv05623MMB)**   **Proceeding Type: Depositions**

Job #: 3514529   |   Job Date: 10/2/2019   |   Delivery: Normal

Location:           Philadelphia, PA
Billing Atty:       Katherine Harihar Esq
Scheduling Atty:    Ben C. Fabens-Lassen | DLA Piper LLP (US)

| Witness: Howard Knudson , MSPT | Quantity | Amount |
|---|---|---|
| Certified Transcript | 1.00 | $95.00 |

| Notes: | 10/5/2021 Hard copy sent | Invoice Total: | $95.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $95.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454  ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5379132 |
|---|---|---|---|
| | | Invoice Date: | 11/8/2021 |
| | | Balance Due: | $95.00 |

225104