# EXHIBIT E



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

| **Remit to** | |
|---|---|
| Epiq eDiscovery Solutions Inc | |
| Dept 0250 | |
| P.O. Box 120250 | For billing questions, call 913-621-9980 |
| Dallas, TX 75312-0250 | or billing@epiqglobal.com |

| Payment by Wire: | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300474842 |
| SWIFT: | SVBKUS6S |

| **Bill-To** |
|---|
| Troutman Sanders LLP |
| Alison Grounds, Esq. |
| Attn: Craft Nanette |
| 600 Peachtree Street NE |
| Atlanta GA  30308-2216 |

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90347424 | Invoice Date | 06/30/2019 |
| Purchase Order No. | WR-781223 | | |
| Customer No. | 1000292 | | |
| Currency | USD | | |
| Contract No. | 40022844 | | |
| Contract Description | TNU0014 ATL Troutman Sanders Bkt Proj | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TNU0014 | | |
| Project Number | P-1022786 | | |
| Client Matter ID | Lontex | | |

| **Comments** |
|---|
| DOS-6/12/2019 |

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| PRO362 | FTP Transfer Fee | 2 | EA | 20.0000 | 40.00 |
| SCA008 | Scanning - Color | 333 | EA | 0.5000 | 166.50 |
| SCA124 | Scanning - Litigation | 3,666 | PAG | 0.1400 | 513.24 |
| SCA199 | Scanning - B/W Oversize | 30 | FT2 | 0.8500 | 25.50 |
| HST175 | OCR for Scanned Images | 4,004 | PAG | 0.0200 | 80.08 |
| COD018 | Coding # Folder/Box level capture | 1,524 | EA | 0.2500 | 381.00 |

| | Total Amount Due  (USD) | 1,206.32 |
|---|---|---|





# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                     Silicon Valley Bank (Santa Clara, CA)
ABA Routing:              121140399
Acct No:                  3300474842
SWIFT:                    SVBKUS6S

**Bill-To**
Troutman Sanders LLP
Alison Grounds, Esq.
Attn: Craft Nanette
600 Peachtree Street NE
Atlanta GA  30308-2216

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90347426 | Invoice Date | 06/30/2019 |
| Purchase Order No. | WR-761282 | | |
| Customer No. | 1000292 | | |
| Currency | USD | | |
| Contract No. | 40022844 | | |
| Contract Description | TNU0014 ATL Troutman Sanders Bkt Proj | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TNU0014 | | |
| Project Number | P-1022786 | | |
| Client Matter ID | Lontex | | |

**Comments**
DOS-6/3/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| PRO362 | FTP Transfer Fee | 1 | EA | 20.0000 | 20.00 |
| SCA008 | Scanning - Color | 13 | EA | 0.5000 | 6.50 |
| SCA124 | Scanning - Litigation | 4,571 | PAG | 0.1400 | 639.94 |
| SCA220 | Scanning - Color Oversize | 5 | FT2 | 5.0000 | 25.00 |
| HST175 | OCR for Scanned Images | 4,587 | PAG | 0.0200 | 91.74 |
| COD018 | Coding # Folder/Box level capture | 2,194 | EA | 0.2500 | 548.50 |

**Total Amount Due  (USD)** 1,331.68



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300474842
SWIFT:           SVBKUS6S

**Bill-To**
Troutman Sanders LLP
Alison Grounds, Esq.
Attn: Brenda Young
600 Peachtree Street NE
Atlanta GA  30308-2216

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90392431 | Invoice Date | 11/30/2019 |
| Purchase Order No. | WR-956520 | | |
| Customer No. | 1000292 | | |
| Currency | USD | | |
| Contract No. | 40022844 | | |
| Contract Description | TNU0014 ATL Troutman Sanders Bkt Proj | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | TNU0014 | | |
| Project Number | P-1022786 | | |
| Client Matter ID | 012708.000422 | | |

**Comments**
DOS-11/22/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA102 | Digital Prints (Blowbacks)-B & W-Oversiz | 108 | FT2 | 1.2500 | 135.00 |

| | |
|---|---|
| **Net Amount** | 135.00 |
| **Sales Tax** | 12.02 |
| **Total Amount Due  (USD)** | 147.02 |



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

| Remit to | |
|---|---|
| Epiq eDiscovery Solutions Inc | |
| Dept 0250 | |
| P.O. Box 120250 | For billing questions, call 913-621-9980 |
| Dallas, TX 75312-0250 | or billing@epiqglobal.com |

Payment by Wire:
Bank:                      Silicon Valley Bank (Santa Clara, CA)
ABA Routing:          121140399
Acct No:                 3300474842
SWIFT:                   SVBKUS6S

| Bill-To | |
|---|---|
| Troutman Sanders LLP | |
| Alison Grounds, Esq. | |
| Attn: Brenda Young | |
| 600 Peachtree Street NE | |
| Atlanta GA  30308-2216 | |

| Information | | |
|---|---|---|
| Invoice No. | 90392434 | Invoice Date    11/30/2019 |
| Purchase Order No. | WR-957696 | |
| Customer No. | 1000292 | |
| Currency | USD | |
| Contract No. | 40022844 | |
| Contract Description | TNU0014 ATL Troutman Sanders Bkt Proj | |
| Terms of Payment | Net due in 30 days | |
| Internal Reference No | TNU0014 | |
| Project Number | P-1022786 | |
| Client Matter ID | 039976.000082 | |

**Comments**
DOS-11/26/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA104 | Digital Prints (Blowbacks) Color-Oversi | 12 | FT2 | 7.0000 | 84.00 |

|  |  |
|---|---|
| **Net Amount** | 84.00 |
| **Sales Tax** | 7.48 |
| **Total Amount Due  (USD)** | 91.48 |



CONFIDENTIAL

# NATIONWIDE LEGAL

**PHONE (213) 249-9999**

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 00000019642 | SD40195 |
| **INVOICE DATE** | **Total Due** |
| 7/31/2020 | $ 626.00 |

PLEASE MAKE REMITTANCE TO:

troutman pepper
11682 El Camino Real Suite 400
San Diego, CA 92130
T (858) 509-6000

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| SD40195 | 00000019642 | 7/31/2020 | $ 626.00 | 3 |

| Date      Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 8/3/2020<br>SD53896<br>064 - COURTESY COPY PDF | troutman pepper<br>11682 El Camino Real Suite 400<br>San Diego, CA 92130<br>Caller: Jodi L. Thomas<br>Case Number: 2:18-cv-05623-MMB<br>Case Title: LONTEX CORPORATION vs.<br>NIKE, I<br>Docs: REDACTED OPP; UNREDACTED<br>OPP; DEC X2; ORDER<br>Attorney Name: | UNITED STATES DISTRICT COURT<br>FOR EASTERN DISTRICT<br>601 MARKET STREET ROOM 7613<br>PHILADELPHIA, PA 19103<br><br>Client/Matter: 255230.000001<br>Description: Hello, please have each of<br>the attached documents printed, tabbed,<br>and compiled into a bin | All Other Counties in<br>California-Base :<br>PDF Page Count<br>(first 15 free) :<br>Binders :<br>Total: | | $ 110.00<br>$ 87.50<br>$ 5.00<br>$ 202.50 |
| | | | Total Charges for<br>Ref. -<br>255230.000001: | | $ 202.50 |

## INVOICE PAYMENT DUE UPON RECEIPT
