# EXHIBIT E-1

**EXHIBIT E-1**
**MINTZ LEVIN PRINTING FEES**

| Date | Cost Detail | Amount |
|---|---|---|
| 1/14/2019 | 140 - Automated document production -User: Jenckes, KellyPages: 1 App: NUANCEPDF.EXE 01/14/2019Notes: PRO HAC VICE APPLICATION - BLW.pdfPrinter: SAN3SOLANABEACH | $ 0.15 |
| 1/15/2019 | 140 - Automated document production -User: Jenckes, KellyPages: 1 App: NUANCEPDF.EXE 01/15/2019Notes: MyScan0000.pdfPrinter: SAN3SOLANABEACH | $ 0.15 |
| 1/15/2019 | 140 - Automated document production -User: Jenckes, KellyPages: 29 App: NUANCEPDF.EXE 01/15/2019Notes: 835378581.pdfPrinter: SAN3COPY2 | $ 4.35 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 40 App: NUANCEPDF.EXE 02/13/2019Notes: Park ''n Fly v. Dollar Park Fly, 469 UPrinter: SAN3COPY1 | $ 6.00 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 40 App: NUANCEPDF.EXE 02/13/2019Notes: A.J. Canfield Co. v. Honickman 808 F.2dPrinter: SAN3COPY1 | $ 6.00 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 4 App: NUANCEPDF.EXE 02/13/2019Notes: USCS Fed Rules Civ Proc R 52, Part 1 ofPrinter: SAN3COPY1 | $ 0.60 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 4 App: NUANCEPDF.EXE 02/13/2019Notes: 15 USCS 1117.pdfPrinter: SAN3COPY1 | $ 0.60 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 4 App: NUANCEPDF.EXE 02/13/2019Notes: 15 USCS 1115.pdfPrinter: SAN3COPY1 | $ 0.60 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 4 App: NUANCEPDF.EXE 02/13/2019Notes: 15 USCS 1064.pdfPrinter: SAN3COPY1 | $ 0.60 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 38 App: NUANCEPDF.EXE 02/13/2019Notes: Fisons Horticulture Inc. v. Vigoro InduPrinter: SAN3COPY1 | $ 5.70 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 34 App: NUANCEPDF.EXE 02/13/2019Notes: Inwood Labs. v. Ives Labs., 456 U.S. 844Printer: SAN3COPY1 | $ 5.10 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 32 App: NUANCEPDF.EXE 02/13/2019Notes: United States Jaycees v. Phila. JayceesPrinter: SAN3COPY1 | $ 4.80 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 32 App: NUANCEPDF.EXE 02/13/2019Notes: KP Permanent Make-Up, Inc. v. Lasting ImPrinter: SAN3COPY1 | $ 4.80 |

