EXHIBIT F



*Corporate Travel Management for Troutman Pepper*
**Phone: 855-681-8596**
**TROUTMANPEPPER@TRAVELCTM.COM**

## Electronic Invoice

**Prepared For:**
**BALL/BRIAN L**

| | |
|---|---|
| SALES PERSON | HC |
| INVOICE NUMBER | 0001412 |
| INVOICE ISSUE DATE | 01 Oct 2021 |
| RECORD LOCATOR | RRNTUP |
| CUSTOMER NUMBER | 100000TRSA |

Client Address
600 PEACHTREE STREET, NE SUITE 5200 ATLA

Notes
CLIENT MATTER GL CODE-255230-000001
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Oct 17

**Flight AMERICAN AIRLINES 1571**

| | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 11:41am |
| To | PHILADELPHIA, PA | Arrives | 2:35pm |
| Departure Terminal | 3 | | |
| Duration | 1hr(s) 54min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | BALL/BRIAN L | Seat(s) - 26E | |

## DATE: Tue, Oct 19

**Flight AMERICAN AIRLINES 1680**

| | | | |
|---|---|---|---|
| From | PHILADELPHIA, PA | Departs | 4:45pm |
| To | CHICAGO OHARE, IL | Arrives | 6:11pm |
| | | Arrival Terminal | 3 |
| Duration | 2hr(s) 26min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | BALL/BRIAN L | Seat(s) - 23D | |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | AA 7668922777 | **Passenger** | BALL BRIAN L | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 345.80 |
| **Service Fee** | XD 0804090239 | **Passenger** | BALL BRIAN L | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 35.00 |

| | |
|---|---|
| **SubTotal** | USD 380.80 |
| **Net Credit Card Billing** | * USD 380.80 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

ITINERARY NOTES:
-------------------------------------------------

FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 855.681.8596
FROM OUTSIDE THE US OR CANADA CALL 720.414.7092
-----------------------------------------------
-----------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
855.681.8596
-----------------------------------------------
-----------------------------------------------
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
-----------------------------------------------
-----------------------------------------------
EXCHANGE INFORMATION
OLD TICKET NUMBER - 7669722692
NEW TICKET AMOUNT - 383.80
OLD TICKET AMOUNT - 296.80
EXCHANGE FEE - 0.00
TOTAL ADD COLLECT - 87.00
-----------------------------------------------
-----------------------------------------------
EXCHANGE INFORMATION
OLD TICKET NUMBER - 7671757966
NEW TICKET AMOUNT - 534.80
OLD TICKET AMOUNT - 383.80
EXCHANGE FEE - 0.00
TOTAL ADD COLLECT - 151.00
-----------------------------------------------

**INVOICE NOTES:**
H*20OCT/SV-NH/SA-0.00

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



*Corporate Travel Management for Troutman Pepper*
**Phone: 855-681-8596**
**TROUTMANPEPPER@TRAVELCTM.COM**

# Electronic Invoice

**Prepared For:**
**BALL/BRIAN L**

| | |
|---|---|
| SALES PERSON | 1P |
| INVOICE NUMBER | 0002623 |
| INVOICE ISSUE DATE | 07 Oct 2021 |
| RECORD LOCATOR | RRNTUP |
| CUSTOMER NUMBER | 100000TRSA |

Client Address
600 PEACHTREE STREET, NE SUITE 5200 ATLA

Notes
CLIENT MATTER GL CODE-255230-000001
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Oct 24

| Flight AMERICAN AIRLINES 1571 | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 11:41am |
| To | PHILADELPHIA, PA | Arrives | 2:35pm |
| Departure Terminal | 3 | | |
| Duration | 1hr(s) 54min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | BALL/BRIAN L | Seat(s) - 20E | |

## DATE: Tue, Oct 26

| Flight AMERICAN AIRLINES 1680 | | | |
|---|---|---|---|
| From | PHILADELPHIA, PA | Departs | 4:45pm |
| To | CHICAGO OHARE, IL | Arrives | 6:11pm |
| | | Arrival Terminal | 3 |
| Duration | 2hr(s) 26min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | BALL/BRIAN L | Seat(s) - 27D | |
| Notes | SEAT IS AIRPORT CHECK IN ONLY | | |

## Ticket Information

| **Ticket Number** | AA7669722672 | **Passenger** | BALL BRIAN L | | |
|---|---|---|---|---|---|
| | | **Exchange** | AA7668922777 | | |
| | | **Billed to:** | CAXXXXXXXXXXXX4850 | USD | * 154.00 |
| **Service Fee** | XD0804246412 | **Passenger** | BALL BRIAN L | | |
| | | **Billed to:** | CAXXXXXXXXXXXX4850 | USD | * 29.00 |

| | | |
|---|---|---|
| **SubTotal** | USD 183.00 |
| **Net Credit Card Billing** | * USD 183.00 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**

--------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 855.681.8596
FROM OUTSIDE THE US OR CANADA CALL 720.414.7092
--------------------------------------------------

--------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
855.681.8596
--------------------------------------------------

--------------------------------------------------
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
--------------------------------------------------

--------------------------------------------
EXCHANGE INFORMATION
OLD TICKET NUMBER - 7669722692
NEW TICKET AMOUNT - 383.80
OLD TICKET AMOUNT - 296.80
EXCHANGE FEE - 0.00
TOTAL ADD COLLECT - 87.00
--------------------------------------------

--------------------------------------------
EXCHANGE INFORMATION
OLD TICKET NUMBER - 7671757966
NEW TICKET AMOUNT - 534.80
OLD TICKET AMOUNT - 383.80
EXCHANGE FEE - 0.00
TOTAL ADD COLLECT - 151.00
--------------------------------------------

**INVOICE NOTES:**
H*20OCT/SV-NH/SA-0.00

---

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



*Corporate Travel Management for Troutman Pepper*
**Phone: 855-681-8596**
TROUTMANPEPPER@TRAVELCTM.COM

## Electronic Invoice

**Prepared For:**
BALL/BRIAN L

| | |
|---|---|
| SALES PERSON | OX |
| INVOICE NUMBER | 0004896 |
| INVOICE ISSUE DATE | 18 Oct 2021 |
| RECORD LOCATOR | RRNTUP |
| CUSTOMER NUMBER | 100000TRSA |

Client Address
600 PEACHTREE STREET, NE SUITE 5200 ATLA

Notes
CLIENT MATTER GL CODE-255230-000001
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

### DATE: Wed, Oct 20

| Flight AMERICAN AIRLINES 637 | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 9:45am |
| To | PHILADELPHIA, PA | Arrives | 12:38pm |
| Departure Terminal | 3 | | |
| Duration | 1hr(s) 53min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | BALL/BRIAN L | Seat(s) - 19D | |

### DATE: Fri, Oct 22

| Flight AMERICAN AIRLINES 2392 | | | |
|---|---|---|---|
| From | PHILADELPHIA, PA | Departs | 6:30pm |
| To | CHICAGO OHARE, IL | Arrives | 8:03pm |
| | | Arrival Terminal | 3 |
| Duration | 2hr(s) 33min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | BALL/BRIAN L | Seat(s) - 13D | |
| *** AIR EXTRAS *** | | | |
| | BALL/BRIAN L | | |
| | PREFERRED SEATS | 26.15 PAID | |
| Notes | SEAT IS AIRPORT CHECK IN ONLY | | |

## Ticket Information

| **Ticket Number** | AA 7671757966 | **Passenger** | BALL BRIAN L | | |
|---|---|---|---|---|---|
| | | **Exchange** | AA 7669722692 | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 87.00 |
| **Service Fee** | XD 0804529400 | **Passenger** | BALL BRIAN L | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 29.00 |

|  |  |
|---|---|
| **SubTotal** | USD 116.00 |
| **Net Credit Card Billing** | * USD 116.00 |
|  | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**

-------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 855.681.8596
FROM OUTSIDE THE US OR CANADA CALL 720.414.7092
-------------------------------------------------
-------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
855.681.8596
-------------------------------------------------
-------------------------------------------------
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
-------------------------------------------
-------------------------------------------
EXCHANGE INFORMATION
OLD TICKET NUMBER - 7669722692
NEW TICKET AMOUNT - 383.80
OLD TICKET AMOUNT - 296.80
EXCHANGE FEE - 0.00
TOTAL ADD COLLECT - 87.00
-------------------------------------------
-------------------------------------------
EXCHANGE INFORMATION
OLD TICKET NUMBER - 7671757966
NEW TICKET AMOUNT - 534.80
OLD TICKET AMOUNT - 383.80
EXCHANGE FEE - 0.00
TOTAL ADD COLLECT - 151.00
-------------------------------------------

**INVOICE NOTES:**
H*20OCT/SV-NH/SA-0.00

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



*Corporate Travel Management for Troutman Pepper*
**Phone: 855-681-8596**
**TROUTMANPEPPER@TRAVELCTM.COM**

# Electronic Invoice

**Prepared For:**
BALL/BRIAN L

| | |
|---|---|
| SALES PERSON | FE |
| INVOICE NUMBER | 0005693 |
| INVOICE ISSUE DATE | 21 Oct 2021 |
| RECORD LOCATOR | RRNTUP |
| CUSTOMER NUMBER | 100000TRSA |

Client Address
600 PEACHTREE STREET, NE SUITE 5200 ATLA

Notes
CLIENT MATTER GL CODE-255230-000001
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Fri, Oct 22

