**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LONTEX CORPORATION<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NIKE, INC.,<br><br>　　　　　Defendant. | Civil Action No.  2:18-cv-05623-MMB<br><br>Hon. Michael M. Baylson |

**NOTICE OF ERRATA RE DECLARATION OF BEN WAGNER AND EXHIBIT "E" FILED IN SUPPORT OF BILL OF COSTS [ECF 379]**

PLEASE TAKE NOTICE that certain pages of the backup documents filed in support of the Fees and Disbursements for Printing (Exhibit E) were inadvertently missing from the documents filed on November 12, 2021 in support of Lontex Corporation's Bill of Costs. Those additional backup documents are attached hereto as **Exhibit E-2**. In addition, the table at page 6 of the Declaration of Ben Wagner filed in Support of Lontex's Bill of Costs contained two typos (date and invoice number) which are hereby corrected as shown in the italicized entry below:

| EXHIBIT E. FEES AND DISBURSEMENTS FOR PRINTING | | | | |
|---|---|---|---|---|
| **Date** | **Vendor** | **Description** | **Invoice No.** | **Total Costs** |
| 6/30/19 | Epiq eDiscovery | Scanning documents to TIFF (electronic copies) for production | 90347426 | $1,331.68 |
| 6/30/19 | Epiq eDiscovery | Scanning documents to TIFF (electronic copies) for production | 90347424 | $1,206.32 |
| 1/14-2/14/19 | Mintz Levin | Fees for printing billed by former counsel (See Exhibit E-1) | | $270.45 |
| 7/31/19 | Epiq eDiscovery | Scanning and OCR re production of documents | 90355859 | $91.11 |
| 11/30/19 | Epiq eDiscovery | Digital Prints (Blowbacks) - B&W-Oversized | 90392431 | $147.02 |
| 11/30/19 | Epiq eDiscovery | Digital Prints (Blowbacks) Color-Oversized | 90392434 | $91.48 |
| 2/25/20 | eMerge | Prepare Documents for Production | 2216682 | $600.00 |
| 3/11/20 | eMerge | Prepare Documents for Production | 2222020 | $200.00 |

121024100v1

| Date | Vendor | Description | Invoice | Cost |
|---|---|---|---|---|
| 4/9/20 | eMerge | Prepare Documents for Production | 2231746 | $100.00 |
| 5/7/20 | eMerge | Prepare Documents for Production | 2243662 | $200.00 |
| 6/9/20 | eMerge | Prepare Documents for Production | 2255002 | $100.00 |
| *7/19/21* | *eMerge* | *Prepare Documents for Production* | *30190921* | *$100.00* |
| 7/31/20 | Nationwide Legal | Printing cost for courtesy copies for Judge Baylson | 00000019642 | $87.50 |
| 10/8/21 | Reliable Philadelphia | Reliable Copy invoice for electronic bates numbering and printing | PH223224 | $1,726.33 |
| 10/16/20 | eMerge | Prepare Documents for Production | 30050642 | $100.00 |
| 5/18/21 | eMerge | Prepare Documents for Production | 30159447 | $100.00 |
| 11/10/21 | eMerge | Prepare Documents for Production | 30063577 | $300.00 |
| | | | **REQUESTED SUBTOTAL COST(S):** | **$6,751.89** |

Dated: November 15, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Ben L. Wagner*

Ben L. Wagner (CA SBN 243594)
ben.wagner@troutman.com
*Admitted Pro Hac Vice*
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone:   858.509.6000
Facsimile:    858.509.6040

Michael A. Schwartz (PA 60234)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

*Attorneys for Plaintiff*
LONTEX CORPORATION

121024100v1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2021, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent via e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/*Ben L. Wagner*
      Ben L. Wagner

121024100v1