IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br>　　　　　　　Defendant. | Civil Action No.: 18-cv-5623<br><br>(Hon. Michael M. Baylson) |

## NIKE, INC.'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant NIKE, Inc. ("NIKE") hereby appeals to the United States Court of Appeals for the Third Circuit from:

1. The District Court's March 3, 2022 Order Re: Post-Trial Motions (denying Nike's Renewed Post-Trial Motion For Judgment as a Matter of Law and granting in part Plaintiff's Omnibus Post-Trial Motion, including a permanent injunction), ECF No. 392 (Order); ECF No. 391 (Opinion).

2. The District Court's October 29, 2021 Judgment, ECF No. 364.

March 4, 2022

Respectfully submitted,

By: */s/ Gina L. Durham*
DLA PIPER LLP (US)

Gina L. Durham (*pro hac vice*)
555 Mission Street, Suite 2400
San Francisco, CA 94105

Andrew J. Peck (*pro hac vice*)
Michael D. Hynes (*pro hac vice*)
Marc E. Miller (*pro hac vice*)
Lane E. McKee (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 100201

Ilana H. Eisenstein
Ben C. Fabens-Lassen
1650 Market Street, Suite 5000
Philadelphia, PA  19103

*Attorneys for Defendant NIKE, Inc.*