IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>                    Plaintiff,<br><br>        v.<br><br>NIKE, INC.,<br><br>                    Defendant. | Civil Action No.  2:18-cv-05623-MMB<br><br>Hon. Michael M. Baylson |

**PLAINTIFF'S UPDATE RE: ATTORNEYS' FEES AND COSTS**

Pursuant to the Court's Order Re: Post-Trial Motions, "Plaintiff shall submit an updated request for attorneys' fees for post-trial work not included in Plaintiff's previous submission within fourteen (14) days. Defendant shall have seven (7) days to respond."  (ECF 392.)

Plaintiff submitted its updated request for attorneys' fees for post-trial work with its reply briefing (ECF 389 at 10; *see also* 390 at 2).  Plaintiff has no additional fees for post-trial work to include with this submission.  For completeness, Plaintiff also notes that it previously submitted its requests for awards of taxable and non-taxable costs.

In total, Plaintiff requests $4,625,711.504 in attorney's fees and $631,951.36 in non-taxable costs (ECF 389 at 10), and $80,190.93 in taxable costs (ECF 379 at 1).  Pursuant to the Court's prior orders (ECF 366, ¶ 5), Plaintiff disclosed to Nike underlying data for attorney's fees on November 4, 2021 (ECF 384-2, ¶ 19; ECF 384-9, Ex. 7), data for non-taxable costs on November 18, 2021 (ECF 384-13, Ex. 11 at p. 4 of 8), and data for updated attorney's fees on January 14, 2022 (ECF 390, ¶ 5).

For reference, Plaintiff provides the following chart of the parties' submissions regarding the pending motion and request for attorney's fees and costs:

| ECF | Document | Date |
|---|---|---|
| 378 | Plaintiff's Bill of Costs | 11/12/2021 |
| 378-1 to 378-8 | Wagner Declaration In Support of Plaintiff's Bill of Costs with Exhibits A through F | 11/12/2021 |
| 379 | <u>Corrected</u> Plaintiff's Bill of Costs | 11/12/2021 |
| 379-1 to 379-8 | <u>Corrected</u> Wagner Declaration In support of Plaintiff's Bill of Costs with Exhibits A through F | 11/12/2021 |
| 380 | Notice of Errata Re: Plaintiff's Bill of Costs | 11/15/2021 |
| 380-1 | Exhibit E-2 to Plaintiff's Bill of Costs | 11/15/2021 |
| 384-1 | Plaintiff's Opening Briefing Re: Attorney's Fees, Costs, and Post-Judgment Interest, at pp. 16–25 | 11/24/2021 |
| 384-2 to 384-13 | Wagner Declaration with Exhibits 1 through 11 | 11/24/2021 |
| 386 | Defendant's Responsive Briefing Re: Attorney's Fees and Costs, at pp. 25–35 | 12/22/2021 |
| 389 | Plaintiff's Reply Briefing Re: Attorney's Fees, Costs, and Post-Judgment Interest, at pp. 10–15 | 1/11/2022 |
| 390 | Wagner Declaration re: updated post-trial fees | 1/11/2022 |

Dated:   March 4, 2022          TROUTMAN PEPPER HAMILTON
                                SANDERS LLP


                                By: /s/ *Ben L. Wagner*
                                    Ben L. Wagner (CA SBN 243594)
                                    ben.wagner@troutman.com
                                    *Admitted Pro Hac Vice*
                                    11682 El Camino Real, Suite 400
                                    San Diego, CA  92130-2092
                                    Telephone:   858.509.6000
                                    Facsimile:    858.509.6040

124422395

        Michael A. Schwartz (PA 60234)
        TROUTMAN PEPPER HAMILTON
        SANDERS LLP
        3000 Two Logan Square
        Eighteenth & Arch Streets
        Philadelphia, PA 19103-2799

        *Attorneys for Plaintiff*
        LONTEX CORPORATION

124422395

## CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2022, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Ben L. Wagner*
    Ben L. Wagner