OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 8, 2022

Gina L. Durham, Esq.
DLA Piper
555 Mission Street
Suite 2400
San Francisco, CA 94105

Ilana H. Eisenstein, Esq.
DLA Piper
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103

Ben C. Fabens-Lassen, Esq.
DLA Piper
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103

Michael D. Hynes, Esq.
DLA Piper
1251 Avenue of the Americas
27th Floor
New York, NY 10020

Lane E. McKee, Esq.
DLA Piper
1251 Avenue of the Americas
27th Floor
New York, NY 10020

Marc E. Miller, Esq.
DLA Piper
1251 Avenue of the Americas
27th Floor

New York, NY 10020

RE: Lontex Corp v. Nike Inc
Case Number: 22-1417
District Court Case Number: 2-18-cv-05623

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. <u>See</u> 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed is case opening information regarding the above-captioned appeal filed by **Nike Inc**, docketed at **No. 22-1417**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**On December 1, 2009, the Federal Rules of Appellate and Civil Procedure were amended modifying deadlines and calculation of time. In particular those motions which will toll the time for filing a notice of appeal under Fed.R.App.P. 4(a)(4), other than a motion for attorney's fees under Fed.R.Civ.P. 54, will be considered timely if filed no later than 28 days after the entry of judgment. <u>Should a party file one of the motions listed in Fed.R.App.P 4(a)(4) after a notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed.</u> The case in the court of appeals will not be stayed absent such notification.**

<u>**Counsel for Appellant**</u>

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case

6. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

**<u>Counsel for Appellee</u>**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,

s/Patricia S. Dodszuweit,
Clerk

By: Stephanie
Case Manager
267-299-4926

cc: All Counsel of Record