IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>    Defendant. | Civil Action No.  2:18-cv-05623-MMB<br><br>Hon. Michael M. Baylson |

**NOTICE OF APPEAL BY LONTEX CORPORATION**

PLEASE TAKE NOTICE that plaintiff Lontex Corporation ("Lontex") hereby appeals to the United States Court of Appeals for the Third Circuit from:

1. The District Court's March 3, 2022 Order Re: Post-Trial Motions, denying disgorgement of profits and a new trial on damages, ECF No. 392 (Order) and ECF No. 391 (Opinion), including all adverse orders incorporated therein.

2. The District Court's October 29, 2021 Judgment, ECF No. 364, and all intermediate, adverse orders thereon including but not limited to evidentiary rulings during trial and the District Court's June 10, 2019 Order, granting Nike's partial motion to dismiss with prejudice and denying leave to amend, ECF No. 38 (Order) and ECF No. 37 (Opinion).

Dated: March 16, 2022               TROUTMAN PEPPER HAMILTON
                                    SANDERS LLP


                                    By: /s/ *Ben L. Wagner*
                                        Ben L. Wagner (CA SBN 243594)
                                        ben.wagner@troutman.com
                                        *Admitted Pro Hac Vice*
                                        11682 El Camino Real, Suite 400
                                        San Diego, CA  92130-2092
                                        Telephone:   858.509.6000
                                        Facsimile:   858.509.6040

                                        Michael A. Schwartz (PA 60234)
                                        TROUTMAN PEPPER HAMILTON
                                        SANDERS LLP
                                        3000 Two Logan Square
                                        Eighteenth & Arch Streets
                                        Philadelphia, PA 19103-2799


                                        *Attorneys for Plaintiff*
                                        LONTEX CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/*Ben L. Wagner*
Ben L. Wagner