IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>v.<br><br>NIKE, INC. | CIVIL ACTION<br><br>NO. 18-5623 |

### ORDER RE: AWARD OF ATTORNEYS' FEES AND COSTS

**AND NOW**, on this 17th day of March, 2022, for the reasons stated in the foregoing Memorandum, Plaintiff's counsel shall submit to the Court a form of order for the payment of legal fees, and all expenses, less those paid to Plaintiff's experts on the issue of damages, within seven (7) days. The Court will then amend the Judgment previously entered, to include the addition of attorneys' fees and costs.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order Re Award of Attorneys' Fees and Costs.docx