

Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092

troutman.com

---

**Ben Lewis Wagner**
**Partner**
D 858.509.6010
ben.wagner@troutman.com

March 25, 2022

Judge Michael M. Baylson
601 Market Street
Philadelphia, PA 19106

**Re:    Proposed Order re: Attorney's Fees and Non-Taxable Costs**

Dear Judge Baylson:

Pursuant to the Court's order (ECF No. 398), the parties met and conferred regarding an order for the amount of attorney fees and non-taxable costs awarded to plaintiff Lontex Corporation. The parties have agreed to the form of proposed order attached, reserving all rights with respect to any appeal of the Court's Memorandum Opinion and Order (ECF Nos. 397-398).

Sincerely,


/s/ Ben Wagner

Ben Wagner