**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LONTEX CORPORATION | Civil Action No.  2:18-cv-05623-MMB |
| Plaintiff, | (Hon. Michael M. Baylson) |
| v. | |
| NIKE, INC., | |
| Defendant. | |

## ORDER ON AMOUNT OF ATTORNEY FEES AND NON-TAXABLE COSTS AWARDED TO PLAINTIFF

**AND NOW**, this 29th day of March, 2022, pursuant to the Court's Order entered March 17, 2022 (ECF No. 398), plaintiff Lontex Corporation is awarded $4,625,711.50 in attorney's fees and $369,263.67 in non-taxable costs, for a total of $4,994,975.17, which amount represents a reduction of $262,687.69 for non-taxable professional services costs of damages experts (*see* ECF No. 384-11 at pp. 4-5, 37).   The Clerk shall **CLOSE** this case.

**IT IS SO ORDERED**.

/S/ MICHAEL M. BAYLSON

_____

Hon. Michael M. Baylson
United States District Judge

124830687