# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION,<br>      Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br>      Defendant. | Civil Action No.: 18-cv-5623<br><br>(Hon. Michael M. Baylson) |

## NIKE, INC.'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant NIKE, Inc. ("NIKE") hereby appeals to the United States Court of Appeals for the Third Circuit from:

1. The District Court's March 29, 2022 Order awarding attorneys' fees Plaintiff Lontex Corporation. ECF No. 402 (Order)

2. The District Court's March 17, 2022 order granting Lontex's Motion for Attorneys' Fees. ECF No. 398 (Order); *see* ECF No. 397 (Opinion).

3. The District Court's April 18, 2022 Amended Judgment. ECF No. 403.

April 18, 2022

Respectfully submitted,

By: */s/ Ilana H. Eisenstein*
DLA PIPER LLP (US)

Ilana H. Eisenstein
Ben C. Fabens-Lassen
1650 Market Street, Suite 5000
Philadelphia, PA 19103

Gina L. Durham (*pro hac vice*)
555 Mission Street, Suite 2400
San Francisco, CA 94105

Andrew J. Peck (*pro hac vice*)
Michael D. Hynes (*pro hac vice*)
Marc E. Miller (*pro hac vice*)

2

                    Lane E. McKee (*pro hac vice*)
                    1251 Avenue of the Americas
                    New York, NY 100201

                    *Attorneys for Defendant NIKE, Inc.*