IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION** <br><br> v. <br><br> **NIKE, INC.** | **CIVIL ACTION** <br><br> **NO. 18-5623** |

**AMENDED JUDGMENT (CORRECTED)**

**AND NOW**, this 27th day of April, 2022, the Judgment (ECF 364) entered by this Court on October 29, 2021, shall, pursuant to this Court's post-trial Orders (ECF 392, ECF 398) be amended as follows:

1. Judgment was previously entered in favor of Plaintiff Lontex Corporation and against Defendant Nike, Inc. in the amount of $791,000 (Doc. No. 392).

2. Defendant Nike, Inc. is permanently enjoined and restrained from directly or indirectly using in commerce the term "cool compression" for any apparel product, including (a) verbally and in writing; (b) whether as a product or style name, description, or otherwise; (c) whether at wholesale or retail; (d) in any medium designed for viewing by non-Nike persons such as catalogs, advertisements, website, and social media; and (e) in any medium (e.g. SKU and tech sheets) providing information for use by retailers.

3. Defendant Nike, Inc. shall advise all retailers that purchased directly from Nike any of the products using the term "cool compression" (identified at PX32–33) to cease use in verbal or written form of the term "cool compression" in relation to Nike products.  Defendant shall serve Plaintiff with the names and contact information of retailers to whom this notice is sent, within thirty (30) days.

4. Plaintiff has been awarded $4,994,975.17 in attorneys' fees and costs (Doc. No. 402).

5. Amended Judgment is now entered in favor of Plaintiff Lontex and against Nike, Inc. in the amount of $5,785,975.17.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Amended Judgment (Corrected).docx