# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION,<br>      Plaintiff,<br><br> v.<br><br>NIKE, INC.,<br>      Defendant. | Civil Action No.: 18-cv-5623<br><br>(Hon. Michael M. Baylson) |

## NIKE, INC.'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant NIKE, Inc. ("NIKE") hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Amended Judgment (Corrected) entered on April 28, 2022. ECF No. 407. NIKE's appeals from the District Court's Amended Judgment and related orders are already pending before the Third Circuit and are incorporated by reference into this notice of appeal to the extent necessary. ECF No. 404 (Notice of Appeal); ECF No. 393 (Notice of Appeal).

May 31, 2022

Respectfully submitted,

By: */s/ Ilana H. Eisenstein*
DLA PIPER LLP (US)

Ilana H. Eisenstein
Ben C. Fabens-Lassen
1650 Market Street, Suite 5000
Philadelphia, PA 19103

Gina L. Durham (*pro hac vice*)
555 Mission Street, Suite 2400
San Francisco, CA 94105

Andrew J. Peck (*pro hac vice*)
Michael D. Hynes (*pro hac vice*)
Marc E. Miller (*pro hac vice*)
Lane E. McKee (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 100201

*Attorneys for Defendant NIKE, Inc.*