# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONTEX CORPORATION<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NIKE, INC.,<br><br>　　　　　Defendant. | Civil Action No.  2:18-cv-05623-MMB<br><br>Hon. Michael M. Baylson |

## THIRD NOTICE OF APPEAL BY LONTEX CORPORATION

PLEASE TAKE NOTICE that plaintiff Lontex Corporation ("Lontex") hereby appeals to the United States Court of Appeals for the Third Circuit from:

1. The District Court's March 3, 2022 Order Re: Post-Trial Motions, denying disgorgement of profits and a new trial on damages, ECF No. 392 (Order) and ECF No. 391 (Opinion), including all adverse orders incorporated therein.

2. The District Court's April 28, 2022 Amended Judgment (Corrected), ECF No. 407, the April 18, 2022 Amended Judgment, ECF No. 403, the October 29, 2021 Judgment, ECF No. 364, and all intermediate, adverse orders thereon including but not limited to evidentiary rulings during trial and the District Court's June 10, 2019 Order, granting Nike's partial motion to dismiss with prejudice and denying leave to amend, ECF No. 38 (Order) and ECF No. 37 (Opinion).

Dated: June 1, 2022        TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Ben L. Wagner*
    Ben L. Wagner (CA SBN 243594)
    ben.wagner@troutman.com
    *Admitted Pro Hac Vice*
    11682 El Camino Real, Suite 400
    San Diego, CA  92130-2092
    Telephone:   858.509.6000
    Facsimile:   858.509.6040

Michael A. Schwartz (PA 60234)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

*Attorneys for Plaintiff*
LONTEX CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Ben L. Wagner*
Ben L. Wagner