# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **LONTEX CORPORATION,**<br><br>v.<br><br>**NIKE, INC.** | **CIVIL ACTION**<br><br>NO.  18-5623 |
|---|---|

## ORDER

**AND NOW**, this 25th day of September, 2024 it is **ORDERED** that the attached Report and Recommendation authored by Justice Greenspan (Ret.) shall be docketed in this matter.

        **BY THE COURT:**

        s/ Michael M. Baylson

        _____
        **MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order 09252024.doc