IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,**<br><br>v.<br><br>**NIKE, INC.** | **CIVIL ACTION**<br><br>**NO. 18-5623** |

# ORDER

**AND NOW**, this 25th day of September, 2024 upon receipt and review of the Report and Recommendation by the Honorable Jane Greenspan (Ret.), it is **ORDERED:**

1. Either party may file objections or a motion seeking other relief to the Master's Report and Recommendation within fourteen (14) days.

2. Any objections must be specific and may be supported by a brief not in excess of fifteen (15) pages, double-spaced.

3. The Court will also determine the compensation of the Master and apportion the payment to either one or both parties.

4. Upon review of the objections, this Court will promptly rule and may revise the prior opinion, as this case is on remand from the Third Circuit Court of Appeals.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 18\18-5623 Lontex Corp v Nike\18cv5623 Order 09252024.doc