IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LONTEX CORPORATION,** <br><br> **v.** <br><br> **NIKE, INC.** | **CIVIL ACTION** <br><br> **NO. 18-5623** |

### ORDER FOR FINAL JUDGMENT

AND NOW, on this 6th day of December, 2024, pursuant to Federal Rule of Civil Procedure 58 the Court HEREBY enters final judgment for Plaintiff and against Defendant.

1. An original fee award of $4,994,975.17, totaling $5,205,222.27 with interest as of December 5, 2024, plus continued interest of $149.61 for each day past December 5, 2024, until Defendant makes payment.

2. An appeals fee award of $493,345.00, totaling $494,960.37 with interest as of December 5, 2024, plus continued interest of $57.69 for each day past December 5, 2024, until Defendant makes payment.

3. A post-remand fee award of $90,036.00, totaling $90,330.81 with interest as of December 5, 2024, plus continued interest of $10.53 for each day past December 5, 2024, until Defendant makes payment.

Final judgment is entered for Plaintiff and against Defendant in the amounts above, totaling $5,790,513.45 plus $217.83 in continued interest for each day after December 5, 2024, until Defendant makes payment or until March 29, 2025, the next compounding event when this daily rate will increase based on compounding.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

1

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 18\18-5623 Lontex Corp v Nike\18-5623 final judgment order 12.6.24.docx