| Date | Cost Detail | Amount |
|------|-------------|--------|
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 32 App: NUANCEPDF.EXE 02/13/2019Notes: In re Sun Apparel Warehouse, Inc., 2003Printer: SAN3COPY1 | $ 4.80 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 32 App: NUANCEPDF.EXE 02/13/2019Notes: Commerce Nat''l Ins. Servs. v. CommercePrinter: SAN3COPY1 | $ 4.80 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 30 App: NUANCEPDF.EXE 02/13/2019Notes: Parks LLC v. Tyson Foods Inc. 863 F.3dPrinter: SAN3COPY1 | $ 4.50 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 26 App: NUANCEPDF.EXE 02/13/2019Notes: Shire U.S., Inc. v. Barr Labs., Inc., 32Printer: SAN3COPY1 | $ 3.90 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 38 App: NUANCEPDF.EXE 02/13/2019Notes: Two Pesos Inc. v. Taco Cabana Inc. 50Printer: SAN3COPY1 | $ 5.70 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 24 App: NUANCEPDF.EXE 02/13/2019Notes: Securacomm Consulting, Inc. v. SecuracomPrinter: SAN3COPY1 | $ 3.60 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 66 App: NUANCEPDF.EXE 02/13/2019Notes: Accu Personnel, Inc. v. Accustaff, Inc.,Printer: SAN3COPY1 | $ 9.90 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 44 App: NUANCEPDF.EXE 02/13/2019Notes: Santana Prods. v. Bobrick Washroom EquipPrinter: SAN3COPY1 | $ 6.60 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 92 App: NUANCEPDF.EXE 02/13/2019Notes: Century 21 Real Estate Corp. v. LendingtPrinter: SAN3COPY1 | $ 13.80 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 82 App: NUANCEPDF.EXE 02/13/2019Notes: Koninklijke Philips Elecs. N.V. v. HuntPrinter: SAN3COPY1 | $ 12.30 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 8 App: NUANCEPDF.EXE 02/13/2019Notes: McCarthy on Trademarks and Unfair CompetPrinter: SAN3COPY1 | $ 1.20 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 8 App: NUANCEPDF.EXE 02/13/2019Notes: King-Seeley Thermos Co. v. Aladdin IndusPrinter: SAN3COPY1 | $ 1.20 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 8 App: NUANCEPDF.EXE 02/13/2019Notes: 15 USCS 1127.pdfPrinter: SAN3COPY1 | $ 1.20 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 70 App: NUANCEPDF.EXE 02/13/2019Notes: AH Sportswear Inc. v. Victorias SecrePrinter: SAN3COPY1 | $ 10.50 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 68 App: NUANCEPDF.EXE 02/13/2019Notes: Checkpoint Sys. v. Check Point SoftwarePrinter: SAN3COPY1 | $ 10.20 |

EXHIBIT E-1

| Date | Cost Detail | Amount |
|---|---|---|
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 66 App: NUANCEPDF.EXE 02/13/2019Notes: AH Sportswear Co. v. Victorias SecretPrinter: SAN3COPY1 | $ 9.90 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 24 App: NUANCEPDF.EXE 02/13/2019Notes: Scott Fetzer Co. v. Gehring 288 F. SuppPrinter: SAN3COPY1 | $ 3.60 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 64 App: NUANCEPDF.EXE 02/13/2019Notes: 1 Gilson on Trademarks 3.05.PDFPrinter: SAN3COPY1 | $ 9.60 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 56 App: NUANCEPDF.EXE 02/13/2019Notes: Gideons Intl Inc. v. Gideon 300 MinistPrinter: SAN3COPY1 | $ 8.40 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 56 App: NUANCEPDF.EXE 02/13/2019Notes: Alfred Dunhill of London Inc. v. KasserPrinter: SAN3COPY1 | $ 8.40 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 54 App: NUANCEPDF.EXE 02/13/2019Notes: Natural Footwear, Ltd. v. Hart, SchaffnePrinter: SAN3COPY1 | $ 8.10 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 48 App: NUANCEPDF.EXE 02/13/2019Notes: Citizens Fin. Group Inc. v. Citizens NaPrinter: SAN3COPY1 | $ 7.20 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 46 App: NUANCEPDF.EXE 02/13/2019Notes: Am. Diabetes Ass''n v. Friskney Family TPrinter: SAN3COPY1 | $ 6.90 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 44 App: NUANCEPDF.EXE 02/13/2019Notes: Louis Vuitton Malletier Oakley Inc. vPrinter: SAN3COPY1 | $ 6.60 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 24 App: NUANCEPDF.EXE 02/13/2019Notes: Banjo Buddies v. Renosky399 F3d 168.pdfPrinter: SAN3COPY1 | $ 3.60 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 28 App: NUANCEPDF.EXE 02/13/2019Notes: Opticians Ass''n of Am. v. Indep. OpticiPrinter: SAN3COPY1 | $ 4.20 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 20 App: NUANCEPDF.EXE 02/13/2019Notes: Century Distilling Co. v. Cont''l DistilPrinter: SAN3COPY1 | $ 3.00 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 10 App: NUANCEPDF.EXE 02/13/2019Notes: Browning King Co. of New York Inc. v. BPrinter: SAN3COPY1 | $ 1.50 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 10 App: NUANCEPDF.EXE 02/13/2019Notes: McCarthy on Trademarks and Unfair CompetPrinter: SAN3COPY1 | $ 1.50 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 12 App: NUANCEPDF.EXE 02/13/2019Notes: 4 Modern Federal Jury Instructions-CivilPrinter: SAN3COPY1 | $ 1.80 |