**Flight AMERICAN AIRLINES 1920**

| | | | |
|---|---|---|---|
| From | PHILADELPHIA, PA | Departs | 11:00am |
| To | CHICAGO OHARE, IL | Arrives | 12:31pm |
| | | Arrival Terminal | 3 |
| Duration | 2hr(s) 31min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Notes | SEAT IS AIRPORT CHECK IN ONLY | | |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | AA 7672611674 | **Passenger** | BALL BRIAN L | | |
| | | **Exchange** | AA 7671757966 | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 151.00 |
| **Service Fee** | XD 0804625519 | **Passenger** | BALL BRIAN L | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 29.00 |

| | |
|---|---|
| **SubTotal** | USD 180.00 |
| **Net Credit Card Billing** | * USD 180.00 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

ITINERARY NOTES:
---------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 855.681.8596
FROM OUTSIDE THE US OR CANADA CALL 720.414.7092

---------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
855.681.8596

---------------------------------------------------
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT

IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
-------------------------------------------
-------------------------------------------

EXCHANGE INFORMATION
OLD TICKET NUMBER - 7669722692
NEW TICKET AMOUNT - 383.80
OLD TICKET AMOUNT - 296.80
EXCHANGE FEE - 0.00
TOTAL ADD COLLECT - 87.00
-------------------------------------------
-------------------------------------------

EXCHANGE INFORMATION
OLD TICKET NUMBER - 7671757966
NEW TICKET AMOUNT - 534.80
OLD TICKET AMOUNT - 383.80
EXCHANGE FEE - 0.00
TOTAL ADD COLLECT - 151.00
-------------------------------------------

**INVOICE NOTES:**
H*20OCT/SV-NH/SA-0.00

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

The Westin Philadelphia
99 South 17th St.
Philadelphia, PA  19103
United States
Tel: 215-563-1600 Fax: 215-564-9559

# WESTIN®
## HOTELS & RESORTS

Brian Ball

| | | | | | | |
|---|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 682030 |
| Guest Number | : | 1165224 | | | | |
| Folio ID | : | A | | | | |
| Arrive Date | : | 20-OCT-21 | 13:24 | | | |
| Depart Date | : | 22-OCT-21 | 08:35 | | | |
| No. Of Guest | : | 2 | | | | |
| Room Number | : | 1010 | | | | |
| Marriott Bonvoy Number : | | | | | | |

Westin Philade PHLWI  OCT-22-2021  08:40  WILL

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 20-OCT-21 | DEPOSIT | Deposit-AX-1004 | | -546.59 |
| 20-OCT-21 | RT1010 | Room Chrg - eChannel Retail | 234.85 | |
| 20-OCT-21 | RT1010 | State Tax | 16.56 | |
| 20-OCT-21 | RT1010 | Occupancy/Tourism | 20.11 | |
| 20-OCT-21 | RT1010 | Tax Other | 1.76 | |
| 21-OCT-21 | 13811 | Room Service | 68.26 | |
| 21-OCT-21 | RT1010 | Room Chrg - eChannel Retail | 234.85 | |
| 21-OCT-21 | RT1010 | State Tax | 16.56 | |
| 21-OCT-21 | RT1010 | Occupancy/Tourism | 20.11 | |
| 21-OCT-21 | RT1010 | Tax Other | 1.76 | |
| 22-OCT-21 | AX | American Express-1004 | | -68.23 |

***For Authorization Purpose Only***
xxxxxx1004

| Date | Time | Code | Authorized |
|---|---|---|---|
| 20-OCT-21 | 13:24 | 145287 | 150.00 |

| | | | | |
|---|---|---|---|---|
| | ** Total | | 614.82 | -614.82 |

Continued on the next page

The Westin Philadelphia
99 South 17th St.
Philadelphia, PA  19103
United States
Tel: 215-563-1600 Fax: 215-564-9559

# WESTIN®

## HOTELS & RESORTS

Brian Ball

| | | | | |
|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : | 682030 |
| Guest Number | : | 1165224 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 20-OCT-21 | 13:24 | |
| Depart Date | : | 22-OCT-21 | 08:35 | |
| No. Of Guest | : | 2 | | |
| Room Number | : | 1010 | | |
| Marriott Bonvoy Number | : | | | |

*** Balance                                        -0.00

Signature_____

Bring the Westin experience home. Shop WestinStore.com.



# Invoice

**Remit To:**

IPMETRICS LLC
Federal Tax ID: 33-0933017
9320 Chesapeake Drive, Suite 110
San Diego, CA 92123
(858) 538-1533

**Bill To:**

Lontex Corporation
c/o Mr. Ben Wagner, Partner
Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130

| | |
|---|---|
| **Invoice #:** | R-2021201 |
| **Invoice Date:** | 11/1/2021 |
| **Due Date:** | 11/1/2021 |
| **Terms:** | Due on receipt |
| **Project:** | Lontex v. Nike |
| **P.O. Number:** | |

**VIA EMAIL**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Re:  Lontex Corporation v. Nike, Inc., Case No. 2:18-CV-05623, United States District Court for the Eastern District of Pennsylvania | | | |
| | | | |
| IPmetrics performed the following reimbursable travel expenses relating to the trial testimony of David Drews: | | | |
| | | | |
| Airline Expense - American Airlines(SAN to PHL on 10/20/21 | | 1,586.80 | 1,586.80 |
| Trip Insurance Expense - Allianz Travel | | 109.81 | 109.81 |
| Meal Expense - City Tap | | 26.00 | 26.00 |
| Hotel Expense - Hilton Logan | | 232.74 | 232.74 |
| Taxi Expense - Uber (Home to Airport) | | 40.29 | 40.29 |
| Airline Expense - American Airlines (SAN to PHL on 10/24/21 | | 780.61 | 780.61 |
| Meal Expense - Misconduct | | 18.00 | 18.00 |
| Taxi Expense - Uber (Airport to Hotel) | | 27.95 | 27.95 |
| Taxi Expense - Uber (Hotel to Courthouse) | | 11.37 | 11.37 |
| Taxi Expense - Uber (Courthouse to Hotel) | | 11.37 | 11.37 |
| Meal Expense - Misconduct | | 34.00 | 34.00 |
| Meal Expense - City Tap | | 19.00 | 19.00 |
| Taxi Expense - Uber (Courthouse to Hotel) | | 11.68 | 11.68 |
| Taxi Expense - Uber (Hotel to Courthouse) | | 11.39 | 11.39 |
| Meal Expense - Nom Nom Ramen | | 20.16 | 20.16 |
| Taxi Expense - Uber (Airport to Courthouse) | | 31.68 | 31.68 |
| Taxi Expense - Uber (Courthouse to Hotel) | | 8.85 | 8.85 |
| Taxi Expense - Uber (Hotel to Airport) | | 38.22 | 38.22 |
| Mileage Expense - Airport to Home (26.9 miles @ $0.56 per mile) | | 15.06 | 15.06 |
| | | | |
| Total Reimbursable Expenses | | | 3,034.98 |

Due and payable upon receipt.

Payments not received within 30 days of invoice date will be subject to a one and one-half percent (1.5%) late fee per month.

Please reference the invoice number on all payments.

| | |
|---|---|
| **Total** | $3,034.98 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$3,034.98** |



THE LOGAN HOTEL-CURIO COLLECTION BY HILTON
ONE LOGAN SQUARE
PHILADELPHIA, PA  19103
United States of America
TELEPHONE 215-963-1500   • FAX 215-963-9506
Reservations
www.hilton.com or 1 800 HILTONS

DREWS, DAVID

8465 DAUCUS COURT

SAN DIEGO CA  92129
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 631/K1T |
| Arrival Date: | 10/24/2021  6:46:00 PM |
| Departure Date: | 10/28/2021 7:36:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | DAMI |
| Room Rate: | 239.00 |
| AL: | |
| HH # | 721332462 BLUE |
| VAT # | |
| Folio No/Che | 574552 B |

Confirmation Number: 3205467926

THE LOGAN HOTEL-CURIO COLLECTION BY HILTON 11/3/2021 11:15:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 10/24/2021 | GUEST ROOM | ZCTYLWALK | 1910851 | $200.00 | | |
| 10/24/2021 | PHL HOSP. INVESTMENT LEVY | ZCTYLWALK | 1910851 | $1.50 | | |
| 10/24/2021 | SALES TAX | ZCTYLWALK | 1910851 | $14.11 | | |
| 10/24/2021 | OCCUPANCY TAX | ZCTYLWALK | 1910851 | $17.13 | | |
| 10/25/2021 | GUEST ROOM | ZCTYLWALK | 1911356 | $239.00 | | |
| 10/25/2021 | PHL HOSP. INVESTMENT LEVY | ZCTYLWALK | 1911356 | $1.79 | | |
| 10/25/2021 | SALES TAX | ZCTYLWALK | 1911356 | $16.86 | | |
| 10/25/2021 | OCCUPANCY TAX | ZCTYLWALK | 1911356 | $20.47 | | |
| 10/26/2021 | GUEST ROOM | BJESTER2 | 1911989 | $200.00 | | |
| 10/26/2021 | PHL HOSP. INVESTMENT LEVY | BJESTER2 | 1911989 | $1.50 | | |
| 10/26/2021 | SALES TAX | BJESTER2 | 1911989 | $14.11 | | |
| 10/26/2021 | OCCUPANCY TAX | BJESTER2 | 1911989 | $17.13 | | |
| 10/27/2021 | GUEST ROOM | BJESTER2 | 1912629 | $239.00 | | |
| 10/27/2021 | PHL HOSP. INVESTMENT LEVY | BJESTER2 | 1912629 | $1.79 | | |
| 10/27/2021 | SALES TAX | BJESTER2 | 1912629 | $16.86 | | |
| 10/27/2021 | OCCUPANCY TAX | BJESTER2 | 1912629 | $20.47 | | |