| Date | Cost Detail | Amount |
|---|---|---|
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 12 App: NUANCEPDF.EXE 02/13/2019Notes: Champion Spark Plug Co. v. Sanders, 331Printer: SAN3COPY1 | $ 1.80 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 12 App: NUANCEPDF.EXE 02/13/2019Notes: Express Servs. v. Careers Express StaffiPrinter: SAN3COPY1 | $ 1.80 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 12 App: NUANCEPDF.EXE 02/13/2019Notes: In re Rfe Indus. 283 F.3d 159.pdfPrinter: SAN3COPY1 | $ 1.80 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 14 App: NUANCEPDF.EXE 02/13/2019Notes: Caesars World Inc. v. Venus Lounge IncPrinter: SAN3COPY1 | $ 2.10 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 14 App: NUANCEPDF.EXE 02/13/2019Notes: Interpace Corp. v. Lapp, Inc., 721 F.2dPrinter: SAN3COPY1 | $ 2.10 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 14 App: NUANCEPDF.EXE 02/13/2019Notes: 4 Modern Federal Jury Instructions-CivilPrinter: SAN3COPY1 | $ 2.10 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 16 App: NUANCEPDF.EXE 02/13/2019Notes: Choice Hotels Int''l, Inc. v. Pennave AsPrinter: SAN3COPY1 | $ 2.40 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 16 App: NUANCEPDF.EXE 02/13/2019Notes: Kaufhold v. Caiafa, 872 F. Supp. 2d 374.Printer: SAN3COPY1 | $ 2.40 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 18 App: NUANCEPDF.EXE 02/13/2019Notes: Columbia Pictures Industries, Inc. v. SaPrinter: SAN3COPY1 | $ 2.70 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 20 App: NUANCEPDF.EXE 02/13/2019Notes: Scott Paper Co. v. Scott''s Liquid Gold,Printer: SAN3COPY1 | $ 3.00 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 18 App: NUANCEPDF.EXE 02/13/2019Notes: In re Bose Corp. 580 F.3d 1240.pdfPrinter: SAN3COPY1 | $ 2.70 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 2 App: NUANCEPDF.EXE 02/13/2019Notes: Pennsylvania v. Sebastian, 480 F.2d 917.Printer: SAN3COPY1 | $ 0.30 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 20 App: NUANCEPDF.EXE 02/13/2019Notes: 815 Tonawanda St. Corp. v. Fay''s Drug CPrinter: SAN3COPY1 | $ 3.00 |
| 2/13/2019 | 140 - Automated document production -User: San Diego - Office Services UserPages: 14 App: NUANCEPDF.EXE 02/13/2019Notes: Transdermal Prods. v. Performance ContraPrinter: SAN3COPY1 | $ 2.10 |
| 2/14/2019 | 140 - Automated document production -User: Hill, JoycePages: 2 App: WINWORD.EXE 02/14/2019Notes: Microsoft Word - Document3Printer: SAN4CARMELVALLEY | $ 0.30 |

EXHIBIT E-1

| Date | Cost Detail | | Amount |
|------|-------------|---|--------|
| 2/14/2019 | 140 - Automated document production -User: Hill, JoycePages: 138 App: NUANCEPDF.EXE 02/14/2019Notes: 3 Gilson on Trademarks 14.03.PDFPrinter: SAN4COPY2 | $ | 20.70 |
| 2/14/2019 | 140 - Automated document production -User: Hill, JoycePages: 6 App: WINWORD.EXE 02/14/2019Notes: Microsoft Word - 847734831.docxPrinter: SAN4CARMELVALLEY | $ | 0.90 |
| 2/14/2019 | 140 - Automated document production -User: Hill, JoycePages: 2 App: WINWORD.EXE 02/14/2019Notes: Microsoft Word - Document3Printer: SAN4CARMELVALLEY | $ | 0.30 |
| | **TOTAL MINTZ LEVIN PRINTING COSTS** | **$** | **270.45** |

EXHIBIT E-1