DREWS, DAVID

8465 DAUCUS COURT

SAN DIEGO CA  92129
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 631/K1T |
| Arrival Date: | 10/24/2021 8:46:00 PM |
| Departure Date: | 10/28/2021 7:36:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | DAMI |
| Room Rate: | 239.00 |
| AL: | |
| HH # | 721332462 BLUE |
| VAT # | |
| Folio No/Che | 574552 B |

Confirmation Number: 3205467926

THE LOGAN HOTEL-CURIO COLLECTION BY HILTON 11/3/2021 11:15:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 10/28/2021 | AX *2004 | MORE | 1912772 | | ($1,021.72) | |
| | | | **BALANCE** | | | $0.00 |

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 129404 | MERCHANT ID | 4410109011 |
| CARD NUMBER | AX *2004 | EXP DATE | 09/25 |
| TRANSACTION ID | 1912772 | TRANS TYPE | Sale |



*Corporate Travel Management for Troutman Pepper*
**Phone: 855-681-8596**
**TROUTMANPEPPER@TRAVELCTM.COM**

---

# Electronic Invoice

**Prepared For:**
LIKELY/KENISHA DEANDRIA

| | |
|---|---|
| SALES PERSON | KX |
| INVOICE NUMBER | 0000999 |
| INVOICE ISSUE DATE | 30 Sep 2021 |
| RECORD LOCATOR | VIDUJI |
| CUSTOMER NUMBER | 100000TRSA |

Client Address
3000 TWO LOGAN SQUARE
17TH AND ARCH STREETS
PHILADELPHIA PA 19103

Notes
CLIENT MATTER GL CODE-255230-000001
RECONFIRMATION FOR UNITED AIRLINES CALL 800 241 6522.
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sat, Oct 16

| Flight UNITED AIRLINES 6272 | | | |
|---|---|---|---|
| From | HOUSTON GEO BUSH, TX | Departs | 10:30am |
| To | PHILADELPHIA, PA | Arrives | 2:47pm |
| Departure Terminal | B | Arrival Terminal | D |
| Duration | 3hr(s) 17min(s) | | |
| Type | | Meal | Food - Beverage for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | LIKELY/KENISHA DEANDRIA | Seat(s) - 18A | UA - XXXXXX 28 |
| Notes | SEAT | | |

## Ticket Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **Ticket Number** | UA 7668922540 | **Passenger** | LIKELY KENISHA DEANDRIA | | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | | USD | * 238.82 |
| **Service Fee** | XD 0804045717 | **Passenger** | LIKELY KENISHA DEANDRIA | | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | | USD | * 29.00 |

| | |
|---|---|
| **SubTotal** | USD 267.82 |
| **Net Credit Card Billing** | * USD 267.82 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
--------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 855.681.8596
FROM OUTSIDE THE US OR CANADA CALL 720.414.7092
--------------------------------------------------

--------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY

ALL OTHER EMERGENCY REQUESTS PLEASE CALL
855.681.8596
---------------------------------------------------
---------------------------------------------------
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



*Corporate Travel Management for Troutman Pepper*
**Phone: 855-681-8596**
**TROUTMANPEPPER@TRAVELCTM.COM**

## Electronic Invoice

**Prepared For:**
LIKELY/KENISHA DEANDRIA

| | |
|---|---|
| SALES PERSON | KX |
| INVOICE NUMBER | 0001001 |
| INVOICE ISSUE DATE | 30 Sep 2021 |
| RECORD LOCATOR | VIDUJI |
| CUSTOMER NUMBER | 100000TRSA |

Client Address
3000 TWO LOGAN SQUARE
17TH AND ARCH STREETS
PHILADELPHIA PA 19103

Notes
CLIENT MATTER GL CODE-255230-000001
RECONFIRMATION FOR UNITED AIRLINES CALL 800 241 6522.
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

### DATE: Mon, Oct 18

| Flight AMERICAN AIRLINES 2189 | | | |
|---|---|---|---|
| From | PHILADELPHIA, PA | Departs | 7:20pm |
| To | CHARLOTTE, NC | Arrives | 9:23pm |
| Duration | 2hr(s) 3min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | LIKELY/KENISHA DEANDRIA | Seat(s) - 19D | |

## Ticket Information

| **Ticket Number** | AA 7668922542 | **Passenger** | LIKELY KENISHA DEANDRIA | | |
|---|---|---|---|---|---|
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 88.40 |
| **Service Fee** | XD 0804045719 | **Passenger** | LIKELY KENISHA DEANDRIA | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 29.00 |

|  |  |
|---|---|
| **SubTotal** | USD 117.40 |
| **Net Credit Card Billing** | * USD 117.40 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

ITINERARY NOTES:

-------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 855.681.8596
FROM OUTSIDE THE US OR CANADA CALL 720.414.7092
-------------------------------------------------

-------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
855.681.8596
-------------------------------------------------
-------------------------------------------------

THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

 *Corporate Travel Management for Troutman Pepper*
**Phone: 855-681-8596**
**TROUTMANPEPPER@TRAVELCTM.COM**

## Electronic Invoice

**Prepared For:**
LIKELY/KENISHA DEANDRIA

| | |
|---|---|
| SALES PERSON | CY |
| INVOICE NUMBER | 0001025 |
| INVOICE ISSUE DATE | 30 Sep 2021 |
| RECORD LOCATOR | VIDUJI |
| CUSTOMER NUMBER | 100000TRSA |

Client Address
3000 TWO LOGAN SQUARE
17TH AND ARCH STREETS
PHILADELPHIA PA 19103

Notes
CLIENT MATTER GL CODE-255230-000001
RECONFIRMATION FOR UNITED AIRLINES CALL 800 241 6522.
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Oct 17

**Flight UNITED AIRLINES 6272**

| | | | |
|---|---|---|---|
| From | HOUSTON GEO BUSH, TX | Departs | 10:30am |
| To | PHILADELPHIA, PA | Arrives | 2:47pm |
| Departure Terminal | B | Arrival Terminal | D |
| Duration | 3hr(s) 17min(s) | | |
| Type | | Meal | Food - Beverage for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | LIKELY/KENISHA DEANDRIA | | UA - XXXXXX 28 |
| Notes | SEAT | | |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7668922554 | **Passenger** | LIKELY KENISHA DEANDRIA | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 441.28 |
| **Service Fee** | XD 0804051827 | **Passenger** | LIKELY KENISHA DEANDRIA | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 29.00 |

| | |
|---|---|
| **SubTotal** | USD 470.28 |
| **Net Credit Card Billing** | * USD 470.28 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
-------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 855.681.8596
FROM OUTSIDE THE US OR CANADA CALL 720.414.7092
-------------------------------------------------

-------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY

ALL OTHER EMERGENCY REQUESTS PLEASE CALL
855.681.8596
--------------------------------------------------
--------------------------------------------------
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



*Corporate Travel Management for Troutman Pepper*
**Phone: 855-681-8596**
**TROUTMANPEPPER@TRAVELCTM.COM**

## Electronic Invoice

**Prepared For:**
LIKELY/KENISHA DEANDRIA

| | |
|---|---|
| SALES PERSON | CY |
| INVOICE NUMBER | 0001028 |
| INVOICE ISSUE DATE | 30 Sep 2021 |
| RECORD LOCATOR | VIDUJI |
| CUSTOMER NUMBER | 100000TRSA |

Client Address
3000 TWO LOGAN SQUARE
17TH AND ARCH STREETS
PHILADELPHIA PA 19103

Notes
CLIENT MATTER GL CODE-255230-000001
RECONFIRMATION FOR UNITED AIRLINES CALL 800 241 6522.
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

**DATE: Tue, Oct 19**

| Flight AMERICAN AIRLINES 301 | | | |
|---|---|---|---|
| From | PHILADELPHIA, PA | Departs | 5:23pm |
| To | CHARLOTTE, NC | Arrives | 7:13pm |
| Duration | 1hr(s) 50min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |

## Ticket Information

| **Ticket Number** | AA 7668922555 | **Passenger** | LIKELY KENISHA DEANDRIA | | |
|---|---|---|---|---|---|
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 88.40 |
| **Service Fee** | XD 0804051830 | **Passenger** | LIKELY KENISHA DEANDRIA | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 29.00 |

|  |  |
|---|---|
| **SubTotal** | USD 117.40 |
| **Net Credit Card Billing** | * USD 117.40 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

ITINERARY NOTES:
-------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 855.681.8596
FROM OUTSIDE THE US OR CANADA CALL 720.414.7092
-------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
855.681.8596
-------------------------------------------------
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT

IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# Hilton
## HOTELS & RESORTS

| Name and Address |
|---|
| WAGNER, BENJAMIN<br>PO BOX 5000,<br>PMB 453<br>RANCHO SANTA FE, CA 92067 |

| Hotel Address |
|---|
| 201 S. CHRISTOPHER COLUMBUS BLVD.<br>PHILADELPHIA, PA 19106 |

Reservations
www.hilton.com or
1-800-HILTONS

**HILTON PHILADELPHIA AT PENN'S LANDING**

| | |
|---|---|
| Room | 1400/K1 |
| Arrival Date | 10/17/21 |
| Departure Date | 10/19/21 |
| Adult/Child | 1/0 |
| Room Rate | $223.00 |
| Rate Plan | L-HPPRP1 |
| Honors # | 208444679 |
| Airline: | |

Confirmation #   3190183574

10/19/21   PAGE   1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/17/21 | 3169217 | GUEST ROOM | $214.00 |
| 10/17/21 | 3169217 | PHIL TAX | $1.61 |
| 10/17/21 | 3169217 | RM LOCAL OCCUPANCY TAX | $0.14 |
| 10/17/21 | 3169217 | ROOM TAX | $0.11 |
| 10/17/21 | 3169217 | RM LOCAL OCCUPANCY TAX | $18.19 |
| 10/17/21 | 3169217 | ROOM TAX | $14.98 |
| 10/18/21 | 3170182 | GUEST ROOM | $223.00 |
| 10/18/21 | 3170182 | PHIL TAX | $1.67 |
| 10/18/21 | 3170182 | RM LOCAL OCCUPANCY TAX | $0.14 |
| 10/18/21 | 3170182 | ROOM TAX | $0.12 |
| 10/18/21 | 3170182 | RM LOCAL OCCUPANCY TAX | $18.96 |
| 10/18/21 | 3170182 | ROOM TAX | $15.61 |
| 10/19/21 | 3170726 | ************1004 | ($508.53) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.




# Hilton
## HOTELS & RESORTS

**HILTON PHILADELPHIA AT PENN'S LANDING**

| Name and Address | | Hotel Address |
|---|---|---|

WAGNER, BENJAMIN
PO BOX 5000,
PMB 453
RANCHO SANTA FE, CA 92067

201 S. CHRISTOPHER COLUMBUS BLVD.
PHILADELPHIA, PA 19106

Reservations
www.hilton.com or
1-800-HILTONS

| | |
|---|---|
| Room | 1400/K1 |
| Arrival Date | 10/17/21 |
| Departure Date | 10/19/21 |
| | |
| Adult/Child | 1/0 |
| Room Rate | $223.00 |
| | |
| Rate Plan | L-HPPRP1 |
| Honors # | 208444679 |
| Airline: | |

Confirmation #   3190183574

10/19/21   PAGE  2

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/18/21 | 3169536 | KEATING BREAKFAST | $20.00 |
| 10/18/21 | 3169536 | F&B FOOD TAX 8% | $1.60 |
| 10/18/21 | 3169941 | KEATING DINNER | $39.00 |
| 10/18/21 | 3169941 | F&B FOOD TAX 8% | $3.12 |
| 10/19/21 | 3170727 | ************0693 | ($63.72) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.



               



THE LOGAN HOTEL-CURIO COLLECTION BY HILTON
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
United States of America
TELEPHONE 215-963-1500 • FAX 215-963-9506
Reservations
www.hilton.com or 1 800 HILTONS

PARKHURST, JEFF

2328 CHAMPLAIN ST NW
314
WASHINGTON DC 20009
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 617/K1S |
| Arrival Date: | 10/25/2021 12:15:00 PM |
| Departure Date: | 10/28/2021 3:55:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | DAMI |
| Room Rate: | 200.00 |
| AL: | |
| HH # | 1439699487 BLUE |
| VAT # | |
| Folio No/Che | 574605 B |

Confirmation Number: 3200848294

THE LOGAN HOTEL-CURIO COLLECTION BY HILTON 11/3/2021 11:16:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 10/25/2021 | GUEST ROOM | ZCTYLWA LK | 1911349 | $200.00 | | |
| 10/25/2021 | PHL HOSP. INVESTMENT LEVY | ZCTYLWA LK | 1911349 | $1.50 | | |
| 10/25/2021 | SALES TAX | ZCTYLWA LK | 1911349 | $14.11 | | |
| 10/25/2021 | OCCUPANCY TAX | ZCTYLWA LK | 1911349 | $17.13 | | |
| 10/26/2021 | GUEST ROOM | BJESTER2 | 1911983 | $200.00 | | |
| 10/26/2021 | PHL HOSP. INVESTMENT LEVY | BJESTER2 | 1911983 | $1.50 | | |
| 10/26/2021 | SALES TAX | BJESTER2 | 1911983 | $14.11 | | |
| 10/26/2021 | OCCUPANCY TAX | BJESTER2 | 1911983 | $17.13 | | |
| 10/27/2021 | GUEST ROOM | BJESTER2 | 1912624 | $200.00 | | |
| 10/27/2021 | PHL HOSP. INVESTMENT LEVY | BJESTER2 | 1912624 | $1.50 | | |
| 10/27/2021 | SALES TAX | BJESTER2 | 1912624 | $14.11 | | |
| 10/27/2021 | OCCUPANCY TAX | BJESTER2 | 1912624 | $17.13 | | |
| 10/28/2021 | AX *2004 | LALBELO1 | 1912967 | | ($698.22) | |
| | | | **BALANCE** | | | $0.00 |

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 121786 | MERCHANT ID | 4410109011 |
| CARD NUMBER | AX *2004 | EXP DATE | 09/25 |
| TRANSACTION ID | 1912967 | TRANS TYPE | Sale |

# BrandOptions ®

**Jeff Parkhurst Expenses**

RTG #47385

Lontex Corporation (Lontex Corporation vs Nike, Inc)

October 2021

10/19/21



# Hello, Jeffrey D Parkhurst

#6256878262   |   SkyMiles® Member

Confirmation #: GX95YK

## Flight Receipt

Ticket #: 0062479650618
Place of Issue:
Issue Date: 18OCT21
Expiration Date: 31DEC22

| METHOD OF PAYMENT | |
|---|---|
| VI***********1120 | **$498.80 USD** |

Flight

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $437.21 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $32.79 USD |

| United States - Passenger Facility Charge (XF) | $9.00 USD |
|---|---|
| United States - Flight Segment Tax (ZP) | $8.60 USD |
| **TICKET AMOUNT** | **$498.80 USD** |

---

TUE, OCT 19, 2021                 ▲ DELTA

**Jeffrey D Parkhurst**       SkyMiles #XXXXXX8262       BOARDING DOCUMENT
**GX95YK**

# MSP ▸ PHL

| MPLS-ST PAUL (MSP) ▸ | BOARDING | GATE | ZONE | SEAT | | |
|---|---|---|---|---|---|---|
| **Philadelphia** (PHL) | 2:50pm | C2 | MAIN2 | 17C | Depart | Tue, 3:30pm |
| FLIGHT DL2401 | | | | Main Cabin (L) | Arrive | Tue, 6:58pm |

*Boarding ends 15 minutes prior to departure time.*      *Fly Paperless: www.delta.com/app*

Ticket#: 006 2479650618

KMSPADV100027

---

FRI, OCT 22, 2021                 ▲ DELTA

**Jeffrey D Parkhurst**       SkyMiles #XXXXXX8262       BOARDING DOCUMENT
**GX95YK**

# PHL ▸ MSP

| PHILADELPHIA (PHL) ▸ | BOARDING | GATE | ZONE | EXIT SEAT | | |
|---|---|---|---|---|---|---|
| **Mpls-St Paul** (MSP) | 11:50am | D14 | MAIN2 | 15B | Depart | Fri, 12:30pm |
| FLIGHT DL1367 | | | | Main Cabin (M) | Arrive | Fri, 2:22pm |

*Boarding ends 15 minutes prior to departure time.*

Ticket#: 006 2480596830

KPHLTKT3DA001

10/19/21

```
#######CASH RECE...
CAB                    P0291
DRIVER                102425
TERMINAL                 627
TRIP                   17688
PASSENGERS                 2
DATE       10-19-21 19:29
START              19:14:14
END                19:29:15
AIRPORT RATE 2
DISTANCE           8.50 mi
FARE R2            $28.50
SUB TOTAL          $28.50
Fuel Surcharge      $0.90
TOTAL              $29.40
###########################
###...DOL Complete...
```

Taxi

29.40
7.00 tip

#36.40

Mileage

46
* $0.56

$25.76

**Hudson**

Minneapolis Saint Paul International
4300 Glumack Drive
St. Paul, MN 55111
Customer Service and Return Policy
www.hudsongroup.com/customers
www.hudsongroup.com/customers

### SALE TRANSACTION

| 3568193 | DIET COKE 20 OZ | | $2.95 |
|---|---|---|---|
| | LW SURCHAR | $2.95 @ 4.0% | $0.12 |
| | SALES TAX | $2.95 @ 7.525% | $0.22 |

Items in Transaction:1
Balance to pay                    $3.29
Visa Debit                        $3.29
--------------------------------------
TYPE:  Sale
DEBIT: VISA              INSERTED

      US DEBIT
--------------------------------------
CARD #************1120      INSERTED
DATE/TIME:    10/19/2021   15:52:18
REF #           AUTH #    RESP 00
018173          186580    ISO
AID: A0000000980840
TSI: 6800 ARC:00  CUR:0840
TVR: 8080048000
APP: US DEBIT
IAD: 0601120360A000


Total USD$                 -----------
                            3.29

Food

10/20/21

```
Welcome to Wawa #36
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/20/2021  8:29:22 PM   Trx #  11761448
Register #11    Cashier:        E'yonna


        Total:    $7.70

Qty
  HAM & CHEESE CLASSIC           $6.89
  WAWA SMALL RED REUSABLE BAG    $0.25
  Sub-Total:                     $7.14
  Tax:                           $0.56
  Total:                         $7.70
  Debit:                         $7.70
  Change:                        $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 652001
Sequence : 040977

USD$ 7.70
```

← Food

```
Welcome to Wawa #36
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/20/2021  2:57:52 PM   Trx #  11760549
Register #11    Cashier:        Marvin


        Total:    $6.52

Qty
    TURKEY AND CHDR PINWHEELS 5   $3.79
2   MOZZARELLA STRING CHEESE 1    $1.98
    BANANAS                       $0.75
    Sub-Total:                    $6.52
    Tax:                          $0.00
    Total:                        $6.52
    Debit:                        $6.52
    Change:                       $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 845233
Sequence : 040522

USD$ 6.52
```

← Food

10/21/21
1 of 2

```
        Welcome to Wawa #86
         Phone:
           1707 Arch St
       Philadelphia, PA 19103
10/21/2021  6:23:20 PM  Trx # 11765247
Register #11    Cashier:        Russel

------------------------------------------
          Total:    $8.03
------------------------------------------
Qty
  SH BLT                        $5.59
  HERRS BBQ BAKED 2.125OZ       $1.99
  Sub-Total:                    $7.58
  Tax:                          $0.45
  Total:                        $8.03
  Debit:                        $8.03
  Change:                       $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 245787
Sequence : 042344

USD$ 8.03
```

← Food

```
        Welcome to Wawa #86
         Phone:215-977-3556
           1707 Arch St
       Philadelphia, PA 19103
10/21/2021  2:21:44 PM  Trx # 11764533
Register #11    Cashier:        Trajon

------------------------------------------
          Total:    $6.72
------------------------------------------
Qty
  COKE DT 20 OZ                 $2.39
  M&M PLAIN KING 3.14 OZ        $2.39
  MOZZARELLA STRING CHEESE 1    $0.99
  BANANAS                       $0.75
  Sub-Total:                    $6.52
  Tax:                          $0.20
  Total:                        $6.72
  Debit:                        $6.72
  Change:                       $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 260242
Sequence : 042053

USD$ 6.72
```

← Food

Food

```
        Welcome to Wawa #86
         Phone:215-977-9558
           1707 Arch St
       Philadelphia, PA 19103
10/21/2021  9:18:35 AM  Trx # 11762975
Register #13    Cashier:        Trajon

------------------------------------------
          Total:    $4.95
------------------------------------------
Qty
  EGG SPIN TOMATO CHS OMELET    $4.09
   + APPLEWOOD BACON STR
  Sub-Total:                    $4.59
  Tax:                          $0.36
  Total:                        $4.95
  Debit:                        $4.95
  Change:                       $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 671577
Sequence : 041462

USD$ 4.95
```

10/21/21
2 of 2

One Logan Square
Philadelphia, PA

Server: Elliott                    10/21/2021
Fast Close/1                       11:51 AM
Guests: 1                          210097
Area: Barista

Can Soda                           3.50

Subtotal                           3.50
Tax                                0.28

Total                              3.78 — Food

CASH                               5.00
Change                             1.22

Support our charity partner,
World Central Kitchen, chefs helping
to make our world a better place.
WCK Donation:_____

--- Check Closed ---

One Logan Square
Philadelphia, PA

Server: Elliott        DOB: 10/21/2021
09:17 AM                     10/21/2021
Fast Close/1                 21/210061

SALE

VISA                         22020139
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S

Approval: 082232

Amount:          $3.24 — Food

+ Tip: _____

= Total: _____

10 /22 /21

```
Merchant: Curb Mobility
LLC
email: cs@gocurb.com

    PHILADELPHIA TAXI
     215-666-6666

****CREDIT CARD SALE****

******DRIVER COPY*******
Merchant ID:          883
ENTRY METHOD:
CONTACT CHIP
AID:       A000000031010
APPL. NAME:   VISA DEBIT
ATC:                 03E7
AC:       A430010714B2FC2F
Mode:              Issuer

TERMINAL              576
DRIVER            108125
CAB                P0194
PASSENGERS             1
DATE       10/22/21 10:00
START           09:43:09
END             10:00:12
TRIP                  74
AIRPORT RATE 2
DISTANCE          9.97 mi
FARE R2          $28.50
SUB TOTAL        $28.50
TIP               $8.00
TAX:              $0.90
TOTAL            $37.40
VISA               1120
AUTH             090043
TRN REF #:     14569369
VAL CODE:          KJXR
 NO SIGNATURE REQUIRED
************************
    PPA COMPLAINTS
    215-683-9440
```

— Taxi



**Hudson**

Philadelphia Intl Airport
8000 Essington Ave.
Philadelphia, PA 19153

SALE TRANSACTION

| 3977482 | SARGENTO COLBY JA | $1.99 |
| 3976641 | 20OZ DT PEPSI ORI | $2.99 |

SALES TAX   $2.99 @ 8.0%   $0.24

Items in Transaction:2
Balance to pay                    $5.22 — Food
Local Cash                        $5.22

### HUDSON
### The Traveler's Best Friend
### Customer Service Inquiries
www.hudsongroup.com/customers
### Return Policy
www.hudsongroup.com/return-policy

STORE  TILL OP NO. TRANS.  DATE
1852    1  137993 20571  10-22-21 10:19

999621852001020571B

---

Food

One Logan Square
Philadelphia, PA

DOB: 10/22/2021
     10/22/2021
     21/210034

SALE

Server: Chris
08:25 AM
Fast Close/1

22020123

VISA
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method: S

Approval: 073052

Amount:              $8.64

+ Tip: _____

= Total: _____

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

Support our charity partner,
World Central Kitchen, chefs helping
to make our world a better place.
WCK Do...

# the Logan
PHILADELPHIA'S HOTEL

**The Logan**
**Curio Collection by Hilton™**
One Logan Square, Philadelphia, PA 19103
t: (215)963-1500  f: (215)963-9506
w: the loganhotel.com

_10/22/21_

PARKHURST, JEFF

4 PEQUOT TRL

WESTPORT CT  06880
UNITED STATES OF AMERICA

| | |
|---|---|
| Room: | 315/K1D |
| Arrival Date: | 10/19/2021  7:36:00 PM |
| Departure Date: | 10/22/2021 9:36:00 AM |
| | |
| Adult/Child: | 1/0 |
| Room Rate: | 200.00 |
| | |
| Rate Plan: | T6 |
| HH # | 607850527 BLUE |
| AL: | |
| Car: | |

Confirmation Number: 3198414781

10/22/2021

| Date | Description | ID | Ref. No. | Charges | Credits | Balance |
|---|---|---|---|---|---|---|
| 10/20/2021 | *BARISTA | LINTR | 1904692 | $19.44 | | |
| 10/20/2021 | *BARISTA | LINTR | 1904693 | $2.00 | | |
| 10/20/2021 | *BARISTA | LINTR | 1904721 | $3.24 | _Food_ | |
| 10/20/2021 | *BARISTA | LINTR | 1904722 | $1.00 | | |
| 10/22/2021 | VS *1120 | ADUGGAN4 | 1905877 | | ($25.68) | |
| | **BALANCE** | | | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

| | |
|---|---|
| ACCOUNT NO. | |
| VS *1120 | |

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| 10/22/2021 | 572829 A |

CARD MEMBER NAME
PARKHURST, JEFF

| | |
|---|---|
| AUTHORIZATION | INITIAL |
| 083530 | |

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

PURCHASES & SERVICES

TAXES

TIPS & MISC.

CARD MEMBER'S SIGNATURE

| | |
|---|---|
| TOTAL AMOUNT | -25.68 |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

10/25/21



## Hello, Jeffrey D Parkhurst

#6256878262  |  SkyMiles® Member

Confirmation #: **GLUDUZ**

## Flight Receipt

Ticket #: 0062480490635
Place of Issue:
Issue Date: 23OCT21
Expiration Date: 31DEC22

| METHOD OF PAYMENT | |
|---|---|
| VI************1120 | **$288.40 USD** |

Flight

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $254.88 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |

10/25/21

| | |
|---|---|
| United States - Transportation Tax (US) | $19.12 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.30 USD |
| **TICKET AMOUNT** | **$288.40 USD** |

Mileage

46
*$0.56
$25.76

10/25/21



## Hello, Jeffrey D Parkhurst

#6256878262   |   SkyMiles Member

### Confirmation #: GLUDUZ

## Flight Receipt

Ticket #: 0062151364127
Place of Issue:
Issue Date: 25OCT21
Expiration Date: 31DEC22

| METHOD OF PAYMENT | |
|---|---|
| VI************1120 | **$210.00 USD** |

Flight
- increase
  with
  change

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | 0062480490635 |
| Passenger Name | JEFFREY D PARKHURST |
| Amount Applied | 288.40 USD |
| Applied to Ticket Number | 0062151364127 |

| CHARGES |
|---|
| **Air Transportation Charges** |

10/25/21

| Base Fare | $450.23 USD |
|---|---|
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $33.77 USD |
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.30 USD |
| **TICKET AMOUNT** | **$498.40 USD** |

Fare Difference - $195.35 USD
Taxes, Fees & Charges - $14.65 USD
Service Charge - $0.00 USD
**Total Charged - $210.00 USD**



▲ DELTA   BOARDING PASS        BOARDING PASS

PARKHURST/JEFFREY D    1 006 2151364127 2    PARKHURST/JEFFREY D
                          GLUDUZ

DLXXXXXX8262                                  DLXXXXXX8262
BA0QA0HQ                         SEAT                      SEAT
FLIGHT   DATE   CLASS   ORIGIN      DEPARTS  **19D**   FLIGHT   DATE   **19D**
DL1367  250CT  B    MPLS-ST PAUL    759A              DL1367  250CT
OPERATED BY    MAIN    DESTINATION  BRD TIME MAIN 2   ORIGIN   MAIN 2
DELTA AIR LINES INC    PHILADELPHIA 719A              MPLS-ST PAUL
                                                      DESTINATION
DEPARTURE GATE G10  **SUBJECT TO CHANGE**             PHILADELPHIA
                                                      OPERATED BY DELTA AIR LINES INC

                                     MSP230C30/HH

10/25/21

## Confirmation Code YXZ 5757

| | |
|---|---|
| **Name:** | Jeff Parkhurst |
| **Phone:** | 2038201191 |
| **Email:** | jparkhurst@brandoptions.com |
| **Start From:** | 3443 Lake Shore Cove, Chaska, MN, USA |
| **Destination:** | MSP Terminal 1 Concourse A-Lindbergh, Saint Paul, MN, USA |
| **Travel - Date & Time:** | 10-25-2021-5:30-AM |
| **Vehicle Type:** | TAXI |
| **# Passengers:** | 1 |
| **Approx. Travel Distance:** | 23.59 |
| **Pay to:** | Payonline |
| **Paypal Payment:** | $93.00 |
| **Additional Travel Details:** | |
| **Payment ID:** | 702 |

Taxi

$93.00
  20.00 tip
$113.00

10/25/21

Food

```
Here          Lity
LLC
emai          sm

  215 GFl n CnB
  215 4   -4222

****CREDIT CARD SALE****

******DRIVER COPY******
Merchant ID:          883
ENTRY METHOD:
CONTACT CHIP
AID:        A0000000031010
APPL. NAME:    VISA DEBIT
mTC:                U3F5
mC:    73C0DCF28320BE6E
Mode:             Issuer

TERMINAL              838
DRIVER            101868
CAB                P0935
PASSENGERS             1
DATE       10/25/21 12:06
START          11:52:18
END            12:04:52
TRIP              5967
AIRPORT RATE 2
DISTANCE        8.37 mi
FARE R2         $28.50
SUB TOTAL       $28.50
TIP              $7.35
Fuel Surcharge   $0.90
TOTAL           $36.75
VISA              1120
AUTH            010544
TRN REF #:     14812075
VAL CODE:         G048
  NO SIGNATURE REQUIRED
******************************
        Complaints
```

Taxi

Food

**Welcome to Wawa #86**
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/25/2021 5:03:39 PM  Trx # 11777701
Register #13      Cashier:      Karl

Total:        **$2.93**

| Qty | | |
|---|---|---|
| COFFEE 12OZ | | $1.79 |
| MOZZARELLA STRING CHEESE 1 | | $0.99 |
| Sub-Total: | | $2.78 |
| Tax: | | $0.15 |
| Total: | | $2.93 |
| **Debit:** | | **$2.93** |
| Change: | | $0.00 |

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXX7005
Approval : 265104
Sequence : 346372

USD$ 2.93

**Welcome to Wawa #86**
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/25/2021 12:35:35 PM  Trx # 11776710
Register #11      Cashier:   J, Sandra

Customer Copy / Duplicated Receipt

Total:        **$5.78**

| Qty | | |
|---|---|---|
| HERR BBQ CHIPS 2.75 OZ | | $1.99 |
| ITALIAN PINWHEELS 5.5 OZ | | $3.79 |
| Sub-Total: | | $5.78 |
| Tax: | | $0.00 |
| Total: | | $5.78 |
| **Debit:** | | **$5.78** |
| Change: | | $0.0 |

Sale

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXX7005
Approval : 684613
Sequence : 546123

USD$ 5.78

```
Caribou Cof
.1272271653

CAROL M   SvrCk:108  6.36 10/25/21
REG Four

1 SM-LIGHT-COD              2.52
S/C: HOSPITALITY CHR        0.10

              Sub Total:    2.62
                   Tax:    0.20
10/25 06:37 TOTAL:    2.82

We're Hiring!
Fun Team. Flexible Shi
fts. Free Coffee.
Apply today at caribou
coffeejobs.com

A 4% hospitality chars
e has been applied
to your purchase. This
surcharge is not
a gratuity payable dir
ectly to staff.
```

Food

```
         AMT-TEND   CHANGE    TALLY
VISA       2.82               2.82
           -------
           2.82               2.82

(Rec:126) Mem:          xxx1120,
  2.82
10/25/21 06:3
```

10/26/21

1of2



```
Me          r ility        Merch          ility
LL                         LLC
em              om         email          om

  PHILADELPHIA TAXI         PHILADELPHIA TAXI
   215-666-6666              215-666-6666

****CREDIT CARD SALE****   ****CREDIT CARD SALE****

*****PASSENGER COPY*****   ******DRIVER COPY******
Merchant ID:         883   Merchant ID:         883
ENTRY METHOD:              ENTRY METHOD:
CONTACT CHIP               CONTACT CHIP
AID:      A000000031010    AID:      A000000031010
APPL. NAME:   VISA DEBIT   APPL. NAME:   VISA DEBIT
ATC:             03FB      ATC:             03FC
AC:   C2FA11A6DA42E6F1     AC:   1FE233D03F4B5959
Mode:          Issuer      Mode:          Issuer

TERMINAL           874     TERMINAL           881
DRIVER          110329     DRIVER          108558
CAB             P0289      CAB             P0890
PASSENGERS          1      PASSENGERS          1
DATE    10/26/21 13:01     DATE    10/26/21 14:13
START         12:54:37     START         14:06:46
END           13:00:43     END           14:13:07
TRIP            5182       TRIP             837
STANDARD RATE 1            STANDARD RATE 1
DISTANCE      1.08 mi      DISTANCE      1.02 mi
FARE R1          $6.20     FARE R1          $6.20
SUB TOTAL        $6.20     SUB TOTAL        $6.20
TIP              $4.00     TIP              $4.00
TAX:             $0.90     T               '0.90
TOTAL           $11.10     T                .10
VISA             1120      V                1120
AUTH           020103      A                324
TRN REF #:    14879002
UP  CODE:       J43S
**
```

Taxi

taxi

```
            Square                      Square
      Philadelphia, PA            Philadelphia, PA

Server: Elliott      DOB: 10/26/2021   Server: Elliott      DOB: 10/26/2021
08:42 AM                  10/26/2021   11:09 AM                  10/26/2021
Fast Close/1              21/210046    Fast Close/1              21/210084

          SALE                                  SALE

VISA                                   VISA
Card #XXXXXXXXXXXX1120    22020124     Card #XXXXXXXXXXXX1120    22020144
Magnetic card present: PARKHURST JEFFREY D   Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S                  Card Entry Method:  S

Approval: 074757                       Approval: 001418

Amount:          $3.24                 Amount:          $4.32

+ Tip: _____                   + Tip: _____

  Total: _____                   Total: _____
```

Food

Food

10/26/21
2 of 2

Welcome to Wawa #86
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/26/2021  8:39:26 AM   Trx #  11779135
Register #13    Cashier:         Trajon

--------

Total:    **$4.95**

Qty
  EGG SPIN TOMATO CHS OMELET     $4.09
   + APPLEWOOD BACON STR         $0.50
  Sub-Total:                     $4.59
  Tax:                           $0.36
  Total:                         $4.95
  **Debit:**                     **$4.95**
  Change:                        $0.00

Sale

Debit
Card Num : XXX:XXXXXXXXX1120
Chip Read
Terminal : XXX:XXXXXX7005
Approval : 624713
Sequence : 047414

USD$ 4.95

*Food — 4.95*

---

Welcome to Wawa #86
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/26/2021  2:17:22 PM   Trx #  11780824
Register #13    Cashier:         Marvin

--------

Total:    **$8.17**

Qty
  COKE DT 20 OZ                  $2.39
  M&M PLAIN KING 3.14 OZ         $2.39
  GRAPES CHEESE CRACKERS 5.5     $3.19
  Sub-Total:                     $7.97
  Tax:                           $0.20
  Total:                         $8.17
  **Debit:**                     **$8.17**
  Change:                        $0.00

Sale

Debit
Card Num : XXX:XXXXXXXXX1120
Chip Read
Terminal : XXX:XXXXXX7005
Approval : 415928
Sequence : 048115

USD$ 8.17

*Food — 8.17*

---

*Food*

Welcome to Wawa #86
Phone:215-977-9558
1707 Arch St
Philadelphia, PA 19103
10/26/2021  6:43:50 PM   Trx #  11781625
Register #13    Cashier:         Mike

--------

Total:    **$9.97**

Qty
Order #597
  SH BLT                         $5.59
Master Tran:
  HEIRS BBQ BAKED 2.125OZ        $1.99
  COFFEE 12OZ                    $1.79
  Sub-Total:                     $9.37
  Tax:                           $0.60
  Total:                         $9.97
  **Debit:**                     **$9.97**
  Change:                        $0.00

Sale

Debit
Card Num : XXX:XXXXXXXXX1120
Chip Read
Terminal : XXX:XXXXX7005
Approval : 406948
Sequence : 048416

USD$ 9.97

10/27/21

```
Merch            ...ivity
LLC
email: cu...orch.com

    PHILADELPHIA TAXI
      215-666-6666

****CREDIT CARD SALE****

****PASSENGER COPY****
Merchant ID:          883
ENTRY METHOD:
CONTACT CHIP
AID:     A000000031010
APPL. NAME:   VISA DEBIT
ATC:               03FF
AC:      646DA46DEB95C83F
Mode:            Issuer

TERMINAL            956
DRIVER          100223
CAB              P0030
PASSENGERS           1
DATE     10/27/21 10:50
START         10:41:44
END           10:50:40
TRIP            10488
STANDARD RATE 1
DISTANCE       1.27 mi
FARE R1          $7.45
SUB TOTAL        $7.45
TIP              $4.00
TAX:             $0.90
TOTAL          $12.35      ← Taxi
VISA              1120
AUTH            095058
TRN REF #:    14936615
PIN CODE:         TKJ3
******************
    PIN COMPLAINTS
    215-...-9440
```

```
Welcome to Wawa #86
     Phone:215-977-9558
        1707 Arch St
     Philadelphia, PA 19103
10/27/2021  7:16:22 PM   Trx #  11785662
Register #12    Cashier:        Thomas

-----------------------------------------

       Total:    $12.68

Qty
  Order #852
  HAM WHEAT SHORTI             $5.29
  Master Tran:
  M&M PLAIN KING 3.14 OZ       $2.39
  COKE DT 20 OZ                $2.39
  HERRS BBQ BAKED 2.125OZ      $1.99
  Sub-Total:                  $12.06
  Tax:                         $0.62
  Total:                      $12.68
  Debit:                      $12.68
  Change:                      $0.00

Sale                                  ← Food

Debit
Card Num : XXXXXXXXXXXX1120
Chip Read
Terminal : XXXXXXXXX7005
Approval : 374191
Sequence : 049956

USD$ 12.68

        DEBIT
```

```
        One Logan Square
         Philadelphia, PA

Server: Elliott          10/27/2021
Fast Close/1              10:29 AM
Guests: 1                  210074
Area: Barista

Espresso                     4.00

Subtotal                     4.00
Tax                          0.32

Total                        4.32   ← Food

CASH                         5.00
Change                       0.68

   Support our charity partner,
 World Central Kitchen, chefs helping
  to make our world a better place.
   WCK Donation: _____

          Check Closed
```

```
        One Logan Square
         Philadelphia, PA

Server: Elliott        DOB: 10/27/2021
07:29 AM                    10/27/2021
Fast Close/1             21/210014

              SALE

VISA                         22020106
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S

Approval: 063443

       Amount:       $11.88   ← Food

      + Tip:  ____

    = Total:  ____
```

10/28/21



## Hello, Jeffrey D Parkhurst

#6256878262   |   SkyMiles® Member

**Confirmation #: JL87I9**

Ticket #: 0062481389950
Place of Issue:
Issue Date: 28OCT21
Expiration Date: 31DEC22

| METHOD OF PAYMENT | |
|---|---|
| VI************1120 | **$528.40 USD** |

Flight

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $478.14 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $35.86 USD |

10 /28 /21

| | |
|---|---|
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Flight Segment Tax (ZP) | $4.30 USD |
| **TICKET AMOUNT** | **$528.40 USD** |

THU, OCT 28, 2021

**Jeffrey D Parkhurst**
**JL87I9**

SkyMiles #XXXXXX8262

▲ DELTA

BOARDING DOCUMENT

# PHL ▸ MSP

| PHILADELPHIA (PHL) ▸ | BOARDING | GATE | ZONE | SEAT | | |
|---|---|---|---|---|---|---|
| **Mpls-St Paul** (MSP) | **7:19pm** | – | **MAIN2** | **17D** | Depart | Thu, 7:59pm |
| FLIGHT DL2401 | | | | Main Cabin (B) | Arrive | Thu, 9:58pm |

*Boarding ends 15 minutes prior to departure time.*

Ticket#: 006 2481389950

KPHLTKT3DA009

10/28/21



**Left receipt:**

Unavailable  En Route E-
Mail

Merchant: Curb Mobility
LLC
email: cs@9ocurb.com

PHILADELPHIA TAXI
215-666-6666

****CREDIT CARD SALE****

******DRIVER COPY********
Merchant ID:        883
ENTRY METHOD:
CONTACT CHIP
AID:      A0000000031010
APPL. NAME:  VISA DEBIT
ATC:              0402
AC:    3B78AEE79D4F8FB4
Mode:           Issuer

TERMINAL           761
DRIVER          104767
CAB             P15E
PASSENGERS
DATE      10/28/21 16:?
START          16:03:
END            16:28:4
TRIP             3:4
AIRPORT RATE 2
DISTANCE        9.70 mi
FARE R2         $28.50
SUB TOTAL       $28.50
TIP              $7.35
TAX:            $0.90
TOTAL          $36.75
VISA            1120
AUTH          052904
TRN REF #:    15032563
VAL CODE:       JFXL
NO SIGNATURE REQUIRED
************************

Taxi

**Center receipt:**

Mer ...
LL(
ema. .

PHILADELPH(
215-666-6666

****CREDIT CARD SALE****

******DRIVER COPY*******
Merchant ID:       883
ENTRY METHOD:
CONTACT CHIP
AID:     A0000000031010
APPL. NAME:  VISA DEBIT
ATC:            0401
AC:   FBB03B0A04ABA421
Mode:         Issuer

TERMINAL           932
DRIVER          102936
CAB             P0863
PASSENGERS           1
DATE      10/28/21 08:41
START          08:32:21
END            08:40:56
TRIP             3003
STANDARD RATE 1
DISTANCE        1.37 mi
FARE R1         $7.45
SUB TOTAL       $7.45
TIP             $4.00
TAX:            $0.90
TOTAL          $12.35
VISA            1120
AUTH          074116
TRN REF #:    15001858
VAL CODE:       83H7
NO SIGNATURE REQUIRED
************************
PPA C ....
215-

Taxi

**Right receipt:**

Hudson

Philadelphia Intl Airport
8000 Essington Ave.
Philadelphia, PA 19153

SALE TRANSACTION

3996596        FIORUCCI PROSCUIT    $2.99
3976641        20OZ DT PEPSI ORI    $2.99

SALES TAX    $2.99 @ 8.0%          $0.24

Items in Transaction:2
Balance to pay            Food     $6.22
Visa Debit                         $6.22

TYPE:  Sale
DEBIT: VISA                INSERTED

US DEBIT

CARD #*********        INSERTED
DATE/TIME:    10/28/2021  ?:48:09

**Bottom left receipt:**

One Logan Square
Philadelphia, PA

Server: Elliott       DOB: 10/28/2021
07:36 AM                  10/28/2021
Fast Close/1           21/210014

SALE

VISA                     22020106
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S

Approval: 064206

Food

Amount:            $11.88

+ Tip: _____

Total: _____

One Logan Square
Philadelphia, PA

Server: Elliott       DOB: 10/28/2021
08:19 AM                  10/28/2021
Fast Close/1           21/210030

SALE

VISA                     22020116
Card #XXXXXXXXXXXX1120
Magnetic card present: PARKHURST JEFFREY D
Card Entry Method:  S

Approval: 072422

Food

Amount:             $4.32

+ Tip: _____

Total: _____

10/28/21

# $96.75

| | |
|---|---|
| Custom Amount | $77.40 |
| Purchase Subtotal | $77.40 |
| Tip | $19.35 |
| **Total** | **$96.75** |

$96.75

Taxi

Airport Taxi

6304 Dupont Ave South, 204

Richfield, MN 55423

Visa 1120 (Swipe)

**VISA**

JEFFREY D PARKHURST

Oct 28 2021 at 10:47 PM

#dYZA

Auth code: 024758



*Corporate Travel Management for Troutman Pepper*
**Phone: 855-681-8596**
**TROUTMANPEPPER@TRAVELCTM.COM**

# Electronic Invoice

**Prepared For:**
THOMAS/JODI L

| | |
|---|---|
| SALES PERSON | GX |
| INVOICE NUMBER | 0002853 |
| INVOICE ISSUE DATE | 08 Oct 2021 |
| RECORD LOCATOR | SGGYDN |
| CUSTOMER NUMBER | 996000TRSA |

Client Address
JODI THOMAS
11682 EL CAMINO REAL SUITE 400
SAN DIEGO CA 92130
US
JODI THOMAS
TROUTMAN SANDERS LLP
11682 EL CAMINO REAL SUITE 400 SAN DIEGO CA 92130 US

Delivery Address
ETKT

Notes
CLIENT MATTER GL CODE-255230-000001
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Oct 24

| Flight AMERICAN AIRLINES 433 | | | |
|---|---|---|---|
| From | SAN DIEGO, CA | Departs | 9:15am |
| To | PHILADELPHIA, PA | Arrives | 5:31pm |
| Departure Terminal | 2 | | |
| Duration | 5hr(s) 16min(s) | | |
| Type | | Meal | Refreshment |
| Stop(s) | Non Stop | | |
| Notes | SEAT RESTRICTED TO AIRPORT CHECK IN ONLY | | |

## DATE: Tue, Oct 26

| Flight AMERICAN AIRLINES 819 | | | |
|---|---|---|---|
| From | PHILADELPHIA, PA | Departs | 6:45pm |
| To | SAN DIEGO, CA | Arrives | 9:38pm |
| | | Arrival Terminal | 2 |
| Duration | 5hr(s) 53min(s) | | |
| Type | | Meal | Refreshment |
| Stop(s) | Non Stop | | |
| Seat(s) Details | THOMAS/JODI L | Seat(s) - 35F | |

## DATE: Thu, Apr 14

| Others |
|---|
| INFORMATION |
| HAVE A SAFE AND |
| PLEASANT TRIP |

# Ticket Information

| Ticket Number | AA 7670394325 | Passenger | THOMAS JODI L | | |
|---|---|---|---|---|---|
| | | Billed to: | CA XXXXXXXXXXXX4850 | USD | * 708.80 |

| **Service Fee** | XD 0804277130 | **Passenger** | THOMAS JODI L | | |
| | | **Billed to:** | CA XXXXXXXXXXXX4850 | USD | * 7.00 |

| | | **SubTotal** | USD 715.80 |
| | | **Net Credit Card Billing** | * USD 715.80 |
| | | | ---------- |
| | | **Total Amount Due** | USD 0.00 |

---

**ITINERARY NOTES:**

-------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 855.681.8596
FROM OUTSIDE THE US OR CANADA CALL 720.414.7092
-------------------------------------------------

-------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
855.681.8596
-------------------------------------------------

-------------------------------------------------
UNABLE TO USE REQUESTED AA FREQUENT FLYER PROGRAM
INVALID USE OF FREQUENT FLYER NUMBER AAT446KN8
PLEASE CONTACT CORRESPONDING FREQUENT TRAVEL PROGRAM
SUPPORT DESK FOR ASSISTANCE
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
UNABLE TO USE REQUESTED AA FREQUENT FLYER PROGRAM
INVALID USE OF FREQUENT FLYER NUMBER AAT446KN8
PLEASE CONTACT CORRESPONDING FREQUENT TRAVEL PROGRAM
SUPPORT DESK FOR ASSISTANCE
UNABLE TO USE REQUESTED AA FREQUENT FLYER PROGRAM
INVALID USE OF FREQUENT FLYER NUMBER AAT446KN8
PLEASE CONTACT CORRESPONDING FREQUENT TRAVEL PROGRAM
SUPPORT DESK FOR ASSISTANCE
-------------------------------------------------
EXCHANGE INFORMATION
OLD TICKET NUMBER - 7670394325
NEW TICKET AMOUNT - 848.81
OLD TICKET AMOUNT - 708.80
EXCHANGE FEE - 0.00
TOTAL ADD COLLECT - 140.01
-------------------------------------------------
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE

**INVOICE NOTES:**
CLIQUSER-JODI.THOMAS TROUTMAN.COM
CLIQCONFIGID-109937

---

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



*Corporate Travel Management for Troutman Pepper*
**Phone: 855-681-8596**
**TROUTMANPEPPER@TRAVELCTM.COM**

## Electronic Invoice

**Prepared For:**
THOMAS/JODI L

| | |
|---|---|
| SALES PERSON | OX |
| INVOICE NUMBER | 0004901 |
| INVOICE ISSUE DATE | 18 Oct 2021 |
| RECORD LOCATOR | SGGYDN |
| CUSTOMER NUMBER | 996000TRSA |

Client Address
JODI THOMAS
11682 EL CAMINO REAL SUITE 400
SAN DIEGO CA 92130
US
JODI THOMAS
TROUTMAN SANDERS LLP
11682 EL CAMINO REAL SUITE 400 SAN DIEGO CA 92130 US

Delivery Address
ETKT

Notes
CLIENT MATTER GL CODE-255230-000001
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Tue, Oct 19

| Flight AMERICAN AIRLINES 433 | | | |
|---|---|---|---|
| From | SAN DIEGO, CA | Departs | 9:15am |
| To | PHILADELPHIA, PA | Arrives | 5:31pm |
| Departure Terminal | 2 | | |
| Duration | 5hr(s) 16min(s) | | |
| Type | | Meal | Refreshment |
| Stop(s) | Non Stop | | |
| Notes | SEAT RESTRICTED TO AIRPORT CHECK IN ONLY | | |

## DATE: Fri, Oct 22

| Flight AMERICAN AIRLINES 819 | | | |
|---|---|---|---|
| From | PHILADELPHIA, PA | Departs | 6:45pm |
| To | SAN DIEGO, CA | Arrives | 9:38pm |
| | | Arrival Terminal | 2 |
| Duration | 5hr(s) 53min(s) | | |
| Type | | Meal | Refreshment |
| Stop(s) | Non Stop | | |
| Seat(s) Details | THOMAS/JODI L | Seat(s) - 33C | |

## Ticket Information

| Ticket Number | AA 7671757970 | Passenger | THOMAS JODI L | | |
|---|---|---|---|---|---|
| | | Exchange | AA 7670394325 | | |
| | | Billed to: | CA XXXXXXXXXXXX4850 | USD | * 140.01 |
| Service Fee | XD 0804529403 | Passenger | THOMAS JODI L | | |
| | | Billed to: | CA XXXXXXXXXXXX4850 | USD | * 29.00 |

**SubTotal** USD 169.01
**Net Credit Card Billing** * USD 169.01

----------
**Total Amount Due**                     USD 0.00

**ITINERARY NOTES:**
-----------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 855.681.8596
FROM OUTSIDE THE US OR CANADA CALL 720.414.7092
-----------------------------------------------
-----------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
855.681.8596
-----------------------------------------------
-----------------------------------------------
UNABLE TO USE REQUESTED AA FREQUENT FLYER PROGRAM
INVALID USE OF FREQUENT FLYER NUMBER AAT446KN8
PLEASE CONTACT CORRESPONDING FREQUENT TRAVEL PROGRAM
SUPPORT DESK FOR ASSISTANCE
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
UNABLE TO USE REQUESTED AA FREQUENT FLYER PROGRAM
INVALID USE OF FREQUENT FLYER NUMBER AAT446KN8
PLEASE CONTACT CORRESPONDING FREQUENT TRAVEL PROGRAM
SUPPORT DESK FOR ASSISTANCE
UNABLE TO USE REQUESTED AA FREQUENT FLYER PROGRAM
INVALID USE OF FREQUENT FLYER NUMBER AAT446KN8
PLEASE CONTACT CORRESPONDING FREQUENT TRAVEL PROGRAM
SUPPORT DESK FOR ASSISTANCE
-------------------------------------------
EXCHANGE INFORMATION
OLD TICKET NUMBER - 7670394325
NEW TICKET AMOUNT - 848.81
OLD TICKET AMOUNT - 708.80
EXCHANGE FEE - 0.00
TOTAL ADD COLLECT - 140.01
-------------------------------------------
THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE

**INVOICE NOTES:**
CLIQUSER-JODI.THOMAS TROUTMAN.COM
CLIQCONFIGID-109937

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# CURIO

## A COLLECTION BY HILTON®

**THE LOGAN PHILADELPHIA, CURIO COLLECTION BY HILTON**

| Name and Address |
| --- |

WAGNER, BENJAMIN
PO BOX 5000,
PMB 453
RANCHO SANTA FE, CA 92067

| Hotel Address |
| --- |

ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

Reservations
www.curiocollection.com or
1-800-445-8667

| | |
| --- | --- |
| Room | 629/K1TRV |
| Arrival Date | 10/19/21 |
| Departure Date | 10/22/21 |
| Adult/Child | 2/0 |
| Room Rate | $239.00 |
| Rate Plan | V-LV0 |
| Honors # | 208444679 |
| Airline: | |

Confirmation #   3201514786

10/22/21   PAGE   1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 10/19/21 | 1904558 | GUEST ROOM | $239.00 |
| 10/19/21 | 1904558 | PHL HOSP. INVESTMENT LEVY TAX | $1.79 |
| 10/19/21 | 1904558 | SALES TAX | $0.13 |
| 10/19/21 | 1904558 | OCCUPANCY TAX | $0.15 |
| 10/19/21 | 1904558 | OCCUPANCY TAX | $20.32 |
| 10/19/21 | 1904558 | SALES TAX | $16.73 |
| 10/20/21 | 1905065 | GUEST ROOM | $239.00 |
| 10/20/21 | 1905065 | PHL HOSP. INVESTMENT LEVY TAX | $1.79 |
| 10/20/21 | 1905065 | SALES TAX | $0.13 |
| 10/20/21 | 1905065 | OCCUPANCY TAX | $0.15 |
| 10/20/21 | 1905065 | OCCUPANCY TAX | $20.32 |
| 10/20/21 | 1905065 | SALES TAX | $16.73 |
| 10/21/21 | 1905670 | GUEST ROOM | $239.00 |
| 10/21/21 | 1905670 | PHL HOSP. INVESTMENT LEVY TAX | $1.79 |
| 10/21/21 | 1905670 | SALES TAX | $0.13 |
| 10/21/21 | 1905670 | OCCUPANCY TAX | $0.15 |
| 10/21/21 | 1905670 | OCCUPANCY TAX | $20.32 |
| 10/21/21 | 1905670 | SALES TAX | $16.73 |
| 10/22/21 | 1905968 | ************0693 | ($834.36) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.



              

# CURIO
## A COLLECTION BY HILTON®

| Name and Address | | Hotel Address |
|---|---|---|

WAGNER, BENJAMIN
PO BOX 5000,
PMB 453
RANCHO SANTA FE, CA 92067

**THE LOGAN PHILADELPHIA, CURIO
COLLECTION BY HILTON**

| | |
|---|---|
| Room | 629/K1TRV |
| Arrival Date | 10/19/21 |
| Departure Date | 10/22/21 |
| Adult/Child | 2/0 |
| Room Rate | $239.00 |
| Rate Plan | V-LV0 |
| Honors # | 208444679 |
| Airline: | |

ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

Reservations
www.curiocollection.com or
1-800-445-8667

Confirmation #   3201514786

10/22/21   PAGE   2

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.



